Armand J. Jaafari. (SBN: 316607)
*ajaafari@grandparklaw.com*
**G R A N D   P A R K   L A W   G R O U P**
9595 Wilshire Blvd., 9th Fl.
Beverly Hills, California 90212
Tel.    (888) 629-4754
Fax.    (310) 900-0805

*Attorneys for Plaintiffs*, ALEXANDRIA LAUREN D'ANGELO, individually, and as Administrator of the ESTATE OF RICHARD SOLITRO, J.R.,

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRIA LAUREN D'ANGELO, individually, and as Administrator of the ESTATE OF RICHARD SOLITRO, J.R., <br><br> Plaintiff, <br><br> vs. <br><br> LOS ANGELES POLICE DEPARTMENT, a governmental entity, CITY OF LOS ANGELES, a governmental entity, OFFICER AMAR PAL, individually, and in his official capacity, and DOES 1-10, <br><br> Defendants. | CASE NO.:    CV23-02969-DSF-SK <br><br> Assigned to: Hon. Dale S. Fischer, Magistrate:   Hon. Karen L. Stevenson <br><br> Courtroom:  7D, 7th Floor <br><br> **DECLARATION OF ARMAND J. JAAFARI IN RESPONSE TO ORDER TO SHOW CAUSE (DKT. NO. 28)** <br><br> Complaint Filed:   April 19, 2023 <br> Trial:                December 10, 2024 <br><br> [DEMAND FOR JURY TRIAL] |

## <u>DECLARATION OF ARMAND J. JAAFARI</u>

I, Armand J. Jaafari, declare as follows:

1.    I am an attorney at law, duly licensed to practice law in this Court in the Central District of California. I am the principal counsel at Grand Park Law Group, A.P.C., and I am the attorney of record for Plaintiff, LEXANDRIA LAUREN D'ANGELO, individually and as administrator of the Estate of Richard Solitro J.R.

2.    This declaration is submitted pursuant to the Order to Show Cause by the Honorable Dale S. Fischer (Dkt. No. 28) to respectfully account for the reasoning

of my belated declaration. As detailed more thoroughly below, my inaccessibility to a working device[1] as well as our file repository following an upgrade to the Apple Sonoma operating system.

3.    Our law firm stores our data and documents on a private iCloud server, which is also synchronized to my laptop, which is then backed up on TimeMachine.

4.    On or around October 1, 2023, I was advised by an AppleCare Technician that I must upgrade my operating system for my laptop for performance improvements on specific applications that I utilize in my practice. Unfortunately, this upgrade resulted in the unepected crash of our file repository, which is an integral part of our entire practice for storing, managing, and accessing documents and data pertaining to all our matters. Seemingly, the iCloud that was synchronized with my laptop had to update, which was approximately 8 TerraBytes ("tb") of uploading and downloading data traffic.

5.    The following weeks my laptop's performance was, at best, "sluggish", and at worst, entirely inoperable. After several calls with AppleCare technicians and various advice taken, I recognized that I cannot use my device in any capacity until this traffic had finished. Attached herein as Exhibit A is a true and correct copy of the call logs and case numbers relating to my ongoing efforts to resolve the issue with Apple technicians.

6.    As noted in the accompanying exhibits, the first notated senior advisor call – which was several calls subsequent the original contact – took place on October 17, 2023. The most recent call was December 2, 2023.

7.    In response to the file repository crash, I undertook dozens of hours of time with customer support to restore access in some capacity so that my team may continue to assist on matters and facilitate to client needs while my device was

---

[1] Inclusive of the applications relied on for our operations: The Microsoft Suite; The Firm's Time Billing Software and Task Management; Adobe DC for PDFs; and Mapped Cloud Drivers.

GRAND PARK LAW GROUP
A PROFESSIONAL CORPORATION
9595 WILSHIRE BLVD. 9TH FL.
BEVERLY HILLS, CA 90212

useless. I have also had to purchase then return (because of the 2-week window to return for Apple), on three separate occasions the most recent being December 3, 2023. Attached herein as Exhibit B is a true and correct copy of my purchase receipts every two (2) weeks for a new computer device to rely on while this memory is being restored.

8.    My failure to abide by this Court's instructions was not deliberate and it is with sincere regret that I failed to meet this Court's expectations. I made the best efforts to prepare the joint stipulation as swiftly as I could without the use of any personal device. That weekend I traveled to the Los Angeles public library a few blocks from my residence, to work on all my pending assignments. Attached herein as Exhibit C are true and correct copies of my correspondences to Ms. Hunter, counsel for Defendants, echoing the ongoing difficulty I had been facing.

9.    This has been a very grueling few weeks and I sincerely apologies that it caused a nuisance and inconvenience to this Court. If the Court requires any further information or documentation related to this issue, I am prepared to abide by any directive given. Attached herein as Exhibit D is a recent screenshot of the status of our file repository restoring all the data.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 4th day of December, 2023 at Los Angeles, California.

**Armand J. Jaafari,**
Declarant

-3-

# Exhibit A



Armand J. Jaafari <ajaafari@grandparklaw.com>

## Your Apple case 102123830670

1 message

**Apple Support** <acsupportcase@apple.com>                          Tue, Oct 17, 2023 at 12:45 PM
Reply-To: acsupportcase@apple.com
To: ajaafari@grandparklaw.com



Case Number: 102123830670

Hi Armand J.,

Thanks for contacting us. You can reply to this email or follow the link below to leave me a voice message.

https://supportmessaging.apple.com/app/d744dd97-831d-46a3-ac7f-55dd01799e74?locale=en_US

My normal office hours are Monday - Friday 8 to 5pm CST .

I'll get back to you the next day I'm in the office.

Thanks,

Eric
Apple



Armand J. Jaafari <ajaafari@grandparklaw.com>

# Your Apple case 102142617826

1 message

**Apple Support** <acsupportcase@apple.com>                                    Fri, Nov 10, 2023 at 1:40 PM
Reply-To: acsupportcase@apple.com
To: ajaafari@grandparklaw.com



Case Number: 102142617826

Hi Armand J.,

Thanks for contacting us. You can reply to this email or follow the link below to leave me a
voice message.

https://supportmessaging.apple.com/app/bedcf08b-8f9e-48e7-9fbf-ae6afa064c6c?locale=
en_US

My normal office hours are Tue - Sat 5:45 AM to 2:15 PM Pacific time.

I'll get back to you the next day I'm in the office.

Thanks,

Anu
Apple

Grand Park Law Group Mail - Your Apple case 101873057961



Armand J. Jaafari <ajaafari@grandparklaw.com>

## Your Apple case 101873057961
1 message

**Apple Support** <acsupportcase@apple.com>                                Sun, Nov 27, 2022 at 7:32 PM
Reply-To: acsupportcase@apple.com
To: ajaafari@grandparklaw.com



Case Number: 101873057961

Hi Armand,

Thanks for contacting us. You can reply to this email to reach me directly.

My normal office hours are Sunday - Thursday 8:30 AM - 12:30 PM Pacific Time, then again from 4:30 PM - 8:30 PM Pacific Time.

I'll get back to you the next day I'm in the office.

Thanks,

Adam
Apple

Grand Park Law Group Mail - Your Apple Case: 102161850989                                                    12/4/23, 8:43 AM



Armand J. Jaafari <ajaafari@grandparklaw.com>

---

## Your Apple Case: 102161850989
1 message

**Apple Support** <acsupportcase@apple.com>                                    Tue, Nov 28, 2023 at 7:54 PM
Reply-To: acsupportcase@apple.com
To: ajaafari@grandparklaw.com



Case Number: 102161850989

Hello Armand,

Sorry for the late response, I had another follow up call right after ours and just wrapped up. I'm on my last break which is going to take me past clock out so I won't be able to follow up via phone tonight. There is no start/pause button for iCloud Drive however it sounds like something could be preventing the Mac from communicating properly with our servers. VPN's, Profiles, Security software and even the network you are connected to can cause this.

Booting the Mac into safe mode can block startup items and areas that could conflict with that https://support.apple.com/guide/mac-help/start-up-your-mac-in-safe-mode-mh21245/mac

Time Machine is designed to pause backups if it gets disconnected and resume once it reconnects to the drive. While safe mode could also help with Time Machine backing up, we also aren't sure at this point if the drive is corrupt. I'm hesitant to recommend rebooting into safe mode as there is also the possibility of it exacerbating the issue if it were corrupt. Although extremely unlikely, still a possibility nonetheless.

If you needed to speak with an advisor right away recommend using this link https://getsupport.apple.com/GetCaseDetails.do?caseid=102161850989

Thanks,
John
Apple Support

**Armand J. Jaafari** <ajaafari@grandparklaw.com>                    Fri, Dec 1, 2023 at 10:20 AM
To: acsupportcase@apple.com

Hi John,
Thank you for following up. The evening after our phonecall i downloaded a software known as "Data Wizard Recovery", which actually found all the files. However, I had to purchase that software as well as another external hard drive & i have only now been able to begin the restore process. Seemingly, this is all being caused by the traffic jam (upload/download) from iCloud. I've now turned it off, but the traffic jam continues to persist. I don't know what to do - I can't use my in barely any capacity, my firm has been suffering for 6 weeks, and I'm just giving out more money to try and resolve this but nothing seems to work. I need to migrate the data from iCloud to a device without it disrupting my entire business.
[Quoted text hidden]

--

Armand J. Jaafari, Esq.  |   Principal

**G r a n d   P a r k   L a w   G r o u p**

9595 Wilshire Blvd., 9th Floor

Beverly Hills, CA 90212

(888) 629-GPLG (4754)

(310) 900-0805

*ajaafari@grandparklaw.com*

www.grandparklaw.com

**CONFIDENTIALITY NOTE:** This communication contains information belonging to the GRAND PARK LAW GROUP, A.P.C. which is confidential. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

---

**Armand J. Jaafari** <ajaafari@grandparklaw.com>                    Fri, Dec 1, 2023 at 10:40 AM
To: acsupportcase@apple.com

John,
I need to speak with you. I just tried calling Apple support on this matter and it disconnected. If you are receiving this please contact me at (310) 666-5737. Thank you.
[Quoted text hidden]

---

**Armand J. Jaafari** <ajaafari@grandparklaw.com>                    Fri, Dec 1, 2023 at 10:43 AM
To: Linda Khzam-Hernandez <lkhzam@grandparklaw.com>

[Quoted text hidden]



Armand J. Jaafari <ajaafari@grandparklaw.com>

---

## Your Apple Case: 102161850989

4 messages

---

**Apple Support** <acsupportcase@apple.com>                    Fri, Dec 1, 2023 at 10:04 AM
Reply-To: acsupportcase@apple.com
To: ajaafari@grandparklaw.com



Case Number: 102161850989

Hello Armand,

I got a response from my engineers; they've indicated they'd like to see further technical logs; specifically one that analyzes the Time Machine process to determine if there are any Mac correlated issues.

This would require me to send you the capture data software to install onto the Mac in addition to having the Time Machine backup drive connected to the Mac.

Will be happy to follow up with you to collect that information. Please respond back with a good day, time, and phone number and I'll get back to you as soon as possible.

Any senior advisor can collect this information. If you wanted to speak with a senior advisor right away can utilize this link https://getsupport.apple.com/GetCaseDetails.do?caseid=102161850989

Thanks,
John
Apple Support

Grand Park Law Group Mail - Your Apple Case: 102161850989                                               12/4/23, 8:43 AM

 **G | P**                                    Armand J. Jaafari <ajaafari@grandparklaw.com>

## Your Apple Case: 102161850989

4 messages

**Apple Support** <acsupportcase@apple.com>                          Fri, Dec 1, 2023 at 10:04 AM
Reply-To: acsupportcase@apple.com
To: ajaafari@grandparklaw.com



Case Number: 102161850989

Hello Armand,

I got a response from my engineers; they've indicated they'd like to see further technical logs;
specifically one that analyzes the Time Machine process to determine if there are any Mac
correlated issues.

This would require me to send you the capture data software to install onto the Mac in addition
to having the Time Machine backup drive connected to the Mac.

Will be happy to follow up with you to collect that information. Please respond back with a good
day, time, and phone number and I'll get back to you as soon as possible.

Any senior advisor can collect this information. If you wanted to speak with a senior advisor
right away can utilize this link https://getsupport.apple.com/GetCaseDetails.do?caseid=
102161850989

Thanks,
John
Apple Support

**Armand J. Jaafari** <ajaafari@grandparklaw.com>                                      Fri, Dec 1, 2023 at 10:20 AM
To: acsupportcase@apple.com

Hi John,
Thank you for following up. The evening after our phonecall i downloaded a software known as "Data Wizard Recovery", which actually found all the files. However, I had to purchase that software as well as another external hard drive & i have only now been able to begin the restore process. Seemingly, this is all being caused by the traffic jam (upload/download) from iCloud. I've now turned it off, but the traffic jam continues to persist. I don't know what to do - I can't use my in barely any capacity, my firm has been suffering for 6 weeks, and I'm just giving out more money to try and resolve this but nothing seems to work. I need to migrate the data from iCloud to a device without it disrupting my entire business.
[Quoted text hidden]

--

Armand J. Jaafari, Esq.  |  Principal

**G r a n d   P a r k   L a w   G r o u p**

9595 Wilshire Blvd., 9th Floor

Beverly Hills, CA 90212

(888) 629-GPLG (4754)

(310) 900-0805

*ajaafari@grandparklaw.com*

www.grandparklaw.com

**CONFIDENTIALITY NOTE:** This communication contains information belonging to the GRAND PARK LAW GROUP, A.P.C. which is confidential. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

**Armand J. Jaafari** <ajaafari@grandparklaw.com>                                      Fri, Dec 1, 2023 at 10:40 AM
To: acsupportcase@apple.com

John,
I need to speak with you. I just tried calling Apple support on this matter and it disconnected. If you are receiving this please contact me at (310) 666-5737. Thank you.
[Quoted text hidden]

**Armand J. Jaafari** <ajaafari@grandparklaw.com>                                      Fri, Dec 1, 2023 at 10:43 AM
To: Linda Khzam-Hernandez <lkhzam@grandparklaw.com>

[Quoted text hidden]

# Exhibit B



**Apple Century City**
10250 Santa Monica Blvd.
Los Angeles, CA 90067
centurycity@apple.com
424-204-4290
www.apple.com/retail/centurycity/

November 07, 2023  05:17 PM

**14-inch MacBook Pro - Silver**                                   **$ 1,599.00**
MBP 14 SL/8C/10C GPU/8GB/512GB-USA
Part Number: MR7J3LL/A
Serial Number: ▓▓▓▓▓

For Support, Visit: www.apple.com/support

Recycling Fee                                                       $ 4.00 N

| | |
|---|---|
| Sub-Total | $ 1,603.00 |
| Tax@9.50% | $ 151.91 |
| **Total** | **$ 1,754.91** |

**Payment Method**

Amount Paid Via CHASE VISA (Chip)                                  $ 1,754.91



Please debit my account  ▓▓▓XXXXXXX
Card Number: ▓▓▓▓
Date/Time: 2023/11/07 17:17:06
Application ID: ▓▓▓▓
Application PAN Sequence Number: 01
▓▓XXXX
Card Type: Credit
Preferred Name: CHASE VISA
TVR: 0000008000
TSI: E800
No CVM

https://www.apple.com/legal/sales-support/sales-policies/retail_us.html
Learn how to set up your product and transfer your data from home at support.apple.com.



**Apple Tower Theatre**
802 S Broadway
Los Angeles, CA 90014
towertheatre@apple.com
213-655-1200
www.apple.com/retail/towertheatre

December 03, 2023  11:44 AM

Grand Park Law Group

**16-inch MacBook Pro - Space Black**                                  **$ 3,999.00**
████████████████████████████

Part Number: ✕✕✕✕✕
Serial Number: ████████
████████████████████

For Support, Visit: www.apple.com/support

Recycling Fee                                                          $ 5.00 N

Sub-Total                                          $ 4,004.00
Tax@9.50%                                          $ 379.91
**Total**                                              **$ 4,383.91**

**Payment Method**

Amount Paid Via VISA CREDIT (Contactless)            $ 4,383.91


████████████████████████████████
█████████████████████████████

✕✕✕✕✕✕✕✕✕✕✕✕✕✕ by $ 4,383.91 (Sale)
✕✕✕✕✕✕✕✕✕✕
Date/Time: 2023/12/03 11:43:33
✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕
Application PAN Sequence Number: 00
Device Id: 0000
Card Type: Credit
TVR: 0000000000
TSI: 4000
On Device CVM Verified

https://www.apple.com/legal/sales-support/sales-policies/retail_us.html
Learn how to set up your product and transfer your data from home at support.apple.com.



**Apple Tower Theatre**
802 S Broadway
Los Angeles, CA 90014
towertheatre@apple.com
213-655-1200
www.apple.com/retail/towertheatre

November 20, 2023  07:34 PM

**14-inch MacBook Pro - Silver**                                           **($ 1,599.00)**

Part Number: MR7J3LL/A
Serial Number ▮▮▮▮▮▮

Recycling Fee                                                            ($ 4.00) N

Sub-Total                    ($ 1,603.00)
Tax@9.50%                    ($ 151.91)
**Total**                    **($ 1,754.91)**

**Payment Method**

                                    ($ 1,754.91)



Date/Time: 2023/11/20 19:34:01

Card Type: Credit
No CVM

https://www.apple.com/legal/sales-support/sales-policies/retail_us.html
Learn how to set up your product and transfer your data from home at support.apple.com.

# Exhibit C

# G | P

Armand J. Jaafari <ajaafari@grandparklaw.com>

---

## Follow Up re: Solitro v LA City

**Armand J. Jaafari** <ajaafari@grandparklaw.com>                              Fri, Oct 20, 2023 at 12:47 PM
To: rebecca.hunter@lacity.org

Hi Rebecca,
I apologize I have been unable to submit the proposed draft of the Rule 26 as of yet. Our office updated to the recent apple iOS, though my device particularly was updated to the beta version for developer testing. Long story short it's caused a tremendous delay on all my matters this week.

I attempted to contact you a moment ago to discuss one more item that I was reminded of after we disconnected. We intend on amending the complaint as the current governing draft was authored by ad hoc attorneys who, seemingly, were notified by the the trustee, Alexandria D'Angelo that we would be stepping in but they filed anyway on the estate's behalf.

I will forward the notes from our discussion and a proposed Rule 26 for your review prior to, but I wanted to give you a heads up in an effort to reach a stip. Thank.



Armand J. Jaafari <ajaafari@grandparklaw.com>

---

## Follow Up re: Solitro v LA City

**Armand J. Jaafari** <ajaafari@grandparklaw.com>                     Sun, Oct 22, 2023 at 11:11 PM
To: rebecca.hunter@lacity.org

Hi Rebecca,
Please forgive my very belated production. Our iCloud as of this moment continues to be gathering our file depository at a snail's pace - 22.38 gb of 4.28 tb. In any event, I believe I captured the dates and points discussed so hopefully it will not require much review. In a separate email you may find our notes from our discussion as well as a link below. Talk to you soon.

https://app.fireflies.▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

[Quoted text hidden]

--

Armand J. Jaafari, Esq.  |  Principal

**Grand Park Law Group**

9595 Wilshire Blvd., 9th Floor

Beverly Hills, CA 90212

O: (888) 629-GPLG (4754)

D: (310) 900-0747

F: (310) 900-0805

E:  *ajaafari@grandparklaw.com*

W: www.grandparklaw.com

**CONFIDENTIALITY NOTE:** This communication contains information belonging to the GRAND PARK LAW GROUP, A.P.C. which is confidential. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

---

 **(Est. of Solitro) Joint Rule 26(f) Report.docx**
72K

# G | P

## Follow Up re: Solitro v LA City

**Armand J. Jaafari** <ajaafari@grandparklaw.com>                                Mon, Oct 23, 2023 at 2:26 PM
To: Rebecca Hunter <rebecca.hunter@lacity.org>
Cc: Ingrid Farino <ingrid.farino@lacity.org>, "Armand J. Jaafari" <aj@grandparklaw.com>

Ms. Hunter,
Thank you for your continuing patience, it is not lost on me. I can't begin to describe the frustration these IT issues have caused. I did include revisions that I previously found to have existed on the working draft I completed and forwarded, though they were entirely absent, likely a result of the delay from our applications. I simply copied/pasted them once again but nothing material pertaining to our discussion. I'm open to discussing potential mediators but we cannot solely rely on Mr. Copeland to serve as the only candidate.a Should you wish to discuss any of the proposals please do not hesitate to contact me.

Thank you,
[Quoted text hidden]

 **(Est. of Solitro) Joint Rule 26(f) Report (Def Draft-PltfRev).docx**
77K

# G | P

## D'Angelo v. City of LA, et al. - Amended Joint Rule 26f Report

**Armand J. Jaafari** <ajaafari@grandparklaw.com>                    Mon, Oct 30, 2023 at 6:50 AM
To: Rebecca Hunter <rebecca.hunter@lacity.org>
Cc: Ingrid Farino <ingrid.farino@lacity.org>, "Armand J. Jaafari" <aj@grandparklaw.com>

Rebecca,
Thank you for taking the lead on this and apologies for the delayed reply. I am still suffering from this unbelievable update to our operating systems. I've included my revisions with redline on, but it's nothing distinct from our previous filing.

[Quoted text hidden]

--

Armand J. Jaafari, Esq.  |  Principal

**Grand Park Law Group**

9595 Wilshire Blvd., 9th Floor

Beverly Hills, CA 90212

O: (888) 629-GPLG (4754)

D: (310) 900-0747

F: (310) 900-0805

E:  *ajaafari@grandparklaw.com*

W: www.grandparklaw.com

**CONFIDENTIALITY NOTE:** This communication contains information belonging to the GRAND PARK LAW GROUP, A.P.C. which is confidential. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

---

**2 attachments**

 **Amended Joint Rule 26f Report Schedule of Pretrial and Trial Dates (pltf-rev).docx**
23K

 **Amended Joint Rule 26 f report (pltf-rev).doc**
101K

# G | P

Armand J. Jaafari <ajaafari@grandparklaw.com>

## D'Angelo v. City of LA, et al. - Amended Joint Rule 26f Report

**Armand J. Jaafari** <ajaafari@grandparklaw.com>                                 Thu, Nov 2, 2023 at 11:40 AM
To: Rebecca Hunter <rebecca.hunter@lacity.org>
Cc: Ingrid Farino <ingrid.farino@lacity.org>

Hi Rebecca, please CC my team so they can alert me to emails outstanding. My inbox gets flooded and given the recent IT fiasco, I'm trying to navigate through a lot. I will have our portion momentarily.

[Quoted text hidden]

# Exhibit D

