Armand J. Jaafari. (SBN: 316607)
ajaafari@grandparklaw.com
**G R A N D  P A R K  L A W  G R O U P**
10880 Wilshire Blvd., Suite 1510
Los Angeles, California 90024
Tel.    (888) 629-4754
Fax.    (310) 900-0805

*Attorneys for Plaintiff*, ALEXANDRIA LAUREN D'ANGELO,
individually, and as Administrator of the ESTATE OF RICHARD
SOLITRO, J.R.,

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRIA LAUREN D'ANGELO, individually, and as Administrator of the ESTATE OF RICHARD SOLITRO, J.R.,<br><br>        Plaintiff,<br><br>    vs.<br><br>LOS ANGELES POLICE DEPARTMENT, a governmental entity, CITY OF LOS ANGELES, a governmental entity, OFFICER AMAR PAL, individually, and in his official capacity, and DOES 1-10,<br><br>        Defendants. | CASE NO.:  CV23-02969-DSF-SK<br><br>**(DKT NO. 39) DECLARATION OF ARMAND J. JAAFARI IN RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Assigned to: Hon. Dale S. Fischer,<br>Magistrate:   Hon. Karen L. Stevenson<br>Courtroom:      7D, 7th Floor<br><br>Hearing:            December 9, 2024<br>Complaint Filed:  April 19, 2023<br>Trial:                 TBD |

## DECLARATION OF ARMAND J. JAAFARI

I, Armand J. Jaafari., declare:

1.      I am an attorney at law fully licensed and admitted to practice before all courts of the State of California.  I am the principal attorney with the firm Grand Park Law Group, A.P.C., counsel for Plaintiff ALEXANDRIA LAUREN

*GRAND PARK LAW GROUP*
*A PROFESSIONAL CORPORATION*
*10880 WILSHIRE BLVD. STE 1510*
*BEVERLY HILLS, CA 90212*

D'ANGELO, individually, and as Administrator of the ESTATE OF RICHARD SOLITRO, J.R.,. The matters contained in this declaration are known to me personally, and if called upon to testify as to such matters under oath in a court of law, I could and would do so competently.

2.     I previously maintained offices at 9595 Wilshire Boulevard, Suite 900, Beverly Hills, California. On May 24, 2024, my landlord, Premier Workspace, served notice of an impending two-year renovation project, requiring all tenants to vacate the building by June 23, 2024. Attached herein as **Exhibit A** is a true and correct copy of the landlord's notice.

3.     This notice was issued during a particularly challenging period. My paralegal, Gregory Ante, had just commenced preparation for the California Bar Examination, and I was recovering from an emergency outpatient procedure at Cedars-Sinai Medical Center.The search for new office space began in early June 2024 and was complicated by reduced staffing levels, with my remaining support staff Ms. Pamela Delgado working remotely from Orange County[1].

4.     My colleague and friend, Paymon John Vafa, of The Nu Law firm, identified two available suites—1510 and 1520—at 10880 Wilshire Boulevard. Both units were under the primary tenancy of Uptiq Financial Solutions, which sought to sublease the space.

5.     On June 1, 2024, we submitted letters of intent for both units, requesting possession within three weeks. Uptiq initially indicated that a July 1 move-in date was feasible but delayed producing a sublease agreement until June 14, 2024, with an amended draft received on June 25, 2024. Attached herein as **Exhibit B - E** are true and correct copies of the correspondence with Uptiq regarding the sublease.

---

[1] On Exhibit _____ Ms. Delgado's  signature reflects a La Habra location where she was working from.

**DECLARATION OF ARMAND J. JAAFARI**

GRAND PARK LAW GROUP
A PROFESSIONAL CORPORATION
10880 WILSHIRE BLVD. STE 1510
BEVERLY HILLS, CA 90212

6.      Despite persistent efforts to expedite the process, Uptiq did not tender possession of Suite 1510 until August 5, 2024. Mr. Vafa's firm, having originated the opportunity, took primary occupancy but afforded me temporary workspace during this transition.

7.      Notice of these developments was promptly provided to opposing counsel, Ms. Hunter, as well as the Court and the U.S. Postal Service regarding mail forwarding arrangements.

8.      On May 30, 2024, I contacted Ms. Hunter to discuss a protective order and undisclosed funds confiscated from the decedent's residence by the Los Angeles Police Department. Attached herein as **Exhibit F** is a true and correct copy of my correspondence with Ms. Hunter.

9.      Despite repeated attempts to engage with Ms. Hunter, she ceased responding for four months, obstructing efforts to stipulate to a continuance and exacerbating delays caused by my office displacement.

10.      June 17, 2024: I requested to speak with Ms. Hunter to detail scheduling constraints and proposed a stipulated continuance. Attached herein as **Exhibit G** is true and correct copy of the correspondence.

11.      June 18, 2024: Ms. Hunter indicated she would respond "she should have some time to chat Thursday." Attached herein as **Exhibit H** is true and correct copy of the correspondence.

12.      June 20, 2024: After leaving a voicemail and sending a follow-up email, Ms. Hunter responded that the "day slipped away from [her]." Attached herein as **Exhibit I – J** are the true and correct correspondences of the day's correspondences.

13.      June 21, 2024: I followed up with Ms. Hunter again. After a phone call describing the obstacles faced, Ms. Hunter agreed to the continuance following my notice of availability. Attached herein as **Exhibit K and L** are a true and correct copies of these correspondence.

**DECLARATION OF ARMAND J. JAAFARI**

GRAND PARK LAW GROUP
A Professional Corporation
10880 Wilshire Blvd. Ste 1510
Beverly Hills, CA 90212

14.    I prepared a joint stipulation for Ms. Hunter to execute, which was followed up on July 17 and again on the 18th, then again in August as well as twice in September, which were coupled by phone-calls and voicemail in each instance. Attached herein as **Exhibit M through Q** are a true and correct copies of these correspondence

15.    Despite my preparation and circulation of a joint stipulation, Ms. Hunter failed to substantively respond until October 11, 2024, causing significant logistical challenges. Attached herein is a true and correct copy of Ms. Hunter's first correspondence. Attached herein as **Exhibit R.**

16.    On July 31, 2024, I received urgent communication from U.S.P.S. Postal Officer "Denisse" regarding a substantial accumulation of mail at their facility, which included court notices and discovery items. Attached herein as **Exhibit S** and **T** are a true and correct copy of the transcript of audio recording, link is included **here**, and  the U.S.P.S. notice, respectively.

17.    On August 7, 2024, while managing both a mediation and deposition, my colleague, Mr. Vafa, suffered a severe seizure resulting in head trauma. I summoned emergency services and made a special court appearance on his behalf while continuing to manage my own obligations. Attached herein as **Exhibits U** and **V** are a true and correct copies of my correspondence with my client in the other room from our mediation coming to my office while I was in deposition to notify me of Mr. Vafa and the subsequent Court Order reflecting my appearance that day, respectively.

18.    During this period, I maintained negotiations with Uptiq's broker, Gerry Ruiz, regarding the Suite 1520 sublease. Mr. Ruiz assured me that possession was imminent and encouraged joint representation for better terms. Attached herein as **Exhibit W** through **X**

19.    Without prior notice, Mr. Ruiz accepted a superior offer from a competing firm, Quill & Arrow LLP, effectively nullifying my planned

GRAND PARK LAW GROUP
A PROFESSIONAL CORPORATION
10880 WILSHIRE BLVD. STE 1510
BEVERLY HILLS, CA 90212

-4-

**DECLARATION OF ARMAND J. JAAFARI**

1  occupancy. Attached herein as Exhibit I is a true and correct copy of my

2  correspondence with Mr. Ruiz.

3      20.    During this time, I notified other opposing counsels of these

4  tribulations that I had been facing. I anticipated *some* professional courtesy to be

5  demonstrated, but instead most found it as an opportunity to take advantage. For

6  example:

7      a.  In the matter of *Briannah Drew v Walgreens*, *Inc.* Defendants

8          sought three (3) *ex parte* applications to continue trial, with the

9          last occurring in end of July. At this time, I contacted counsel

10         for Walgreens and informed him of the issues as well as

11         requested a continuance of the August 7th deposition. The

12         Court may note that the next day, counsel Steven Simmons

13         suddenly reneged on the stipulation then his staff claimed he

14         was out of the office and would not return my call. Then the

15         attorneys declined to continue the deposition knowing that the

16         mediation would be simultaneously taking place. Attached

17         herein as **Exhibits AA – BB** are true and correct copies of the

18         correspondences between myself and the attorneys for

19         Defendants.

20     b.  Between June through September, I had continually sought for

21         substitute and co-counsels for matters which were

22         unfortunately failed efforts. Attached herein as **Exhibits CC –**

23         **FF** are true and correct correspondences between myself,

24         clients and various law firms.

25     c.  On the *Shawn Maghbouleh v Farkhondehpour* matter, we

26         found Quinton Sales, Esq. of the Sales Law Group to appear as

27         co-counsel on the imminent trial. I asked him to prepare an *ex*

28         *parte* application for brief continuance to allow him to get up

GRAND PARK LAW GROUP
A PROFESSIONAL CORPORATION
10880 WILSHIRE BLVD. STE 1510
BEVERLY HILLS, CA 90212

**DECLARATION OF ARMAND J. JAAFARI**

to speed while I prepared the supplemental trial material. I informed him that I have prepared previous applications and that he may rely on one of my previous iterations but had to be filed before Thursday. On Friday at 9:51 a.m. I received a notification that Mr. Sales had just attempted to prepare the application. When he failed to file it timely, he served the documents to opposing counsel and claimed it was filed. That Saturday, he withdrew from the lawsuit. Attached herein as **Exhibits GG – JJ** are the correspondences between myself, Mr. Sales, and the clients.

21.    Included in here is the true and correct copy of the list of candidates interviewed from Indeed since August 26 to gain support. Approximately thirty-eight candidates were interviewed with the expectation to begin by September, then by October. Without an office to train any of the individuals, however, that effort was stifled as well. Attached herein as **Exhibit KK** are two screenshots from my Indeed employers profile for the job posting seeking a legal staff.

22.    Also included are records reflecting the dates and times of our mediation efforts through Arc between January through March. After not hearing from Ms. Hunter, I sought assistance in rebridging communications through Arc in September. Both emails were unanswered until October. Attached herein as **Exhibit LL** true and correct copies of said efforts.

//
//
//
//
//
//
//

**DECLARATION OF ARMAND J. JAAFARI**

GRAND PARK LAW GROUP
A Professional Corporation
10880 Wilshire Blvd, Ste 1510
Beverly Hills, CA 90212

23. These unexpected developments forced multiple postponements of new hire start dates and further delayed stabilization of my practice operations.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on 11th day of November 2024, at Los Aneles, California..


_____

Declarant, Armand J. Jaafari

GRAND PARK LAW GROUP
A PROFESSIONAL CORPORATION
10880 WILSHIRE BLVD. STE 1510
BEVERLY HILLS, CA 90212

**DECLARATION OF ARMAND J. JAAFARI**

# Exhibit A

Case 2:23-cv-02969-DSF-SK   Document 39-1   Filed 11/21/24   Page 9 of 148   Page
ID #:394

G | P                                                    **Armand J. Jaafari <ajaafari@grandparklaw.com>**

---

## Closure of Premier Workspaces - 9595 Wilshire Blvd, Suite 900, Beverly Hills CA 90212

**Katie Gallicchio** <KGallicchio@premierworkspaces.com>                    Fri, May 24, 2024 at 4:51 PM
To: Katie Gallicchio <KGallicchio@premierworkspaces.com>
Cc: Lorena Mendoza <LMendoza@premierworkspaces.com>

Dear Valued Client,

Below you will find some important information regarding the closure of our suite located at 9595 Wilshire Blvd, Suite 900, Beverly Hills, CA.

**Tomorrow, Saturday May 25th 2024,** Premier will be hosting a lunch in the large conference room beginning 11am. Both our General Manager, Lorena Mendoza and our Regional Manager, Katie Gallicchio will be onsite to answer any questions you may have. If you are unable to attend the luncheon in person, please find both Katie and Lorena's contact info below.

**It is our main priority to assist each and every client relocate with the least possible disruption to your business.**



|          |                                                                                  |
|----------|----------------------------------------------------------------------------------|
| **To:**  | **Clients of Premier Workspaces – 9595 Wilshire Blvd, Suite 900, Beverly Hills CA 90212** |
| **From:** | **Amy Fuller, President, Premier Workspaces** |
| **Date:** | **May 24, 2024** |
| **Subject:** | **Closure of Premier Workspaces - 9595 Wilshire Blvd, Suite 900, Beverly Hills CA 90212** |

**The purpose of this memo is to provide you with formal written notice that our Premier Workspaces Suite located at 9595 Wilshire Blvd, Suite 900, Beverly Hills CA 90212 will be closing on Sunday, June 23, 2024 at 5:00 PM.**

Premier Workspaces has been a tenant at of the 9595 Wilshire Blvd location for almost 20 years. The rents in the building are at an all-time high and there is very little space available, which has made the negotiations with the landlord more challenging. While we intended to renew or lease and made every effort to do so, we were unable to secure a reasonable deal that would allow us to continue operations at this location. The Landlord also advised us that they intended on renovating the exterior curtain wall throughout the building interior and exterior, which we were concerned would have caused major disruption for our clients for the next two years.

We are, however, excited to announce that we have secured a lease roughly two blocks away in the iconic **Wilshire Beverly Center Building** located in the heart of the world-renowned GOLDEN TRIANGLE, **9465 Wilshire Blvd, Suite 300, Beverly Hills CA 90212,** and

8/9/24, 8:24 AM    Premier Business Group Management - Premier Workspaces 9301 Wilshire Blvd, Ste 300, Beverly Hills CA Page

Case 2:23-cv-02969-DSF-SK    Document 39-1    Filed 11/21/24    Page 10 of 148    Page
ID #:395

all clients will be given the option to transfer with Premier. In the coming days you will receive more detailed information on rates and availability. Lorena Mendoza, General Manager and Katie Gallicchio, Regional Manager for Premier will also be more than happy to personally meet with you and assist you in your selection.

**Premier is willing to offer the following incentives for you to move to any of our 32 centers in the Los Angeles area:**

- If you move to any other Premier center and sign a new 12-month Agreement, the base rent for one month will be abated.

- If you are using a telephone number that we have assigned you it will be transferred to **9465 Wilshire Blvd, Suite 300, Beverly Hills CA, 90212**. We can arrange to remote call forward your telephone number if you select a different Premier Workspaces location.

- We will request that the U.S. Postal Service transition the U.S. Mail to **9465 Wilshire Blvd, Suite 300, Beverly Hills CA, 90212** for 90 days to give you time to change your mailing address with all your clients and vendors.

- We will arrange for movers to relocate all contents of your office to the location you have selected, **at our cost.**

- In addition, we will offer a **$150** credit towards the costs of new stationery and business cards.

- We will transfer your current security deposit to your new Agreement at the Premier Workspaces location that you select.

We greatly apologize for this inconvenience; however, we are confident that you will be pleased with our brand-new location at 9465 Wilshire Blvd, Suite 300, Beverly Hills, or any of our other locations in Los Angeles. It is our goal to make the transition as smooth as possible to insure you will experience minimal down time.

**Please keep in mind that you will need to either relocate to 9465 Wilshire Blvd., Suite 300, Beverly Hills, one of our other Premier Workspaces locations in the area, or vacate your office space at 9595 Wilshire Blvd, Suite 900, Beverly Hills CA, 90212 by Sunday, June 23, 2024 at 5:00 PM as your agreement will be terminated at this time.**

-

Please feel free to contact Lorena Mendoza, General Manager at 310-467-1098 or LMendoza@premierworkspaces.com   or Katie Gallicchio, Regional Manager at 714-766-9787 cell or KGallicchio@premierworkspaces.com, with any questions.

Received:_____

**Katie L. Gallicchio** | Regional Manager

Premier Workspaces

26565 Agoura Rd. Suite 200 | Calabasas CA | 91302

Office (818) 208-5885 Cell (714) 766-9787

KGallicchio@premierworkspaces.com | www.premierworkspaces.com

8/9/24, 8:24 AM Premier Business Group Mail - Customer at Premier Workspaces 9595 Wilshire Blvd, Suite 900 Beverly Hills CA 90212

Case 2:23-cv-02969-DSF-SK Document 39-1 Filed 11/21/24 Page 11 of 148 Page ID #:396



---

**3 attachments**



**image002.jpg**
35K

**image006.png**
1K

📄 **9595 Wilshire closure memo 5.24.24.docx**
71K

# Exhibit B



**Armand J. Jaafari <ajaafari@grandparklaw.com>**

---

## Draft LOI
1 message

---

**Hythum Kiswani** <hythum@pacificpeakre.com>                              Mon, Jun 1, 2024 at 5:07 PM
To: Daniel Sabet <Daniel@thenulaw.com>, "John@thenulaw.com" <John@thenulaw.com>, "ajaafari@grandparklaw.com" <ajaafari@grandparklaw.com>

Fellas,

Please see attached draft LOI.

NOTE: Please let me exact spellings of your names for lease. Best,

H

### Hythum Kiswani

**Broker** | DRE 02012942

M: 310.431.5411 | D: 424.371.8493 | O: 310.425.9838 x 104 | F: 888.570.2610

hythum@pacificpeakre.com | www.LyonStahl.com | www.pacificpeakre.com

239 Oregon St. | El Segundo, CA 90245

218 The Promenade N | Long Beach, CA 90802

401 Wilshire Blvd, 12th Floor Penthouse | Santa Monica, CA 90401

https://lyonstahl.com/confidentiality-notice/

 

--

---

📄 **LOI PP & LS  lease 10880 unit 1510.doc**
47K

# Exhibit C

G | P                                           Armand J. Jaafari <ajaafari@grandparklaw.com>

---

## Fwd: Sublease -10880 Wilshire, 15th floor
4 messages

---

**Hythum Kiswani** <hythum@pacificpeakre.com>                Fri, Jun 14, 2024 at 4:10 PM
To: John Vafa <John@thenulaw.com>, "ajaafari@grandparklaw.com" <ajaafari@grandparklaw.com>, Daniel Sabet
<Daniel@thenulaw.com>

Please see below.
Best, h

Get Outlook for iOS

---

**From:** Gerry Ruiz <gerry@raise.work>
**Sent:** Friday, June 14, 2024 4:05:20 PM
**To:** Hythum Kiswani <hythum@pacificpeakre.com>
**Subject:** Sublease -10880 Wilshire, 15th floor

Hi Hythum,

I want to apologize for the delayed draft sublease doc. My clients attorney has been swamped with corporate
assignments. They have assured me it will be completed soon and understand how time sensitive this is for your client
and ultimately for us as well. As we want to sublease the space to your client.

I want to assure you that we are moving forward with this deal and not entertaining any other offers.

We have signed the GC estimate to complete the demising wall, and they are prepping to start work soon.

In addition to good faith, and to move thins along, I attached the master lease for your clients review while we wait for the
sublease draft.

I apologize again and we are thrilled to have your client as a subtenant.

Kindest regards

**Gerry Ruiz**
Senior Advisor
213.435.2819
Lic. 02023671



---

 **Office Lease FOCUS now UPTIQ.pdf**
1196K

---

**Hythum Kiswani** <hythum@pacificpeakre.com>                Thu, Jun 20, 2024 at 2:07 PM
To: John Vafa <John@thenulaw.com>, Daniel Sabet <Daniel@thenulaw.com>, "ajaafari@grandparklaw.com"
<ajaafari@grandparklaw.com>

Master lease.

[Quoted text hidden]

> Office Lease FOCUS now UPTIQ.pdf
> 1196K

---

**John Vafa** <John@thenulaw.com>                                    Fri, Jun 21, 2024 at 11:11 AM
To: Hythum Kiswani <hythum@pacificpeakre.com>, Daniel Sabet <Daniel@thenulaw.com>, "ajaafari@grandparklaw.com" <ajaafari@grandparklaw.com>

When is everyone available for a call?

[Quoted text hidden]
[Quoted text hidden]

 Image removed by sender. Sent from Front

---

**Armand J. Jaafari** <ajaafari@grandparklaw.com>                    Fri, Jun 21, 2024 at 11:13 AM
To: Paymon John Vafa <john@lawgv.com>

bump up
[Quoted text hidden]
--

Armand J. Jaafari, Esq.  |  Principal

*ajaafari@grandparklaw.com*

**Grand Park Law Group**

9595 Wilshire Blvd., 9th Floor

Beverly Hills, CA 90212

(888) 629-GPLG (4754)

(310) 900-0805

www.grandparklaw.com

**CONFIDENTIALITY NOTE:** This communication contains information belonging to the GRAND PARK LAW GROUP, A.P.C. which is confidential. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

# Exhibit D

G | P                                    Armand J. Jaafari <ajaafari@grandparklaw.com>

## Last lease draft and original lease

Hythum Kiswani <hythum@pacificpeakre.com>                  Tue, Jun 25, 2024 at 8:57 AM
To: John Vafa <John@thenulaw.com>, Daniel Sabet <Daniel@thenulaw.com>, "ajaafari@grandparklaw.com"
<ajaafari@grandparklaw.com>

### Hythum Kiswani

**Broker** | DRE 02012942

M: 310.431.5411 | D: 424.371.8493 | O: 310.425.9838 x 104 | F: 888.570.2610

hythum@pacificpeakre.com | www.LyonStahl.com | www.pacificpeakre.com

239 Oregon St. | El Segundo, CA 90245

218 The Promenade N | Long Beach, CA 90802

401 Wilshire Blvd, 12th Floor Penthouse | Santa Monica, CA 90401

https://lyonstahl.com/confidentiality-notice/

  

--

---

**2 attachments**

📄 **Uptiq - Los Angeles, CA Sublease (Taft Draft 6.20.2024)-133541189-v3.docx**
181K

📄 **Office Lease FOCUS now UPTIQ.pdf**
1196K

# Exhibit E

**G** | **P**                                    Armand J. Jaafari <ajaafari@grandparklaw.com>

---

## Fwd: Sublease 10880 Wilshire
2 messages

**Hythum Kiswani** <hythum@pacificpeakre.com>                Wed, Jul 31, 2024 at 3:26 PM
To: John Vafa <John@thenulaw.com>, "ajaafari@grandparklaw.com" <ajaafari@grandparklaw.com>, Daniel Sabet
<Daniel@thenulaw.com>, "ariel@slxent.com" <ariel@slxent.com>


Get Outlook for iOS

---

**From:** Brett Purcell <bpurcell@douglasemmett.com>
**Sent:** Wednesday, July 31, 2024 3:22:42 PM
**To:** Hythum Kiswani <hythum@pacificpeakre.com>; gerry@raise.work <gerry@raise.work>
**Cc:** Amber Griffith <agriffith@douglasemmett.com>; 10880 Wilshire Management Office
<10880@douglasemmett.com>
**Subject:** Re: Sublease 10880 Wilshire

Hi Hythum and Gerry,

Your subtenant is able to move in as early as today. Legal will have the documents sent over early next week.

Please have the subtenant work with Uqtiq and our office to coordinate their move in, as we reserve space in the loading
dock to ensure there is no crowding. The management team here, through 10880@douglasemmett.com, is ready to assist
with the move in process.

If you have any questions, please let us know.

Warmest regards,


**Brett Purcell**

Assistant Property Manager


**Douglas Emmett Management, LLC**

10880 Wilshire Blvd, Ste. 2080


Los Angeles, CA 90024

(T) 310.441.1763

bpurcell@douglasemmett.com

www.10880wilshire.info


On Wed, Jul 31, 2024 at 10:13 AM Hythum Kiswani <hythum@pacificpeakre.com> wrote:

Morning,
Please.
My clients are in dire situation. They have to vacate current short-term space by 6 pm tonight.

Get Outlook for iOS

**From:** gerry@raise.work <gerry@raise.work>
**Sent:** Wednesday, July 31, 2024 9:40:40 AM
**To:** Hythum Kiswani <hythum@pacificpeakre.com>; Amber Griffith <agriffith@douglasemmett.com>
**Cc:** 10880 Wilshire Management Office <10880@douglasemmett.com>
**Subject:** Re: Sublease 10880 Wilshire

Hi Amber - Thank you for the update. Should we expect the document by EOD, today?

On July 30, 2024 at 3:40 PM PDT hythum@pacificpeakre.com wrote:

Great news, thanks for the update.
I believe we've already executed the sublease agreement.
Gerry,
Please confirm

Get Outlook for iOS

**From:** Amber Griffith <agriffith@douglasemmett.com>
**Sent:** Tuesday, July 30, 2024 3:32:18 PM
**To:** Hythum Kiswani <hythum@pacificpeakre.com>
**Cc:** gerry@raise.work <gerry@raise.work>; 10880 Wilshire Management Office
<10880@douglasemmett.com>
**Subject:** Re: Sublease 10880 Wilshire

HI Hythum,

The sublease has received final approval. You will have a draft of the sublease for your review shortly.

Thank you,

On Mon, Jul 29, 2024 at 7:13 AM Hythum Kiswani <hythum@pacificpeakre.com> wrote:
Amber,
Please let us know of status. Did not get any update since your email regarding my phone calls last week.
H

Get Outlook for iOS

**From:** gerry@raise.work <gerry@raise.work>
**Sent:** Thursday, July 25, 2024 7:26:31 PM
**To:** Hythum Kiswani <hythum@pacificpeakre.com>; Amber Griffith <agriffith@douglasemmett.com>
**Cc:** 10880 Wilshire Management Office <10880@douglasemmett.com>
**Subject:** Re: Sublease 10880 Wilshire

Hi Amber,

Any new updates from the attorney's?

On July 22, 2024, 1:56 PM PDT hythum@pacificpeakre.com wrote:

Thanks amber,
Appreciate update about update tomorrow.
Best,
H

Get Outlook for iOS

**From:** Amber Griffith <agriffith@douglasemmett.com>
**Sent:** Monday, July 22, 2024 1:50:02 PM
**To:** gerry@raise.work <gerry@raise.work>; Hythum Kiswani <hythum@pacificpeakre.com>
**Cc:** 10880 Wilshire Management Office <10880@douglasemmett.com>
**Subject:** Re: Sublease 10880 Wilshire

Hythum,

I understand you've called a few times today. I am in meetings back to back today. Friday's update remains the same. The request is being reviewed by upper management and the legal dept. I hope to have an update for you tomorrow. As soon as there is an update I will send it to you.

Thank you,

On Fri, Jul 19, 2024 at 4:27 PM Amber Griffith <agriffith@douglasemmett.com> wrote:

> Gerry,
>
> The request is with the legal department for review and approval. There is a landlord review period noted in the original tenant lease that notes 20 days for landlord review once all of the required documents have been submitted. We are working to have this approved as soon as possible.
>
> I will have an update for you next week.
>
> Have a nice weekend.
>
> Regards,
>
> On Fri, Jul 19, 2024 at 4:08 PM Gerry Ruiz <gerry@raise.work> wrote:
>
> > Amber,
> >
> > Can you please update us per our conversation on this email chain.
> >
> > Thank you.
> >
> > **Gerry Ruiz**
> > Senior Advisor
> > 213.435.2819
> > Lic. 02023671
> >
> > 
> >
> > On July 18, 2024, 10:36 AM PDT gerry@raise.work wrote:
> >
> > Good morning, Amber - Are we set to cross the finish line today?
> >
> > **Gerry Ruiz**
> > Senior Advisor
> > 213.435.2819
> > Lic. 02023671
> >
> > On July 17, 2024 at 4:41 PM PDT agriffith@douglasemmett.com wrote:
> >
> > Hi Gerry,
> >
> > It is still in the review queue. I will ask the tea now for an update.
> >
> > Thanks,
> >
> > On Wed, Jul 17, 2024 at 12:09 PM Gerry Ruiz <gerry@raise.work> wrote:

Hi Amber - I wanted to check in with the progress.

My I also know which attorney is on the deal?

**Gerry Ruiz**
Senior Advisor
213.435.2819
Lic. 02023671

On July 16, 2024 at 8:39 PM PDT hythum@pacificpeakre.com wrote:

Hi amber,
Please let us know if you think we'll have update tomorrow morning.
Best,
H

Get Outlook for iOS

**From:** Hythum Kiswani <hythum@pacificpeakre.com>
**Sent:** Monday, July 15, 2024 5:18:29 PM
**To:** Amber Griffith <agriffith@douglasemmett.com>; gerry@raise.work <gerry@raise.work>
**Cc:** 10880 Wilshire Management Office <10880@douglasemmett.com>
**Subject:** Re: Sublease 10880 Wilshire

Thank you

Get Outlook for iOS

**From:** Amber Griffith <agriffith@douglasemmett.com>
**Sent:** Monday, July 15, 2024 5:12:02 PM
**To:** Hythum Kiswani <hythum@pacificpeakre.com>; gerry@raise.work <gerry@raise.work>
**Cc:** 10880 Wilshire Management Office <10880@douglasemmett.com>
**Subject:** Re: Sublease 10880 Wilshire

Hi Hythum & Gerry,

All necessary paperwork has been submitted to the legal team. I should have an update on the status by end of day tomorrow.

Thank you,

On Mon, Jul 15, 2024 at 4:12 PM Hythum Kiswani <hythum@pacificpeakre.com> wrote:
   Good afternoon amber/gerry,
   Please let know status.
   Best,
   H

Get Outlook for iOS

**From:** Gerry Ruiz <gerry@raise.work>
**Sent:** Monday, July 15, 2024 2:48:50 PM
**To:** Amber Griffith <agriffith@douglasemmett.com>
**Cc:** Brett Purcell <bpurcell@douglasemmett.com>; Hythum Kiswani

<hythum@pacificpeakre.com>

**Subject:** Re: Sublease 10880 Wilshire

Hi Amber - Can you please confirm Receipt?

**Gerry Ruiz**
Senior Advisor
213.435.2819
Lic. 02023671

**RAISE**

On July 15, 2024 at 11:44 AM PDT gerry@raise.work wrote:

Amber - Please see applications of individuals.

Let us know if there's anything else needed on our end to get this processed.

Thanks,

**Gerry Ruiz**
Senior Advisor
213.435.2819
Lic. 02023671

**RAISE**

On July 12, 2024 at 4:37 PM PDT gerry@raise.work wrote:

Which individuals application do you need? I was under the impression that we had submitted everything needed.

I've Cc'd Hythum Kiswani, Subtenant broker. He will forward the application.

Just provide the name of the individuals application you need for him to forward.

**Gerry Ruiz**
Senior Advisor
213.435.2819
Lic. 02023671

**RAISE**

On July 12, 2024 at 4:15 PM PDT agriffith@douglasemmett.com wrote:

Hi Gerry,

Our legal team requested some additional information to process the request. I see the corporate lease application and am being asked for the personal lease applications. Would you be able to get this over to us?

Thank you,

On Fri, Jul 12, 2024 at 4:02 PM Gerry Ruiz <gerry@raise.work> wrote:
  Hi Amber - Following up on my previous email and phone message I left earlier.

  **Gerry Ruiz**
  Senior Advisor

11/19/24, 8:0... Gmail - RE: ... Comp. A.P.C... ... Excl. Bal... 1088P signatur...

Case 2:23-cv-02969-DSF-SK    Document 89-1    Filed 11/31/24    Page 25 of 148    Page
ID #:410

213.435.2819
Lic. 02023671

 **RAISE**

**Important Notice:** This message is intended only for the person or entity to which it is addressed. The information provided is confidential. Accordingly, any review, retransmission, dissemination or other use of this information by, or disclosure of it to, anyone other than the intended recipient could have significant adverse effects and is prohibited. This message does not constitute an offer to purchase or sell any securities or other interests.

**Important Notice:** This message is intended only for the person or entity to which it is addressed. The information provided is confidential. Accordingly, any review, retransmission, dissemination or other use of this information by, or disclosure of it to, anyone other than the intended recipient could have significant adverse effects and is prohibited. This message does not constitute an offer to purchase or sell any securities or other interests.

**Important Notice:** This message is intended only for the person or entity to which it is addressed. The information provided is confidential. Accordingly, any review, retransmission, dissemination or other use of this information by, or disclosure of it to, anyone other than the intended recipient could have significant adverse effects and is prohibited. This message does not constitute an offer to purchase or sell any securities or other interests.

**Important Notice:** This message is intended only for the person or entity to which it is addressed. The information provided is confidential. Accordingly, any review, retransmission, dissemination or other use of this information by, or disclosure of it to, anyone other than the intended recipient could have significant adverse effects and is prohibited. This message does not constitute an offer to purchase or sell any securities or other interests.

**Important Notice:** This message is intended only for the person or entity to which it is addressed. The information provided is confidential. Accordingly, any review, retransmission, dissemination or other use of this information by, or disclosure of it to, anyone other than the intended recipient could have significant adverse effects and is prohibited. This message does not constitute an offer to purchase or sell any securities or other interests.

---

**John Vafa** <John@thenulaw.com>                                      Wed, Jul 31, 2024 at 3:43 PM
To: Hythum Kiswani <hythum@pacificpeakre.com>, "ajaafari@grandparklaw.com" <ajaafari@grandparklaw.com>, Daniel Sabet <Daniel@thenulaw.com>, "ariel@slxent.com" <ariel@slxent.com>

Everyone see attached

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

Image removed by sender. Sent from Front

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

Image removed by sender. Sent from Front

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

**Error! Filename not specified.**

Image removed by sender. Sent from Front

On July 18, 2024, 10:36 AM PDT gerry@raise.work wrote:

Good morning, Amber - Are we set to cross the finish line today?

**Gerry Ruiz**

Senior Advisor

213.435.2819

Lic. 02023671

**Error! Filename not specified.**

On July 17, 2024 at 4:41 PM PDT agriffith@douglasemmett.com wrote:

Hi Gerry,

It is still in the review queue. I will ask the tea now for an update.

Thanks,

On Wed, Jul 17, 2024 at 12:09 PM Gerry Ruiz <gerry@raise.work> wrote:

Hi Amber - I wanted to check in with the progress.

My I also know which attorney is on the deal?

**Gerry Ruiz**

Senior Advisor

213.435.2819

Lic. 02023671

**Error! Filename not specified.**

Image removed by sender. Sent from Front

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

Image removed by sender. Sent from Front

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

Image removed by sender. Sent from Front

**Important Notice:**  This message is intended only for the person or entity to which it is addressed.
The information provided is confidential.  Accordingly, any review, retransmission, dissemination or
other use of this information by, or disclosure of it to, anyone other than the intended recipient could
have significant adverse effects and is prohibited.  This message does not constitute an offer to
purchase or sell any securities or other interests.

**Important Notice:**  This message is intended only for the person or entity to which it is addressed.  The
information provided is confidential.  Accordingly, any review, retransmission, dissemination or other use
of this information by, or disclosure of it to, anyone other than the intended recipient could have
significant adverse effects and is prohibited.  This message does not constitute an offer to purchase or
sell any securities or other interests.

**Important Notice:** This message is intended only for the person or entity to which it is addressed. The information provided is confidential. Accordingly, any review, retransmission, dissemination or other use of this information by, or disclosure of it to, anyone other than the intended recipient could have significant adverse effects and is prohibited. This message does not constitute an offer to purchase or sell any securities or other interests.

**Important Notice:** This message is intended only for the person or entity to which it is addressed. The information provided is confidential. Accordingly, any review, retransmission, dissemination or other use of this information by, or disclosure of it to, anyone other than the intended recipient could have significant adverse effects and is prohibited. This message does not constitute an offer to purchase or sell any securities or other interests.

[Quoted text hidden]


---------- Forwarded message ----------
From: "Newsom, Regina" <rnewsom@risk-strategies.com>
To: Daniel Sabet <Daniel@thenulaw.com>
Cc:
Bcc:
Date: Wed, 31 Jul 2024 22:23:42 +0000
Subject: New Business Quote: The NU Law Group LLC - Effective: 07/31/2024 -2025

**(removing Ariel)**


Dear Daniel:


Please find the attached annual quote presented by Chubb Insurance Group.

As per your Landlord's agreement attached, these coverages are required:


- Business Owners Policy:          $1,486
- $5M Umbrella Policy:             $2,625


The Underwriter has included **Cyber Liability coverage /quote** as an offer, if you wish to consider.

This coverage is needed if your office practices using credit card or wired transfer functions.


Please review and call me to discuss with any questions or concerns.

I am here in the office tonight until 7pm ET (4pm PST).


*Have you reviewed all your insurance coverages recently? I can definitely help you!*

*We have Staff available for all lines of insurance needs including Homeowners, Auto, Life, Umbrella, Watercraft, Aviation, Cyber, Company Benefits and more!*


**Regina Newsom**
Senior Account Manager
p 212-603-0306 | m 917-392-3664 | rnewsom@risk-strategies.com

**From:** Daniel Sabet <Daniel@thenulaw.com>
**Sent:** Wednesday, July 31, 2024 5:41 PM
**To:** Newsom, Regina <rnewsom@risk-strategies.com>;

**Subject:** [EXT] Re: Lease docs

---

> **CAUTION: This email originated outside of the Company network. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

---

$1,000,000.00

**Daniel Sabet**, **Esq**.



PRIVILEGE AND CONFIDENTIALITY NOTICE

This electronic message transmission is intended for the named recipient(s) only and contains information from Nu Law which may be confidential, protected by the attorney-client privilege, and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail, or by calling (310) 442-4008 and delete the original message and any attachments without reading or saving in any manner.

---

**From:** "Newsom, Regina" <rnewsom@risk-strategies.com>
**Date:** Wednesday, July 31, 2024 at 1:43 PM
**To:** Daniel Sabet <Daniel@thenulaw.com>, Ariel Abraham Afar Afar <ariel@slxent.com>
**Subject:** RE: Lease docs

You don't often get email from rnewsom@risk-strategies.com. Learn why this is important

Dan:

Estimated annual sales?

*Have you reviewed all your insurance coverages recently? I can definitely help you!*

*We have Staff available for all lines of insurance needs including Homeowners, Auto, Life, Umbrella, Watercraft, Aviation, Cyber, Company Benefits and more!*

**Regina Newsom**

Senior Account Manager

p 212-603-0306 | m 917-392-3664 | rnewsom@risk-strategies.com

---

**From:** Daniel Sabet <Daniel@thenulaw.com>
**Sent:** Wednesday, July 31, 2024 4:37 PM
**To:** Newsom, Regina <rnewsom@risk-strategies.com>; Ariel Afar <ariel@slxent.com>
**Subject:** [EXT] Re: Lease docs

---

> **CAUTION: This email originated outside of the Company network. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

---

Hello,

Please see attached for payroll information.

Best regards,

**Daniel Sabet**, **Esq**.



PRIVILEGE AND CONFIDENTIALITY NOTICE

This electronic message transmission is intended for the named recipient(s) only and contains information from Nu Law which may be confidential, protected by the attorney-client privilege, and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail, or by calling (310) 442-4008 and delete the original message and any attachments without reading or saving in any manner.

**From:** "Newsom, Regina" <rnewsom@risk-strategies.com>
**Date:** Wednesday, July 31, 2024 at 1:24 PM
**To:** Ariel Abraham Afar Afar <ariel@slxent.com>, Daniel Sabet <Daniel@thenulaw.com>
**Subject:** RE: Lease docs

You don't often get email from rnewsom@risk-strategies.com. Learn why this is important

OK but I still need the payroll. Some insurance companies use payroll, some use sales, some use square footage of the office.

If I market this, I need to have all options.  Why is it a big secret?

*Have you reviewed all your insurance coverages recently? I can definitely help you!*

*We have Staff available for all lines of insurance needs including Homeowners, Auto, Life, Umbrella, Watercraft, Aviation, Cyber, Company Benefits and more!*

**Regina Newsom**

Senior Account Manager

p 212-603-0306 | m 917-392-3664 | rnewsom@risk-strategies.com

---

**From:** Ariel Afar <ariel@slxent.com>
**Sent:** Wednesday, July 31, 2024 4:09 PM
**To:** Newsom, Regina <rnewsom@risk-strategies.com>; Daniel Sabet <Daniel@thenulaw.com>
**Subject:** [EXT] Re: Lease docs

> **CAUTION: This email originated outside of the Company network. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

---

Daniel adding you on CC  you here

Ariel Afar | Owner

11/19/24, 8:00 PM Gmail - Documentary Comp. A.P.O. Med. Eval. Subject 1088 Sigurro

Case 2:23-cv-02969-DSF-SK    Document 89-1   Filed 11/21/24   Page 32 of 148   Page ID #:417



PRODUCTIONS

C: +1 (310) 923-2081 | ariel@slxent.com

A: 7020 Havenhurst Ave., Van Nuys, CA 91406

O: +1 (424) 333-3SLX | www.slxproductions.com

Sent from my iPhone.

CONFIDENTIAL COMMUNICATION:

The information contained in this email message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this email message is strictly prohibited and may violate the legal rights of others. If you have received this message in error, please immediately notify the sender by reply email or telephone, return the message to SLX Productions, LLC., and delete it from your system.

**From:** Ariel Afar <ariel@slxent.com>
**Sent:** Wednesday, July 31, 2024 1:08:24 PM
**To:** Newsom, Regina <rnewsom@risk-strategies.com>
**Subject:** Re: Lease docs

They already have Worker's Compensation. I'm trying to get some thing for them so they can move into their office.

Ariel Afar | Owner



PRODUCTIONS

C: +1 (310) 923-2081 | ariel@slxent.com

A: 7020 Havenhurst Ave., Van Nuys, CA 91406

O: +1 (424) 333-3SLX | www.slxproductions.com

Sent from my iPhone.

CONFIDENTIAL COMMUNICATION:

The information contained in this email message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this email message is strictly prohibited and may violate the legal rights of others. If you have received this message in error, please immediately notify the sender by reply email or telephone, return the message to SLX Productions, LLC., and delete it from your system.

**From:** Newsom, Regina <rnewsom@risk-strategies.com>
**Sent:** Wednesday, July 31, 2024 1:07:28 PM
**To:** Ariel Afar <ariel@slxent.com>
**Subject:** RE: Lease docs

Sales is a rating factor for General liability  / Payroll is a rating factor for Workers compensation.

*Have you reviewed all your insurance coverages recently? I can definitely help you!*

*We have Staff available for all lines of insurance needs including Homeowners, Auto, Life, Umbrella, Watercraft, Aviation, Cyber, Company Benefits and more!*

**Regina Newsom**

Senior Account Manager

p 212-603-0306 | m 917-392-3664 | rnewsom@risk-strategies.com

**From:** Ariel Afar <ariel@slxent.com>
**Sent:** Wednesday, July 31, 2024 3:59 PM
**To:** Newsom, Regina <rnewsom@risk-strategies.com>
**Subject:** [EXT] Re: Lease docs

> **CAUTION: This email originated outside of the Company network. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Would you reply to the questions please. Why is payroll and sales needed?

Regards,

Ariel Afar | Owner

SLX PRODUCTIONS

**Direct:** +1 (310) 923-2081 | ariel@slxent.com

7020 Hayvenhurst Ave., Van Nuys, CA 91406
**Office:** +1 (424) 333-3SLX | www.slxproductions.com

CONFIDENTIAL COMMUNICATION:
The information contained in this email message is legally privileged and confidential information, intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this email message is strictly prohibited and may violate the legal rights of others. If you have received this message in error, please immediately notify the sender by reply email or telephone, return the message to SLX Productions, LLC., and delete it from your system.

---

**From:** "Newsom, Regina" <rnewsom@risk-strategies.com>
**Date:** Wednesday, July 31, 2024 at 12:54
**To:** Ariel Afar <ariel@slxent.com>
**Subject:** RE: Lease docs

Ariel:

I need the following information:

- **Square Footage:** _____
- **Annual Sales: $_____**
- **# of Employees:** _____
- **Payroll: $_____**

Thanks!

*Have you reviewed all your insurance coverages recently? I can definitely help you!*

*We have Staff available for all lines of insurance needs including Homeowners, Auto, Life, Umbrella, Watercraft, Aviation, Cyber, Company Benefits and more!*

**Regina Newsom**

Senior Account Manager

p 212-603-0306 | m 917-392-3664 | rnewsom@risk-strategies.com

---

**From:** Ariel Afar <ariel@slxent.com>
**Sent:** Wednesday, July 31, 2024 3:37 PM
**To:** Newsom, Regina <rnewsom@risk-strategies.com>
**Subject:** [EXT] Re: Lease docs

> **CAUTION:** This email originated outside of the Company network. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Is this sufficient ?

Regards,

Ariel Afar | Owner

SL✕ ™  PRODUCTIONS

**Direct:** +1 (310) 923-2081 | ariel@slxent.com

7020 Hayvenhurst Ave., Van Nuys, CA 91406
**Office:** +1 (424) 333-3SLX | www.slxproductions.com

CONFIDENTIAL COMMUNICATION:
The information contained in this email message is legally privileged and confidential information, intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this email message is strictly prohibited and may violate the legal rights of others. If you have received this message in error, please immediately notify the sender by reply email or telephone, return the message to SLX Productions, LLC., and delete it from your system.

**From:** "Newsom, Regina" <rnewsom@risk-strategies.com>
**Date:** Wednesday, July 31, 2024 at 11:52
**To:** Ariel Afar <ariel@slxent.com>
**Subject:** RE: Lease docs

Have him complete the attached – especially the questions that are in BOLD print and I will submit to have a quote.

Not sure if I can get something back today but I will try my hardest.

*Have you reviewed all your insurance coverages recently? I can definitely help you!*

*We have Staff available for all lines of insurance needs including Homeowners, Auto, Life, Umbrella, Watercraft, Aviation, Cyber, Company Benefits and more!*

**Regina Newsom**

Senior Account Manager

p 212-603-0306 | m 917-392-3664 | rnewsom@risk-strategies.com

---

**From:** Ariel Afar <ariel@slxent.com>
**Sent:** Wednesday, July 31, 2024 2:49 PM
**To:** Newsom, Regina <rnewsom@risk-strategies.com>
**Subject:** [EXT] Re: Lease docs

---

> **CAUTION: This email originated outside of the Company network. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

---

It's a law firm. Want to jump on a call?


Regards,


Ariel Afar | Owner


SLX PRODUCTIONS


**Direct:** +1 (310) 923-2081 | ariel@slxent.com


7020 Hayvenhurst Ave., Van Nuys, CA 91406
**Office:** +1 (424) 333-3SLX | www.slxproductions.com


CONFIDENTIAL COMMUNICATION:
The information contained in this email message is legally privileged and confidential information, intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this email message is strictly prohibited and may violate the legal rights of others. If you have received this message in error, please immediately notify the sender by reply email or telephone, return the message to SLX Productions, LLC., and delete it from your system.

---

**From:** "Newsom, Regina" <rnewsom@risk-strategies.com>
**Date:** Wednesday, July 31, 2024 at 11:47
**To:** Ariel Afar <ariel@slxent.com>
**Subject:** RE: Lease docs


What is his business operation? In other words, what kind of company does he own?


*Have you reviewed all your insurance coverages recently? I can definitely help you!*

*We have Staff available for all lines of insurance needs including Homeowners, Auto, Life, Umbrella, Watercraft, Aviation, Cyber, Company Benefits and more!*

**Regina Newsom**

Senior Account Manager

p 212-603-0306 | m 917-392-3664 | rnewsom@risk-strategies.com

---

**From:** Ariel Afar <ariel@slxent.com>
**Sent:** Wednesday, July 31, 2024 2:40 PM
**To:** Newsom, Regina <rnewsom@risk-strategies.com>
**Subject:** [EXT] Re: Lease docs

> **CAUTION:** This email originated outside of the Company network. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Sorry let me know what you need,

Regards,

Ariel Afar | Owner

SLX PRODUCTIONS

**Direct:** +1 (310) 923-2081 | ariel@slxent.com

7020 Hayvenhurst Ave., Van Nuys, CA 91406
**Office:** +1 (424) 333-3SLX | www.slxproductions.com

CONFIDENTIAL COMMUNICATION:
The information contained in this email message is legally privileged and confidential information, intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this email message is strictly prohibited and may violate the legal rights of others. If you have received this message in error, please immediately notify the sender by reply email or telephone, return the message to SLX Productions, LLC., and delete it from your system.

**From:** "Newsom, Regina" <rnewsom@risk-strategies.com>
**Date:** Wednesday, July 31, 2024 at 11:18
**To:** Ariel Afar <ariel@slxent.com>
**Subject:** RE: Lease docs

I saw that email but how do you expect me to quote with no information about his company?

*Have you reviewed all your insurance coverages recently? I can definitely help you!*

*We have Staff available for all lines of insurance needs including Homeowners, Auto, Life, Umbrella, Watercraft, Aviation, Cyber, Company Benefits and more!*

**Regina Newsom**

Senior Account Manager

**Risk Strategies**

p 212-603-0306 | m 917-392-3664 | f 646-993-6727

rnewsom@risk-strategies.com

750 Third Avenue, Suite 1500 | New York, NY 10017

Riskstrategies.com

The information contained in this electronic message and any attachments hereto are intended for the exclusive use of the addressee(s) and may contain confidential, proprietary and/or privileged information. If you are not the intended recipient please notify the sender immediately, do not copy or disclose the information to anyone and destroy all copies of this message and any attachments. You may not rely on e-mail communication to report a claim or to give us instructions to place, bind, change or terminate coverage unless we have subsequently confirmed to you in writing that we have received your message and will be taking the action you requested.

---

**From:** Ariel Afar <ariel@slxent.com>
**Sent:** Wednesday, July 31, 2024 2:12 PM
**To:** Newsom, Regina <rnewsom@risk-strategies.com>
**Subject:** [EXT] Lease docs

**CAUTION: This email originated outside of the Company network. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

---

My buddy is looking to get this finalized today to move in. let me know if you receive this.

https://www.dropbox.com/scl/fo/7wcgi26ld5gmcss6x1w91/ACPUKbx65_rloFZZ9iJCsY8?rlkey=
rs0mc8can5992gct2owebemqI&dl=0

Regards,

Ariel Afar | Owner

 PRODUCTIONS

**Direct:** +1 (310) 923-2081 | ariel@slxent.com

7020 Hayvenhurst Ave., Van Nuys, CA 91406
**Office:** +1 (424) 333-3SLX | www.slxproductions.com

CONFIDENTIAL COMMUNICATION:
The information contained in this email message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this email message is strictly prohibited and may violate the legal rights of others. If you have received this message in error, please immediately notify the sender by reply email or telephone, return the message to SLX Productions, LLC., and delete it from your system.

---

**3 attachments**

**Office Lease FOCUS now UPTIQ.pdf**
1196K

**The NU Law Group LLC_Quote Proposal V1 - BOP UMB & CYBER.pdf**
2870K

**New Business Quote:  The NU Law Group LLC -  Effective:   07/31/2024 -2025.eml**
5948K

# Exhibit F

# G | P

Armand J. Jaafari <ajaafari@grandparklaw.com>

___

## D'angelo v. LAPD et al 23-cv-02969; Courtesy Copy

**Armand J. Jaafari** <ajaafari@grandparklaw.com>                    Thu, May 30, 2024 at 9:48 AM
To: Rebecca Hunter <rebecca.hunter@lacity.org>, "Armand J. Jafari" <aj@grandparklaw.com>

Are you available this afternoon to discuss the proposed protective order and the outstanding monies that's continued to be unlawfully held as "evidence"? I would like to resume our attempts with Arc in due time though I agree that responses from both sides will certainly serve the parties interest in more meaningful discussions.

[Quoted text hidden]

--

Armand J. Jaafari, Esq.  |  Principal

*ajaafari@grandparklaw.com*

**Grand Park Law Group**

9595 Wilshire Blvd., 9th Floor

Beverly Hills, CA 90212

(888) 629-GPLG (4754)

(310) 900-0805

www.grandparklaw.com

**CONFIDENTIALITY NOTE:** This communication contains information belonging to the GRAND PARK LAW GROUP, A.P.C. which is confidential. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

# Exhibit G

G | P                                          Armand J. Jaafari <ajaafari@grandparklaw.com>

---

## D'angelo v. LAPD et al 23-cv-02969; Courtesy Copy

**Armand J. Jaafari** <ajaafari@grandparklaw.com>                Mon, Jun 17, 2024 at 2:46 PM
To: Rebecca Hunter <rebecca.hunter@lacity.org>
Cc: "Armand J. Jafari" <aj@grandparklaw.com>

Hi Rebecca, I'm just coming back from a bench trial. Are you available this week?

[Quoted text hidden]

# Exhibit H

G | P                                          Armand J. Jaafari <ajaafari@grandparklaw.com>

---

## D'angelo v. LAPD et al 23-cv-02969; Courtesy Copy

**Rebecca Hunter** <rebecca.hunter@lacity.org>                    Tue, Jun 18, 2024 at 2:45 PM
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>
Cc: "Armand J. Jafari" <aj@grandparklaw.com>

Armand,

I should have some time to chat on Thursday. Is there a time that works for you?

- Rebecca
[Quoted text hidden]

# Exhibit I

# G | P

Armand J. Jaafari <ajaafari@grandparklaw.com>

---

## D'angelo v. LAPD et al 23-cv-02969; Courtesy Copy

**Armand J. Jaafari** <ajaafari@grandparklaw.com>                    Thu, Jun 20, 2024 at 3:46 PM
To: Rebecca Hunter <rebecca.hunter@lacity.org>
Cc: "Armand J. Jafari" <aj@grandparklaw.com>

Hi Rebecca, following up here. Are you free for a brief call?

[Quoted text hidden]

# Exhibit J

G | P                                    Armand J. Jaafari <ajaafari@grandparklaw.com>

---

## D'angelo v. LAPD et al 23-cv-02969; Courtesy Copy

**Rebecca Hunter** <rebecca.hunter@lacity.org>                    Thu, Jun 20, 2024 at 4:41 PM
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>
Cc: "Armand J. Jafari" <aj@grandparklaw.com>

Hi Armand,

My apologies, the day slipped away from me. I am available tomorrow all day. What time works best for you?

[Quoted text hidden]

# Exhibit K

G | P

Armand J. Jaafari <ajaafari@grandparklaw.com>

## D'angelo v. LAPD et al 23-cv-02969; Courtesy Copy

**Armand J. Jaafari** <ajaafari@grandparklaw.com>
To: Rebecca Hunter <rebecca.hunter@lacity.org>
Cc: "Armand J. Jafari" <aj@grandparklaw.com>

Fri, Jun 21, 2024 at 3:45 PM

Hi Rebecca,
I'm available throughout the afternoon, please feel free to call directly at the office or my mobile (424) 345-0888.
[Quoted text hidden]

# Exhibit L

G | P                              Armand J. Jaafari <ajaafari@grandparklaw.com>

---

## D'angelo v. LAPD et al 23-cv-02969; Courtesy Copy

**Rebecca Hunter** <rebecca.hunter@lacity.org>                Fri, Jun 21, 2024 at 5:33 PM
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>
Cc: "Armand J. Jafari" <aj@grandparklaw.com>

Armand,

Thank you for taking my call this afternoon. I understand that you're presently having some issues with moving your office - and this is after having a server problem. I am willing to give your client an extension to June 28, 2024 to respond to the discovery requests previously propounded. However, this will be the last extension of time unless the pre-trial deadlines get pushed out by the court. In order for us to determine if we can push the trial date (and related deadlines) out - we need to see what we can potentially agree upon. To do this, I need a few options for proposed trial dates and discovery cut-off dates so that I may coordinate availability on my end. I need to coordinate against my trial calendar and the calendars for the individuals you will want to depose (depending upon who you are identifying for that). If you can provide me this information by Tuesday (6/25) at the latest, I can get working on availability so that we can consider if a stipulation for submission to court is even possible/feasible.

Thank you and have a wonderful weekend.

- Rebecca
[Quoted text hidden]

# Exhibit M



Armand J. Jaafari <ajaafari@grandparklaw.com>

---

# D'Angelo v. LAPD - Stipulation to Continue Trial

**Pam Delgado** <pdelgado@grandparklaw.com>                    Wed, Jul 17, 2024 at 9:37 AM
To: Rebecca.Hunter@lacity.org
Cc: "Armand J. Jaafari" <ajaafari@grandparklaw.com>

Good morning Ms. Hunter,

Attached please find a draft of the stipulation to continue trial for your review/revision.

**Pam Delgado**

Senior Case Manager

Personal Injury Department

-------------------------------------



Telephone: (562) 647-8020

Fax: (562) 647-8033

E-mail: pdelgado@grandparklaw.com
Web:    www.grandparklaw.com

CONFIDENTIALITY NOTICE: This communication contains information belonging to the GRAND PARK LAW GROUP, A.P.C. which is confidential.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of said information is strictly prohibited.  If you have received this communication by error, please delete it from your computer and notify us immediately.

---

📄 **Joint Stip to Cont. Trial & Related Dates.doc**
170K

# Exhibit N

G | P

**Armand J. Jaafari <ajaafari@grandparklaw.com>**

---

## D'Angelo v. LAPD - Stipulation to Continue Trial

**Armand J. Jaafari** <ajaafari@grandparklaw.com>                                   Thu, Jul 18, 2024 at 4:24 PM
To: Pam Delgado <pdelgado@grandparklaw.com>
Cc: Rebecca.Hunter@lacity.org

Hi Rebecca,

[Quoted text hidden]

--

Armand J. Jaafari, Esq.  |  Principal

*ajaafari@grandparklaw.com*

**Grand Park Law Group**

9595 Wilshire Blvd., 9th Floor

Beverly Hills, CA 90212

(888) 629-GPLG (4754)

(310) 900-0805

www.grandparklaw.com

**CONFIDENTIALITY NOTE:** This communication contains information belonging to the GRAND PARK LAW GROUP, A.P.C. which is confidential. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

# Exhibit O

G | P

Armand J. Jaafari <ajaafari@grandparklaw.com>

---

## D'angelo v. LAPD et al 23-cv-02969; Courtesy Copy

**Armand J. Jaafari** <ajaafari@grandparklaw.com>
To: Rebecca Hunter <rebecca.hunter@lacity.org>
Cc: "Armand J. Jafari" <aj@grandparklaw.com>

Thu, Aug 2, 2024 at 11:46 AM

Rebecca, I haven't heard from you in 2 months What's going on?

[Quoted text hidden]

# Exhibit P

G | P

Armand J. Jaafari <ajaafari@grandparklaw.com>

---

## D'Angelo v. LAPD - Stipulation to Continue Trial

**Armand J. Jaafari** <ajaafari@grandparklaw.com>                    Tue, Sep 10, 2024 at 8:01 AM
To: Pam Delgado <pdelgado@grandparklaw.com>
Cc: Rebecca.Hunter@lacity.org

Ms. Hunter,
I am once again following up on the pending stipulation. Two months have been exhausted and we have yet to hear back from you. When we spoke last it seemed that we both understood the difficulty in obtaining the necessary discovery from both parties. We are now months away from our FSC without any communication. Please advise immediately.

[Quoted text hidden]
[Quoted text hidden]

10880 Wilshire Blvd., Suite 1510

Los Angeles, CA 90024

[Quoted text hidden]

# Exhibit

# Q

G | P                                    Armand J. Jaafari <ajaafari@grandparklaw.com>

---

## D'Angelo v. LAPD - Stipulation to Continue Trial

**Armand J. Jaafari** <ajaafari@grandparklaw.com>                    Tue, Sep 10, 2024 at 10:42 AM
To: rebecca.hunter@lacity.org
Cc: Pam Delgado <pdelgado@grandparklaw.com>, Learsey Mendez <learsey.mendez@lacity.org>, Office
<aj@grandparklaw.com>

Ms. Hunter,
This is yet *another* follow up to the voicemail left for you a moment ago pertaining to the above subject matter. We have been
repeatedly attempting to correspond with you to no avail. During our last conversation, both parties seemingly acknowledged and
agreed that discovery may not be adequately addressed in time of the anticipated trial date. You asked for my office to
identify individuals that we anticipate deposing as well as to endeavor on preparing a joint stipulation. All of the aforementioned were
provided and yet still we have not heard back.

In the absence of a response, we will be compelled to seek an *ex parte* application upon a noticed motion to continue the pre-trial dates
and trial dates and will forcibly have to rely on these series of communications that have been unanswered for months. Please respond
by no later than end of day today.

[Quoted text hidden]

# Exhibit R

# G | P

Armand J. Jaafari <ajaafari@grandparklaw.com>

---

## D'Angelo v. City of LA, et al. - Correspondence

Rebecca Hunter <rebecca.hunter@lacity.org>                    Fri, Oct 11, 2024 at 2:14 PM
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>
Cc: Learsey Mendez <learsey.mendez@lacity.org>

Counsel -

Please see attached.

--
Rebecca E. Hunter, Deputy City Attorney
Los Angeles City Attorney's Office
200 North Main Street, 6th Floor
Los Angeles, CA 90012
(213) 978-6900 (main line)
(213) 978-7041 (direct)
(213) 978-8785 (facsimile)
rebecca.hunter@lacity.org

*****************Confidentiality Notice *************************
This electronic message transmission contains information from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.
*********************************************************************

*****************Confidentiality Notice *************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.
*********************************************************************

📄 **10.11.24 Meet and Confer Letter re MILs.pdf**
428K

# Exhibit S

# 2691900490008

00:00.001 --> 00:04.000

This call is being recorded.

00:04.000 --> 00:08.000

Hello, Grand Park Lock Group, this is Armand.

00:08.000 --> 00:12.000

Hey Armand, this is Denise. This is the mail carrier.

00:12.000 --> 00:16.000

I got a bunch of your mail that used to be at 9595 Wilshire

00:16.000 --> 00:20.000

and then they moved to my route, which is 9465, and they're returning a bunch of mail,

00:20.000 --> 00:24.000

but I just wanted to reach out to you. Do you want me to return

00:24.000 --> 00:28.000

and send her all this mail? Did you submit a change of address?

00:28.000 --> 00:32.000

We haven't yet because we literally haven't had an opportunity to procure

00:32.000 --> 00:36.000

a new address yet, but we have as of today, actually.

00:36.000 --> 00:40.000

Okay, so...

00:40.000 --> 00:44.000

The thing is, you know how everybody moved out of the

00:44.000 --> 00:48.000

and they moved to somewhere else? That's right.

00:48.000 --> 00:52.000

Well, they told me that, because I've just seen a lot of your

mail, and I'm like,

00:52.000 --> 00:56.000

"Oh, let me just reach out maybe." So they said that you're

no longer with that front.

00:56.000 --> 01:00.000

They said that you're no longer with that place. I guess you

didn't follow them.

01:00.000 --> 01:04.000

I don't know what you could do. I don't know if they charge

you to hold the mail

01:04.000 --> 01:08.000

and then you could pick it up, but I have the mail here

01:08.000 --> 01:12.000

in West Hollywood because that's where our branch is.

01:12.000 --> 01:16.000

So, were you moving into Beverly Hills?

01:16.000 --> 01:20.000

We're moving into Westwood. So, it's

01:20.000 --> 01:24.000

at 10880 Wilshire Boulevard. I'll be giving notice

01:24.000 --> 01:28.000

of that to the USPS as a forwarding address. For the

01:28.000 --> 01:32.000

current mail of the outstanding mail, is there a portion

01:32.000 --> 01:36.000
of it that's with the new place, the 9465,

01:36.000 --> 01:40.000
I think? Actually, they gave it back to me.

01:40.000 --> 01:44.000
I'm the regular carrier, but I just noticed there was a lot of it. I don't know

01:44.000 --> 01:48.000
if they're waiting for you, but I do have it in my possession, because it's

01:48.000 --> 01:52.000
a lot of court papers. I just didn't want to return it to

01:52.000 --> 01:56.000
sender. I know the logistics are kind of crazy because

01:56.000 --> 02:00.000
it's like a private mailbox. What I could do is I could hold it

02:00.000 --> 02:04.000
and you would have to pick it up here at the post office,

02:04.000 --> 02:08.000
because there's no way for me to forward it. Unfortunately, it is a central delivery

02:08.000 --> 02:12.000
point and it's like a weird situation.

02:12.000 --> 02:16.000
So, I don't know if you want to make a deal

02:16.000 --> 02:20.000
with those people that are 9460. I don't know if they're

charging for them

02:20.000 --> 02:24.000
to hold the mail and then mail it out to you

02:24.000 --> 02:28.000
up until you get all your mail situated that will go to your
correct address.

02:28.000 --> 02:32.000
Okay.

02:32.000 --> 02:36.000
I'll tell you... Go ahead.

02:36.000 --> 02:40.000
No, no. All this mail, I'm holding it right now at... What's the
address here?

02:40.000 --> 02:44.000
825? 820 North San Vicente.

02:44.000 --> 02:48.000
Okay. 820 North San Vicente. Okay.

02:48.000 --> 02:52.000
We're between Santa Monica Boulevard and San Vicente

02:52.000 --> 02:56.000
where my route is 1261 and my name

02:56.000 --> 03:00.000
is Denise. So, I have all your mail that was

03:00.000 --> 03:04.000
addressed to 9595, but now it's on my route which is 9465.

03:04.000 --> 03:08.000
Do you think you can pick it up tomorrow?

03:08.000 --> 03:12.000

Oh, yeah, yeah. In fact, I was going to come meet you right now, but if tomorrow is more convenient,

03:12.000 --> 03:16.000

I can do it tomorrow. That's not a problem. Okay.

03:16.000 --> 03:20.000

It's going to be on my desk. So, just remember my name is

03:20.000 --> 03:24.000

Denise and it's on route 1261 and then I'll put a note here that

03:24.000 --> 03:28.000

you're going to come and pick it up and you do have some certifies. You got to make sure you bring an ID.

03:28.000 --> 03:32.000

When you come, come through the back where the dock is and the gate's usually closed, but if you

03:32.000 --> 03:36.000

holler, maybe somebody will hear you. Wow. Otherwise, like the mail gets

03:36.000 --> 03:40.000

all returned, huh? Yeah, because it's like a weird situation

03:40.000 --> 03:44.000

since you guys were like in... It's called a central delivery.

03:44.000 --> 03:48.000

It wasn't just one person. There was like a lot of you guys and then you guys

03:48.000 --> 03:52.000

all moved out to my building, but some of you guys followed

03:52.000 --> 03:56.000

and some of you guys didn't. But if you talk to the guys, if

you go to

03:56.000 --> 04:00.000

9465, I don't know what's going on. Like if they charge you to hold

04:00.000 --> 04:04.000

the mail, if they charge you to forward the mail to your new address,

04:04.000 --> 04:08.000

you would have to take that upon them because we can't do a change

04:08.000 --> 04:12.000

of address. It's a certain... Got it.

04:12.000 --> 04:16.000

Just wanted to look out for you because it just seems like a lot of important mail.

04:16.000 --> 04:20.000

Really, no. I really cannot thank you enough for this phone call. Truly, this was

04:20.000 --> 04:24.000

an extra gratuity that you did not need to do it. It's not

04:24.000 --> 04:28.000

deaf on me. I really appreciate it. I'm trying to think logistically what would be the best option

04:28.000 --> 04:32.000

to exercise going forward because on one hand,

04:32.000 --> 04:36.000

I do probably have to make a stop by there to come

04:36.000 --> 04:40.000

to some conclusion or resolution with how we can handle the

ongoing mail until

04:40.000 --> 04:44.000

the address is actually filed with USPS. The thing is, I'm telling you

04:44.000 --> 04:48.000

we won't accept a change of address because I'm trying to tell you that

04:48.000 --> 04:52.000

it's called a Century Delivery Point. It's a weird situation. It's not like

04:52.000 --> 04:56.000

you were the only lawyers there. There was just a bunch of people. So the system

04:56.000 --> 05:00.000

won't pick up your mail to be forwarded.

05:00.000 --> 05:04.000

So what I'm saying is maybe you could talk to the guys that are at 9465

05:04.000 --> 05:08.000

because what they're doing is all your mail from 9595

05:08.000 --> 05:12.000

Wilshire is going, it's called a firm pick up. Then people

05:12.000 --> 05:16.000

that now have your mail, they go pick it up and then

05:16.000 --> 05:20.000

they put return to sender. So what I'm saying is you have

05:20.000 --> 05:24.000

to go to the 9465 and ask them

what could I do? Do you guys charge to hold the mail?

05:28.000 --> 05:32.000
Do you charge to mail it to my new address?

05:32.000 --> 05:36.000
Ultimately, what would be the... because our new firm does have an actual address

05:36.000 --> 05:40.000
so how do we now get that support?

05:40.000 --> 05:44.000
All your new stuff will have your... I mean, whatever you're starting to do

05:44.000 --> 05:48.000
your stationery and everything is going to have your new address but

05:48.000 --> 05:52.000
you're kind of screwed with all the mail that's with the old address because we can't

05:52.000 --> 05:56.000
accept a change of address. So that's why I said it's best for you to go

05:56.000 --> 06:00.000
to 9465 Wilshire, the third floor. Talk to

06:00.000 --> 06:04.000
the guy there. Actually the same guy that was at 9595

06:04.000 --> 06:08.000
I don't know his name. Bruno?

06:08.000 --> 06:12.000
Yeah, I think it is Bruno. I don't know if you're in good terms.

06:12.000 --> 06:16.000

what could be done. Do you guys charge us to hold the mail?

06:16.000 --> 06:20.000

I can't do nothing about it. I just, like I said,

06:20.000 --> 06:24.000

I just came across a lot of certifies and a lot of legality

06:24.000 --> 06:28.000

mail for you. Yeah, no, I appreciate that. So we're going to be sending notices out to

06:28.000 --> 06:32.000

the courts and everything. I'm just trying to figure out logistically again.

06:32.000 --> 06:36.000

Go talk to Bruno. Yeah, just go talk to him. Bruno's

06:36.000 --> 06:40.000

going to have all your mail from 9595 and he's going to be stamping it up

06:40.000 --> 06:44.000

return to sender because I asked the guy that's there today, Bruno wasn't there

06:44.000 --> 06:48.000

I said, this man didn't put a change of address. I go, can you

06:48.000 --> 06:52.000

Google him just to see if I know where he's at? And he's like, no, he still has the 9595

06:52.000 --> 06:56.000

number but he gave me your number so that's why I'm calling you.

06:56.000 --> 07:00.000

So any mail that I have in my possession here, I'm going to have

07:00.000 --> 07:04.000

it. But I think for you to go and talk to Bruno and see what

07:04.000 --> 07:08.000

they could do for you to hold the mail, any mail that's being addressed to

07:08.000 --> 07:12.000

9595 Wilshire, they will have it at 9465.

07:12.000 --> 07:16.000

So talk to Bruno, see if they charge you to hold the mail or to put it in an

07:16.000 --> 07:20.000

envelope and to mail it to Century City. That would be

07:20.000 --> 07:24.000

that would be, because sometimes those China companies do that.

07:24.000 --> 07:28.000

But they'll charge you. Okay? Yeah, I anticipate

07:28.000 --> 07:32.000

that charge coming down the pipe. And then if I just go to USPS like on the

07:32.000 --> 07:36.000

postal service website, I can just update our firm address, correct? And give notice to everyone else?

07:36.000 --> 07:40.000

No. You cannot. It won't

I mean, the forwarding is not going to work.

07:44.000 --> 07:48.000
I'm trying to tell you because it's called a Century Delivery Point.

07:48.000 --> 07:52.000
The part I guess I'm just stuck on is like

07:52.000 --> 07:56.000
how do we escape our firm with

07:56.000 --> 08:00.000
9595 or otherwise 9465? Because like if

08:00.000 --> 08:04.000
they don't let us go... You're not going to be able to. I'm being honest. You're not going to. It's just

08:04.000 --> 08:08.000
like, how would I say it? How do you say it?

08:08.000 --> 08:12.000
It's just called a Central Delivery Point. So there's

08:12.000 --> 08:16.000
certain...

08:16.000 --> 08:20.000
It's just the way that the post office, because it's too many

08:20.000 --> 08:24.000
it's like a PO box. So it's like too many names. It's not like it was

08:24.000 --> 08:28.000
just you at the 9595 Wilshire 9th floor. There was like

08:28.000 --> 08:32.000
lots of people, virtual people, you people.

08:32.000 --> 08:36.000

I'll put a paper on top of what

08:36.000 --> 08:40.000

I'm trying to explain to you. So like I said, the best thing for you to do

08:40.000 --> 08:44.000

is talk to Bruno because you'll still be getting mail that's addressed to 9595

08:44.000 --> 08:48.000

Wilshire. Bruno will be getting it. Bruno will be returning it to

08:48.000 --> 08:52.000

sender. But if you go and talk to him, maybe they have this thing that

08:52.000 --> 08:56.000

you could either pick it up or they're going to charge you to mail it.

08:56.000 --> 09:00.000

Or they'll hold your mail. You talk to him. I don't know how that works with

09:00.000 --> 09:04.000

you guys. I'm just doing you a favor of holding the mail that I have right now.

09:04.000 --> 09:08.000

That in and of itself is so tremendous. I can't

09:08.000 --> 09:12.000

thank you enough really. I look forward to hopefully meeting you tomorrow morning. Is there a time

09:12.000 --> 09:16.000

that's convenient for you? I'm here from 9 to like

09:16.000 --> 09:20.000

I think we're out of the office by 10. So I don't know if that's...

09:20.000 --> 09:24.000

I'll make it work. So 820 North San

09:24.000 --> 09:28.000

Vincente. Ask for Denise. Yeah. Yeah. Ask for Denise.

09:28.000 --> 09:32.000

And go through the back. Go through the... You'll see the alley.

09:32.000 --> 09:36.000

And just go through the back. You'll see the gate. And then

09:36.000 --> 09:40.000

you want my number. You could just text me. You want my number?

09:40.000 --> 09:44.000

Yeah. That would be helpful actually. Okay.

09:44.000 --> 09:48.000

This is my personal number. So I don't usually give it out. It's 310.

09:48.000 --> 09:52.000

I appreciate that. 310. 429. 429.

09:52.000 --> 09:56.000

01. 01.

09:56.000 --> 10:00.000

62. 62. And my name's Denise. Okay.

10:00.000 --> 10:04.000

I'm the only one here with that name. Got it. Again, I cannot

10:04.000 --> 10:08.000

thank you enough. And I very much look forward to seeing
you tomorrow. Thank you. Okay.

10:08.000 --> 10:12.000

No problem, hon. I'll see you tomorrow. Bye-bye.

# Exhibit T



**_UNITED STATES_**
**_POSTAL SERVICE_**

SUBLEASE OFFICE SPACE/SUITE

Date:

Dear Postal Customer:

When a person(s) sublease office space/suite, and mail is delivered to a central delivery point for that office/suite, a change of address for that person(s) or business cannot, and will not, be accepted by the Postal Service. The change of address should be submitted to that central delivery point and they have the responsibility of forwarding your mail. If multiple business share a lease space it is the responsibility of the business owners to forward mail when one business no longer decides to sublease.

Individuals/employees of businesses cannot have their personal mail forwarded by the Postal Service. This change of address should be given to the designated employee at the business for all forwarding or return of personal mail.

The above is in compliance with 154.4, 154.5, 158.6, 351.32, of the Postal Service Manual.

The Postal Service cannot, and does not, attempt to make distinctions between personal and business correspondence where mail delivery is concerned. For Postal purposes, if mail is addressed to a firm address, it is regarded as firm mail, and is delivered as such without differentiating between personal and business correspondence.

Sincerely,

A.J. Jackson
Postmaster
Beverly Hills, Ca 90210-9998

Armand Jafar:

Grand Park Law

888-629-4754

# Exhibit U

Wed, Aug 7 at 12:02 PM

GREG IS UPSET!!

That he's been waiting forever

AJ!!!

Give me 5 min.

Someone's having a is ciezer!!! Greg is also very upset

He hung up on us

A seizure?!

Our staff?

Yes!!

Get off your call

# Exhibit V

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 28

**22STCV23145**

Judge: Honorable Lisa R. Jaskol                    CSR: None
Judicial Assistant: Danisha Keith                   ERM: None
Courtroom Assistant: None                          Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): ████████████ via LACC

For Defendant(s): Appearance by Candace Lee for Christopher L. Thomas via LACC

**NATURE OF PROCEEDINGS:** Hearing on Motion - Other MOTION FOR ORDER
MODIFYING THE ORDER DATED FEBRUARY 28, 2024 DENYING THE
CONTINUATION OR REOPENING OF DISCOVERY; Hearing on Ex Parte Application for
Continuance of Trial Date

The Court's tentative ruling is posted online for parties to review.

The matter is NOT called for hearing.

The Court grants a continuance.

Pursuant to the request of plaintiff, the Hearing on Motion - Other MOTION FOR ORDER
MODIFYING THE ORDER DATED FEBRUARY 28, 2024 DENYING THE
CONTINUATION OR REOPENING OF DISCOVERY scheduled for 08/07/2024 is continued
to 09/04/2024 at 01:30 PM in Department 28 at Spring Street Courthouse.

As to the Ex Parte Application to continue the trial:

Plaintiff asks the Court to continue the trial at least 120 days because (1) Plaintiff's counsel has
sustained a concussion, impairing his cognitive functions and ability to prepare for trial and (2)
Defendant's counsel has not provided reciprocal scheduling accommodations. (Plaintiff also
cites the motion to reopen discovery, which the Court has denied.)

The Court finds good cause and continues the trial for 30 days or to the next available date based
on Plaintiff's counsel's medical condition. Plaintiff has provided no evidence or argument,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 28

**22STCV23145**                                                                 August 7, 2024
**SHAMSUN NAHAR KHAN vs JOSEPH WILLIAM**                      1:30 PM
**SCHIFFER**

Judge: Honorable Lisa R. Jaskol                    CSR: None
Judicial Assistant: Danisha Keith                   ERM: None
Courtroom Assistant: None                          Deputy Sheriff: None

however, showing that counsel's medical condition warrants a continuance of 120 days.

The ex parte application does not ask the Court to reopen or continue discovery. The Court does not reopen or continue discovery.

CONCLUSION

The Court GRANTS in part Plaintiff Shamsun Nahar Khan's ex parte application to continue the trial. The Court continues the trial for 30 days or to the next available date. The final status conference date will be based on the new trial date. In all other respects, the Court DENIES the ex parte application.

Pursuant to the request of moving party, the Final Status Conference scheduled for 08/27/2024 is continued to 10/07/2024 at 10:00 AM in Department 28 at Spring Street Courthouse.

Pursuant to the request of moving party, the Jury Trial scheduled for 09/10/2024 is continued to 10/21/2024 at 08:30 AM in Department 28 at Spring Street Courthouse.

The Plaintiff's Ex Parte Application for Continuance of Trial Date filed by Shamsun Nahar Khan on 07/31/2024 is Granted in Part.

# Exhibit

# W

**G | P**                                              Armand J. Jaafari <ajaafari@grandparklaw.com>

---

## Raise Broker - Representation Agreement

8 messages

---

**Gerry Ruiz** <gerry@raise.work>                                Thu, Sep 12, 2024 at 10:03 AM
Reply-To: gerry@raise.work
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>

Hi Armand,

Please see attached broker rep agreement. Review and if everything looks acceptable, I'll email you the document for digital signature.

Best,

**Gerry Ruiz**
Senior Advisor
213.435.2819
Lic. 02023671



---

 **Rep Agreement _ Grand Park Law Group.docx**
3630K

---

**Armand J. Jaafari** <ajaafari@grandparklaw.com>                 Fri, Sep 13, 2024 at 9:49 AM
To: gerry@raise.work

Looks good to me. Thanks.

[Quoted text hidden]

--

Armand J. Jaafari, Esq.  |  Principal

*ajaafari@grandparklaw.com*

**G r a n d   P a r k   L a w   G r o u p**

10880 Wilshire Blvd., Suite 1510

Los Angeles, CA 90024

(888) 629-GPLG (4754)

(310) 900-0805

*www.grandparklaw.com*

**CONFIDENTIALITY NOTE:** This communication contains information belonging to the GRAND PARK LAW GROUP, A.P.C. which is confidential. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

**Gerry Ruiz** <gerry@raise.work>
Reply-To: gerry@raise.work
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>

Fri, Sep 13, 2024 at 9:58 AM

Great, sending over now.

**Gerry Ruiz**
Senior Advisor
213.435.2819
Lic. 02023671



[Quoted text hidden]

---

**Armand J. Jaafari** <ajaafari@grandparklaw.com>
To: gerry@raise.work

Fri, Sep 13, 2024 at 10:00 AM

Would you have a minute to get on a brief call? It's in regards to the 2nd email for the listings provided.
[Quoted text hidden]

---

**Gerry Ruiz** <gerry@raise.work>
Reply-To: gerry@raise.work
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>

Fri, Sep 13, 2024 at 10:02 AM

I do, call me.

**Gerry Ruiz**
Senior Advisor
213.435.2819
Lic. 02023671



[Quoted text hidden]

---

**Gerry Ruiz** <gerry@raise.work>
Reply-To: gerry@raise.work
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>

Mon, Sep 16, 2024 at 1:53 PM

FYI - Contractor should have a estimate for us by EOD tomorrow.

**Gerry Ruiz**
Senior Advisor
213.435.2819
Lic. 02023671



On September 13, 2024 at 10:02 AM PDT gerry@raise.work wrote:

I do, call me.

**Gerry Ruiz**
Senior Advisor
213.435.2819



[Quoted text hidden]

---

**Gerry Ruiz** <gerry@raise.work>                     Mon, Sep 16, 2024 at 2:02 PM
Reply-To: gerry@raise.work
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>

Armand - Rep Agreement has been sent via Dropbox Sign. You should see it in your inbox shortly.

Best,

**Gerry Ruiz**
Senior Advisor
213.435.2819
Lic. 02023671



On September 16, 2024 at 1:53 PM PDT gerry@raise.work wrote:

FYI - Contractor should have a estimate for us by EOD tomorrow.

**Gerry Ruiz**
Senior Advisor
213.435.2819
Lic. 02023671

**RAISE**

[Quoted text hidden]

---

**Gerry Ruiz** <gerry@raise.work>                     Tue, Sep 17, 2024 at 9:52 AM
Reply-To: gerry@raise.work
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>

Hi Armand - Let me know if you have any questions regarding the Rep Agreement and if you receive it for digital signature.

Thanks,

**Gerry Ruiz**
Senior Advisor
213.435.2819
Lic. 02023671

**RAISE**

On September 16, 2024 at 2:02 PM PDT gerry@raise.work wrote:

Armand - Rep Agreement has been sent via Dropbox Sign. You should see it in your inbox shortly.

Best,

**Gerry Ruiz**
Senior Advisor
213.435.2819
Lic. 02023671



[Quoted text hidden]

# Exhibit X

**G | P**                                                    Armand J. Jaafari <ajaafari@grandparklaw.com>

---

## Sublease Document has been sent Via Digital Sig

1 message

---

**Gerry Ruiz** <gerry@raise.work>                                   Tue, Oct 8, 2024 at 10:58 AM
Reply-To: gerry@raise.work
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>

Armand,

The Sublease document has be sent out via digital signature, you should have received it already.

Please let me know if you have any questions.

Please review the attached applications for sublease approval from master landlord.

Grand Park Law Group will fill out the business application.

Armand I need you to fill out the Personal Application.

The Cover letters state what financial documents need to be submitted with the applications.

If documents are not complete, Master Landlord will not proceed to provide their consent.

**I also attached wiring instructions for UPTIQ. You will use these instruction to submit your first months rent and security deposit.

Best,

**Gerry Ruiz**
Senior Advisor
213.435.2819
Lic. 02023671



---

**6 attachments**


**10880 TT Certificate of Insurance Req.pdf**
64K

**Application - Business.pdf**
66K


**Application - Personal.doc**
47K

**Corporate Prospect Cover Letter.pdf**
49K


**Personal Prospect Cover Letter.pdf**
39K

**5-Bridge Bank Payment Instructions - Collections.pdf**
2737K

# Exhibit Y

**G** | **P**                                    Armand J. Jaafari <ajaafari@grandparklaw.com>

---

## Westwood Direct Options with Douglas Emmett

**Gerry Ruiz** <gerry@raise.work>                            Tue, Oct 15, 2024 at 9:46 AM
Reply-To: gerry@raise.work
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>

Hi Armand,

Hope you're doing OK.

I wanted to follow up and see if the spaces above work for you?

**Gerry Ruiz**
Senior Advisor
213.435.2819
Lic. 02023671



[Quoted text hidden]

# Exhibit Z

**G | P**

<div style="text-align:right">Armand J. Jaafari &lt;ajaafari@grandparklaw.com&gt;</div>

---

## Westwood Direct Options with Douglas Emmett

**Gerry Ruiz** &lt;gerry@raise.work&gt;                                   Thu, Oct 17, 2024 at 1:35 PM
Reply-To: gerry@raise.work
To: "Armand J. Jaafari" &lt;ajaafari@grandparklaw.com&gt;

Hi Armand - Just wanted to follow up.

Would you like me to present additional options? We can continue looking, I'm sure we can find you the right space.

Please let me know.

Cheers,

**Gerry Ruiz**
Senior Advisor
213.435.2819
Lic. 02023671



On October 15, 2024 at 9:46 AM PDT gerry@raise.work wrote:

Hi Armand,

Hope you're doing OK.

I wanted to follow up and see if the spaces above work for you?

**Gerry Ruiz**
Senior Advisor
213.435.2819
Lic. 02023671



[Quoted text hidden]

# Exhibit AA

Case 2:23-cv-02969-DSF-SK   Document 39-1   Filed 11/21/24   Page 100 of 148   Page
ID #:485

# G | P

**Armand J. Jaafari <ajaafari@grandparklaw.com>**

---

## RE: Drew v. Walgreen Co. - Correspondence of today's date re Ex Parte Hearing on July 2, 2024

1 message

---

**Nikole Stiel** <nstiel@jmll.com>                                    Thu, Jun 27, 2024 at 12:40 PM
To: Steve@stevensimons.com, Reception@stevensimons.com, cindy@stevensimons.com, aj@grandparklaw.com
Cc: "Raskin, Stewart" <sraskin@jmll.com>, Michael Miretsky <michaelmiretsky@jmll.com>, "Pham, David"
<dpham@jmll.com>

Counsel:


Attached you will find a correspondence of today's date from Mr. Raskin advising that on July 2, 2024, at
8:30 a.m. in Department "A" of the Los Angeles County Superior Court Van Nuys East Courthouse located
at 6230 Sylmar Ave, Van Nuys, CA 91401, Defendants WALGREEN CO. and SUNG SHIN will apply Ex
Parte for an order continuing the current trial date.


Thank you.


# Nikole Stiel

Assistant to Loren S. Leibl, Esq.

Richard A. Wood, Esq.

Stewart Raskin, Esq.

Adam Laufer, Esq.

nstiel@jmll.com

Leibl, Miretsky & Mosely, LLP

5014 Chesebro Road

Agoura Hills, CA 91301

Phone: (818) 380-0123

Fax: (818) 380-0124


The information contained in this message is information protected by the attorney-client and/or the attorney-
work product privilege. It is intended only for the use of the individual named above and the privileges are
not waived by virtue of this having been sent by e-mail. If the person actually receiving this e-mail or any
other reader of the e-mail is not the named recipient or the employee or agent responsible to deliver it to the

named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and destroy the original message.

---

 **24.06.27 CT PA( Notice of Ex Parte Application).pdf**
185K

Exhibit BB

G | P

**Armand J. Jaafari <ajaafari@grandparklaw.com>**

---

## RE: Drew v. Walgreen Co. - Service - Correspondence of today's date re Ex Parte Hearing on August 7, 2024 at 8:30 am
10 messages

---

**Nikole Stiel** <nstiel@jmll.com>                                    Mon, Aug 5, 2024 at 12:43 PM
To: aj@grandparklaw.com, Leilani Rodriguez <Paralegal1@stevensimons.com>, Joselynn Loera
<reception@stevensimons.com>, "Armand J. Jaafari" <ajaafari@grandparklaw.com>, Steven Simons
<steve@stevensimons.com>, cindy@stevensimons.com
Cc: "Loren S. Leibl" <loren.leibl@jmll.com>, Michael Miretsky <michaelmiretsky@jmll.com>, 'sraskin@jmll.com', Renee Page
<reneepage@jmll.com>, "Pham, David" <dpham@jmll.com>

Counsel:

Attached you will find a correspondence of today's date from Mr. Raskin advising that on August 7, 2024, at
8:30 a.m. in Department "A" of the Los Angeles County Superior Court Van Nuys East Courthouse located
at 6230 Sylmar Ave, Van Nuys, CA 91401, Defendants WALGREEN CO. and SUNG SHIN will apply Ex
Parte for an order continuing the current trial date or, alternatively, for an order specially setting the hearing
on Defendant's Motion to Compel Pre-Trial Interrogatories currently scheduled for January 17, 2025 and
Pre-Trial Requests for Production of Documents currently scheduled for January 15, 2025, to a date prior to
the current trial date.

Thank you.

# Nikole Stiel

Assistant to Loren S. Leibl, Esq.

Richard A. Wood, Esq.

Stewart Raskin, Esq.

Adam Laufer, Esq.

nstiel@jmll.com

Leibl, Miretsky & Mosely, LLP

5014 Chesebro Road

Agoura Hills, CA 91301

Phone: (818) 380-0123

Fax: (818) 380-0124

Case 2:23-cv-02969-DSF-SK  Document 39-1  Filed 11/21/24  Page 104 of 148  Page
ID #:489

The information contained in this message is information protected by the attorney-client and/or the attorney-work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this e-mail or any other reader of the e-mail is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and destroy the original message.

---

 **24.08.05 CT PA (Ex Parte Application).pdf**
188K

---

**Steven Simons** <Steve@stevensimons.com>                    Mon, Aug 5, 2024 at 1:03 PM
To: Nikole Stiel <nstiel@jmll.com>, "aj@grandparklaw.com" <aj@grandparklaw.com>, Leilani Rodriguez <Paralegal1@stevensimons.com>, Joselynn Loera <reception@stevensimons.com>, "Armand J. Jaafari" <ajaafari@grandparklaw.com>, "cindy@stevensimons.com" <cindy@stevensimons.com>
Cc: "Loren S. Leibl" <loren.leibl@jmll.com>, Michael Miretsky <michaelmiretsky@jmll.com>, "sraskin@jmll.com" <'sraskin@jmll.com'>, Renee Page <reneepage@jmll.com>, "Pham, David" <dpham@jmll.com>

Steven A. Simons, Esq.

***Law Office of Steven A. Simons***

P.O. Box 33623

Granada Hills, CA 91394

Tel: 818.368.9642

Fax: 818.975.5032

Service E-mail: Reception@stevensimons.com

E-mail: steve@stevensimons.com

www.onesmartlawyer.com

[Quoted text hidden]

---

**Armand J. Jaafari** <ajaafari@grandparklaw.com>            Tue, Aug 6, 2024 at 3:06 PM
To: Steven Simons <Steve@stevensimons.com>, Michael Miretsky <michaelmiretsky@jmll.com>
Cc: Nikole Stiel <nstiel@jmll.com>, "aj@grandparklaw.com" <aj@grandparklaw.com>, Leilani Rodriguez <Paralegal1@stevensimons.com>, Joselynn Loera <reception@stevensimons.com>, "cindy@stevensimons.com" <cindy@stevensimons.com>, "Loren S. Leibl" <loren.leibl@jmll.com>, Renee Page <reneepage@jmll.com>, "Pham, David" <dpham@jmll.com>

Mr. Miretsky,
Thank you for your call today. As discussed, I have included a stipulation for continuance to June 19, 2025.

Mr. Simons,

11/19/24, 4:35 PM    Grand Park Law Group, A.P.C. Mail - Drew v. Walgreen Co. - Settled Correspondence of today standard Ex Parte hearing on August 7, 20…

Case 2:23-cv-02969-DSF-SK   Document 39-1    Filed 11/21/24    Page 105 of 148   Page ID #:490

Mr. Miretsky and I met and conferred with regard to the pending discovery disputes as well as the setbacks our office had internally through a recent office migration. In short, the seemingly practical resolution was to seek a stipulation to extend the parties time to engage in and allow for each respective party's participation for adequate discovery prior to trial.

Please let me know if there is anything in the stipulation that requires revision. We would like to have this executed and filed so it may be addressed at tomorrow's *ex parte* hearing.

Thank you,
[Quoted text hidden]
--

Armand J. Jaafari, Esq. | Principal

*ajaafari@grandparklaw.com*

**G r a n d  P a r k  L a w  G r o u p**

10880 Wilshire Blvd., Suite 1510

Los Angeles, CA 90024

(888) 629-GPLG (4754)

(310) 900-0805

www.grandparklaw.com

**CONFIDENTIALITY NOTE:** This communication contains information belonging to the GRAND PARK LAW GROUP, A.P.C. which is confidential. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

---

 **(B Drew v Walgreens) Stip. Cont Trial.docx**
136K

---

**Michael Miretsky** <michaelmiretsky@jmll.com>            Tue, Aug 6, 2024 at 3:33 PM
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>, Steven Simons <Steve@stevensimons.com>
Cc: Nikole Stiel <nstiel@jmll.com>, aj@grandparklaw.com, Leilani Rodriguez <Paralegal1@stevensimons.com>, Joselynn Loera <reception@stevensimons.com>, cindy@stevensimons.com, "Loren S. Leibl" <loren.leibl@jmll.com>, Renee Page <reneepage@jmll.com>, "Pham, David" <dpham@jmll.com>, "Raskin, Stewart" <sraskin@jmll.com>

Armand,

I have taken the liberty of cleaning up a few typo's. You had the wrong plaintiff name and Kaiser listed as my client. More substantively, on page 2 line 5 I changed "Defendants require additional time…" to "Parties require additional time…." I did not wish to put the request squarely on my shoulders. I signed the stipulation in anticipation that you would not have a problem with it.

Please remember to include Stewart in our communications.

Michael Miretsky, Esq.

Leibl, Miretsky & Mosely, LLP

11/19/24, 4:49 PM Grand Park Law Group, A.P.C. Mail - Christ Church Malibu v. ____ Co. - Settled correspondence of trial continuance & Clerk's hearing on August 7, 20…

Case 2:23-cv-02969-DSF-SK Document 39-1 Filed 11/21/24 Page 106 of 148 Page ID #:491

5014 Chesebro Road

Agoura Hills, CA 91301

(818) 380-0123 tel.

(818) 380-0124 fac.

michaelmiretsky@jmll.com

[Quoted text hidden]

---

**2 attachments**

 **24.08.06 Stipulation to Continue Trial.docx**
136K

 **24.08.06 Stipulation to Continue Trial.pdf**
272K

---

**Armand J. Jaafari** <ajaafari@grandparklaw.com>                                Tue, Aug 6, 2024 at 3:53 PM
To: Michael Miretsky <michaelmiretsky@jmll.com>
Cc: Steven Simons <Steve@stevensimons.com>, Nikole Stiel <nstiel@jmll.com>, aj@grandparklaw.com, Leilani Rodriguez
<Paralegal1@stevensimons.com>, Joselynn Loera <reception@stevensimons.com>, "Loren S. Leibl" <loren.leibl@jmll.com>,
Renee Page <reneepage@jmll.com>, "Pham, David" <dpham@jmll.com>, "Raskin, Stewart" <sraskin@jmll.com>

Thank you for the review and update. Mr. Simons, please review and execute at your earliest convenience.
[Quoted text hidden]

---

**Steven Simons** <Steve@stevensimons.com>                                       Tue, Aug 6, 2024 at 4:13 PM
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>, Michael Miretsky <michaelmiretsky@jmll.com>
Cc: Nikole Stiel <nstiel@jmll.com>, "aj@grandparklaw.com" <aj@grandparklaw.com>, Leilani Rodriguez
<Paralegal1@stevensimons.com>, Joselynn Loera <reception@stevensimons.com>, "Loren S. Leibl" <loren.leibl@jmll.com>,
Renee Page <reneepage@jmll.com>, "Pham, David" <dpham@jmll.com>, "Raskin, Stewart" <sraskin@jmll.com>

Good afternoon Mr. Jaafari

I have reviewed the proposed stipulation and based upon the language of the stipulation I am unable to agree with the
terms of the stipulation.

Law Office of Steven A. Simons
P.O. Box 33623
Granada Hills, CA 91394
818.368.9642
Steve@stevensimons.com

Get Outlook for iOS

---

**From:** Armand J. Jaafari <ajaafari@grandparklaw.com>
**Sent:** Tuesday, August 6, 2024 3:53:41 PM
**To:** Michael Miretsky <michaelmiretsky@jmll.com>
**Cc:** Steven Simons <Steve@stevensimons.com>; Nikole Stiel <nstiel@jmll.com>; aj@grandparklaw.com
<aj@grandparklaw.com>; Leilani Rodriguez <Paralegal1@stevensimons.com>; Joselynn Loera
<reception@stevensimons.com>; Loren S. Leibl <loren.leibl@jmll.com>; Renee Page
<reneepage@jmll.com>; Pham, David <dpham@jmll.com>; Raskin, Stewart <sraskin@jmll.com>
[Quoted text hidden]

[Quoted text hidden]

---

**Armand J. Jaafari** <ajaafari@grandparklaw.com>                                Tue, Aug 6, 2024 at 4:14 PM

To: Steven Simons <Steve@stevensimons.com>
Cc: Michael Miretsky <michaelmiretsky@jmll.com>, Nikole Stiel <nstiel@jmll.com>, "aj@grandparklaw.com" <aj@grandparklaw.com>, Leilani Rodriguez <Paralegal1@stevensimons.com>, Joselynn Loera <reception@stevensimons.com>, "Loren S. Leibl" <loren.leibl@jmll.com>, Renee Page <reneepage@jmll.com>, "Pham, David" <dpham@jmll.com>, "Raskin, Stewart" <sraskin@jmll.com>

Please advise of the term that you take issue with?

[Quoted text hidden]

---

**Armand J. Jaafari** <ajaafari@grandparklaw.com>           Tue, Aug 6, 2024 at 4:21 PM
To: Steven Simons <Steve@stevensimons.com>
Cc: Michael Miretsky <michaelmiretsky@jmll.com>, Nikole Stiel <nstiel@jmll.com>, "aj@grandparklaw.com" <aj@grandparklaw.com>, Leilani Rodriguez <Paralegal1@stevensimons.com>, Joselynn Loera <reception@stevensimons.com>, "Loren S. Leibl" <loren.leibl@jmll.com>, Renee Page <reneepage@jmll.com>, "Pham, David" <dpham@jmll.com>, "Raskin, Stewart" <sraskin@jmll.com>

Mr. Simons,
I called your office contemporaneously with my email, which was delivered in less than 30 seconds in reply to yours. Your office represented that you had just left for the day, in shockingly remarkable speed I might add - perhaps we should have had you represent Team USA at the games.

I can only understand your refusal to participate in an otherwise agreeable stipulation, to be caused by Mr. Miretsky and Defendant Walgreens. Otherwise, I would greatly appreciate learning what term, if any, you specifically take issue with because as of yesterday, you took no issue with the request for continuance being sought by Defendant Walgreens in their *ex parte* application. Though when Plaintiff has seemingly agreed to stipulate to mutually convenient dates, you suddenly have a voice in opposition. Please explain.

[Quoted text hidden]

---

**Steven Simons** <Steve@stevensimons.com>           Tue, Aug 6, 2024 at 4:48 PM
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>
Cc: Michael Miretsky <michaelmiretsky@jmll.com>, Nikole Stiel <nstiel@jmll.com>, "aj@grandparklaw.com" <aj@grandparklaw.com>, Leilani Rodriguez <Paralegal1@stevensimons.com>, Joselynn Loera <reception@stevensimons.com>, "Loren S. Leibl" <loren.leibl@jmll.com>, Renee Page <reneepage@jmll.com>, "Pham, David" <dpham@jmll.com>, "Raskin, Stewart" <sraskin@jmll.com>

Mr. Jaafari:

I am not sure what, if anything, is the point of your email. Therefore, I will not attempt to respond to the hyperbole. Rather, I will state that I was engaged in a client conference most of the afternoon. As the conference ended I was preparing to leave for a meeting that was scheduled out of the office. I saw your email, and having seen the various emails from this morning, I made it a point to read your 3:00 email. Upon a cursory review I was uncomfortable with the language but did not have the time to rewrite the offensive portions. Therefore I penned the email, hit send and walked out the door for my meeting.

I'm still at the meeting but wanted to reach out to you and advise that I do not have the time to rewrite your stipulation, not that it is my responsibility to do so, tonight because of my other commitments.

Be that as it may, my agreement yesterday that I do not oppose a brief continuance stands. I just am not agreeing to the language in the proposed stipulation. There is a difference between The two issues.

Good evening to you

Law Office of Steven A. Simons
P.O. Box 33623
Granada Hills, CA 91394
818.368.9642
Steve@stevensimons.com

Get Outlook for iOS

---

**From:** Armand J. Jaafari <ajaafari@grandparklaw.com>
**Sent:** Tuesday, August 6, 2024 4:21:31 PM
**To:** Steven Simons <Steve@stevensimons.com>

11/19/24, 4:54 PM                    Grand Park Law Group, A.P.C. Mail - Deckard v. Walmart, Inc. - Settled Correspondence of trial/attendance Ex. 12 re hearing on August 7, 20...

Case 2:23-cv-02969-DSF-SK   Document 39-1   Filed 11/21/24   Page 108 of 148   Page
ID #:493

**Cc:** Michael Miretsky <michaelmiretsky@jmll.com>; Nikole Stiel <nstiel@jmll.com>; aj@grandparklaw.com <aj@grandparklaw.com>; Leilani Rodriguez <Paralegal1@stevensimons.com>; Joselynn Loera <reception@stevensimons.com>; Loren S. Leibl <loren.leibl@jmll.com>; Renee Page <reneepage@jmll.com>; Pham, David <dpham@jmll.com>; Raskin, Stewart <sraskin@jmll.com>

[Quoted text hidden]

[Quoted text hidden]

---

**Armand J. Jaafari** <ajaafari@grandparklaw.com>                                    Tue, Aug 6, 2024 at 4:52 PM
To: Steven Simons <Steve@stevensimons.com>
Cc: Michael Miretsky <michaelmiretsky@jmll.com>, Nikole Stiel <nstiel@jmll.com>, "aj@grandparklaw.com" <aj@grandparklaw.com>, Leilani Rodriguez <Paralegal1@stevensimons.com>, Joselynn Loera <reception@stevensimons.com>, "Loren S. Leibl" <loren.leibl@jmll.com>, Renee Page <reneepage@jmll.com>, "Pham, David" <dpham@jmll.com>, "Raskin, Stewart" <sraskin@jmll.com>

I'm unable to understand the distinction- perhaps you can enlighten me. You were able to pen this reply though unable to review the stipulation, let alone identify what term makes you feel "uncomfortable"? The email is to memorialize how nonsensical these ongoing representations are so we can rely on it later for our motions, of course. Interestingly, your receptionist mentioned you left the office for the day. Seemingly, in less than 30 minutes, you traveled out of your office and have been in a "meeting" at some offsite location. Let me know if I have misunderstood any of the representations being made by your office, beyond a simple "you are mistaken".

[Quoted text hidden]

# Exhibit CC

11/21/24, 1:20 PM                    Grand Park Law Group, P.C. Mail - Co-counsel introduction - Complex Landlord Tennant Matter in Los Angeles

Case 2:23-cv-02969-DSF-SK    Document 39    Filed 11/21/24    Page 110 of 148    Page
ID #:495

# G | P

Armand J. Jaafari <ajaafari@grandparklaw.com>

---

## Co-counsel introduction - Complex Landlord Tennant Matter in Los Angeles
10 messages

---

**Ngosong Fonkem** <ngosong@harris-sliwoski.com>                    Tue, Jul 2, 2024 at 3:57 PM
To: Ravi Patel <drravipatelchiropractic@gmail.com>, "Armand J. Jaafari" <ajaafari@grandparklaw.com>
Cc: "FHeiser@KlinedinstLaw.com" <FHeiser@klinedinstlaw.com>, Jonathan Olson <jon@jolsonlaw.com>

Hello Fred,

Good afternoon.  Thank you so much for taking my call a few minutes ago. Many
thanks for accepting to help out with this litigation. As I mentioned during our call, my
client, Project Rumor LLC  is involved in a "very" complex high dollars landlord tenant
lawsuit(s) in Los Angeles. A local LA firm (copied) is currently handling the matter in LA,
but due to the complexity and voluminous nature of the work, the firm needs additional
hands-on-deck to help out. I mentioned to Dr. Ravi Patel, Project Rumor and Attorney
Jaafari (LA attorney) during our call last week that I will reach out to you for assistance.
I have copied Dr. Ravi Patel; Armand Jaafari; and Jonathan Olson (Dr. Ravi Patel's
other attorney on this matter). Once again, we appreciate your willingness to help us on
this matter.

AJ -  Please take it from here. FYI Fred Heiser is with Klinedinst PC.

Best,

Ngosong

**Ngosong Fonkem** - Attorney

 HARRIS SLIWOSKI

600 Stewart Street, Suite 1200
Seattle, Washington 98101
tel: 206.224.5657 - fax: 206.224.5659
cell: 224-830-0917

website ι bio ι vCard ι blog ι linkedin

**Confidentiality Note:** The information contained in this e-mail and any attachments to it
may be legally privileged and include confidential information. If you have received this e-
mail in error, please notify the sender immediately of that fact by return e-mail and
permanently delete the e-mail and any attachments. Thank you.

---

**Frederick M. Heiser** <FHeiser@klinedinstlaw.com>                    Tue, Jul 2, 2024 at 4:46 PM
To: Ngosong Fonkem <ngosong@harris-sliwoski.com>, Ravi Patel <drravipatelchiropractic@gmail.com>, "Armand J. Jaafari"
<ajaafari@grandparklaw.com>
Cc: Jonathan Olson <jon@jolsonlaw.com>

Thank you very much, Ngosong.  Happy to help!

11/21/24, 1:28 AM                                    Grand Park Law Group, A.P.C. Mail - Re: Co-counsel introduction - Complex Landlord Tennant Matter in Los Angeles

Case 2:23-cv-02969-DSF-SK    Document 39-1    Filed 11/21/24    Page 111 of 148    Page
ID #:496

Hi Team—I understand trial is approaching, so can be available to chat ASAP either later today, this evening, or tomorrow.  Let me know what time(s) work best and I can send out a Teams invite.

Meanwhile, AJ, can you send over a recent pleading so that we can run a conflicts check on our end?

All the best,

Fred

**Frederick M. Heiser**
Managing Shareholder

Biography  |  Website  |  Locations





Nationally-Ranked
as a Best Company
to Work For
by U.S. News

**Klinedinst Irvine**
2 Park Plaza, Ste. 1250
Irvine, CA 92614

(949) 868-2600 Phone

NOTICE: This e-mail (including any files transmitted with it) is being sent by a law firm. It is intended only for the individual or entity to which the sender intended to transmit it, and the email may contain information that is proprietary, privileged, or confidential. If you are not the intended recipient and you received this email in error, please promptly delete the email and refrain from any dissemination, distribution, or copying of the email. Please confirm the same with the sender of the email.

**From:** Ngosong Fonkem <ngosong@harris-sliwoski.com>
**Sent:** Tuesday, July 2, 2024 3:57 PM
**To:** Ravi Patel <drravipatelchiropractic@gmail.com>; Armand J. Jaafari <ajaafari@grandparklaw.com>
**Cc:** Frederick M. Heiser <FHeiser@Klinedinstlaw.com>; Jonathan Olson <jon@jolsonlaw.com>
**Subject:** Co-counsel introduction - Complex Landlord Tennant Matter in Los Angeles

Warning - External Email

[Quoted text hidden]

---

**Frederick M. Heiser** <FHeiser@klinedinstlaw.com>                    Wed, Jul 3, 2024 at 12:38 PM
To: Ngosong Fonkem <ngosong@harris-sliwoski.com>, Ravi Patel <drravipatelchiropractic@gmail.com>, "Armand J. Jaafari" <ajaafari@grandparklaw.com>
Cc: Jonathan Olson <jon@jolsonlaw.com>

Hi Everybody—Just circling back on this. I don't believe I've seen a response to the below and want to make sure that I haven't missed anything on my end.

Let me know if there is any additional information you need from me or the firm.

Happy Fourth of July!

Fred

**Frederick M. Heiser**
Managing Shareholder

Biography | Website | Locations



**Klinedinst Irvine**
2 Park Plaza, Ste. 1250
Irvine, CA 92614

(949) 868-2600 Phone

Nationally-Ranked
as a Best Company
to Work For
by U.S. News

NOTICE: This e-mail (including any files transmitted with it) is being sent by a law firm. It is intended only for the individual or entity to which the sender intended to transmit it, and the email may contain information that is proprietary, privileged, or confidential. If you are not the intended recipient and you received this email in error, please promptly delete the email and refrain from any dissemination, distribution, or copying of the email. Please confirm the same with the sender of the email.
[Quoted text hidden]
[Quoted text hidden]

---

**Jonathan Olson** <jon@jolsonlaw.com>                               Wed, Jul 3, 2024 at 12:52 PM
To: "Frederick M. Heiser" <FHeiser@klinedinstlaw.com>
Cc: Ngosong Fonkem <ngosong@harris-sliwoski.com>, Ravi Patel <drravipatelchiropractic@gmail.com>, "Armand J. Jaafari" <ajaafari@grandparklaw.com>

Hello, Fred,

Nice to meet you virtually!  I just spoke with Ravi in the last 15 minutes, and got the approval to bring you aboard pending a conversation with our LA attorney, Armand Jaafari. I am trying to confirm availability for everyone - what is your availability the rest of the day?

*Jonathan A. Olson*
*Attorney at Law*
*634 N Hennessey St.*
*New Orleans, LA 70119*
*(920) 419-3220*

[Quoted text hidden]

---

**Armand J. Jaafari** <ajaafari@grandparklaw.com>                          Wed, Jul 3, 2024 at 12:58 PM
To: Jonathan Olson <jon@jolsonlaw.com>
Cc: "Frederick M. Heiser" <FHeiser@klinedinstlaw.com>, Ngosong Fonkem <ngosong@harris-sliwoski.com>, Ravi Patel <drravipatelchiropractic@gmail.com>

Good afternoon,
It's a pleasure to meet your acquaintance, Frederick. I'm available throughout the afternoon for a call. Please let me know what time works best for all parties and I can circulate a Google Meet invitation.
[Quoted text hidden]
--

Armand J. Jaafari, Esq.  |  Principal

*ajaafari@grandparklaw.com*

**Grand Park Law Group**

9595 Wilshire Blvd., 9th Floor

Beverly Hills, CA 90212

(888) 629-GPLG (4754)

(310) 900-0805

*www.grandparklaw.com*

**CONFIDENTIALITY NOTE:** This communication contains information belonging to the GRAND PARK LAW GROUP, A.P.C. which is confidential. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

---

**Frederick M. Heiser** <FHeiser@klinedinstlaw.com>                          Wed, Jul 3, 2024 at 1:01 PM
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>, Jonathan Olson <jon@jolsonlaw.com>
Cc: Ngosong Fonkem <ngosong@harris-sliwoski.com>, Ravi Patel <drravipatelchiropractic@gmail.com>

Terrific!  I'm free until about 5:00 p.m. PT, but can be available later if that's needed.

Meanwhile, can someone please send me a pleading ASAP to run a conflicts check?  Our conflicts team will be heading out early for Fourth of July, so I'd like to try to get that done.

11/21/24, 1:22 AM                    Grand Park Law Group, P.C. Mail - Counsel introduction, 10-plex & landlord fraud, matter in Los Angeles

Case 2:23-cv-02969-DSF-SK  Document 39-1  Filed 11/21/24  Page 114 of 148  Page ID #:499

Thanks!

Fred

**Frederick M. Heiser**
Managing Shareholder

Biography  |  Website  |  Locations



**Klinedinst Irvine**
2 Park Plaza, Ste. 1250
Irvine, CA 92614

(949) 868-2600 Phone

Nationally-Ranked
as a Best Company
to Work For
by U.S. News

NOTICE: This e-mail (including any files transmitted with it) is being sent by a law firm. It is intended only for the individual or entity to which the sender intended to transmit it, and the email may contain information that is proprietary, privileged, or confidential. If you are not the intended recipient and you received this email in error, please promptly delete the email and refrain from any dissemination, distribution, or copying of the email. Please confirm the same with the sender of the email.

[Quoted text hidden]
[Quoted text hidden]

---

**Jonathan Olson** <jon@jolsonlaw.com>                                        Wed, Jul 3, 2024 at 1:05 PM
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>
Cc: "Frederick M. Heiser" <FHeiser@klinedinstlaw.com>, Ngosong Fonkem <ngosong@harris-sliwoski.com>, Ravi Patel <drravipatelchiropractic@gmail.com>

I can make myself available any time this afternoon.

Ravi would like to be invited, and will make it if he can. He gave me authority to move forward even if he can't be on the call today.

*Jonathan A. Olson*
*Attorney at Law*
*634 N Hennessey St.*
*New Orleans, LA 70119*
*(920) 419-3220*

[Quoted text hidden]

---

**Frederick M. Heiser** <FHeiser@klinedinstlaw.com>                           Wed, Jul 3, 2024 at 1:09 PM
To: Jonathan Olson <jon@jolsonlaw.com>, "Armand J. Jaafari" <ajaafari@grandparklaw.com>
Cc: Ngosong Fonkem <ngosong@harris-sliwoski.com>, Ravi Patel <drravipatelchiropractic@gmail.com>, "Ian A. Rambarran" <IRambarran@klinedinstlaw.com>

Thanks, Jonathan.  Adding my partner, Ian Rambarran to this chain as well.  He will be joining our call.

Chat soon!

Fred

**Frederick M. Heiser**
Managing Shareholder

Biography | Website | Locations



**Klinedinst Irvine**
2 Park Plaza, Ste. 1250
Irvine, CA 92614

(949) 868-2600 Phone

Nationally-Ranked
as a Best Company
to Work For
by U.S. News

NOTICE: This e-mail (including any files transmitted with it) is being sent by a law firm. It is intended only for the individual or entity to which the sender intended to transmit it, and the email may contain information that is proprietary, privileged, or confidential. If you are not the intended recipient and you received this email in error, please promptly delete the email and refrain from any dissemination, distribution, or copying of the email. Please confirm the same with the sender of the email.

[Quoted text hidden]

[Quoted text hidden]

---

**Armand J. Jaafari** <ajaafari@grandparklaw.com>                    Wed, Jul 3, 2024 at 1:10 PM
To: Jonathan Olson <jon@jolsonlaw.com>
Cc: "Frederick M. Heiser" <FHeiser@klinedinstlaw.com>, Ngosong Fonkem <ngosong@harris-sliwoski.com>, Ravi Patel <drravipatelchiropractic@gmail.com>

That's great to hear. I've attached the second amended complaint - Frederick, please let me know if you wish to review the pleading before our discussion otherwise I can send an invitation for 1:30 p.m. (PST) to avoid delay.

[Quoted text hidden]

---

📄 **Amended_Complaint_2nd_.pdf**
453K

---

**Frederick M. Heiser** <FHeiser@klinedinstlaw.com>                    Wed, Jul 3, 2024 at 1:13 PM
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>, Jonathan Olson <jon@jolsonlaw.com>
Cc: Ngosong Fonkem <ngosong@harris-sliwoski.com>, Ravi Patel <drravipatelchiropractic@gmail.com>, "Ian A. Rambarran" <IRambarran@klinedinstlaw.com>

11/21/24, 1:23 AM    Grand Park Law Group, A.P.C. Mail - Re: Counsel introduction, 10-plex, landlord default letter in Los Angeles

Case 2:23-cv-02969-DSF-SK    Document 39-1    Filed 11/21/24    Page 116 of 148    Page ID #:501

No problem.  1:30 is fine.


Chat soon!

Fred


**Frederick M. Heiser**
Managing Shareholder

Biography  |  Website  |  Locations




**Klinedinst Irvine**
2 Park Plaza, Ste. 1250
Irvine, CA 92614

(949) 868-2600 Phone

Nationally-Ranked
as a Best Company
to Work For
by U.S. News


NOTICE: This e-mail (including any files transmitted with it) is being sent by a law firm. It is intended only for the individual or entity to which the sender intended to transmit it, and the email may contain information that is proprietary, privileged, or confidential. If you are not the intended recipient and you received this email in error, please promptly delete the email and refrain from any dissemination, distribution, or copying of the email. Please confirm the same with the sender of the email.

**From:** Armand J. Jaafari <ajaafari@grandparklaw.com>
**Sent:** Wednesday, July 3, 2024 1:10 PM
**To:** Jonathan Olson <jon@jolsonlaw.com>

[Quoted text hidden]

[Quoted text hidden]

# Exhibit DD

11/21/24, 1:28 AM  Grand Park Law Group, A.P.C. Mail - Urgent - Shivan2Holding introduction to Amundsen Davis - Complex Landlord Tennant Matter in Los An...

Case 2:23-cv-02969-DSF-SK  Document 39-1  Filed 11/21/24  Page 118 of 148  Page ID #:503

G | P

**Armand J. Jaafari <ajaafari@grandparklaw.com>**

---

## Urgent - Shivan2Holding introduction to Amundsen Davis - Complex Landlord Tennant Matter in Los Angeles

9 messages

---

**Ngosong Fonkem** <ngosong@harris-sliwoski.com>                          Tue, Jun 25, 2024 at 2:16 PM
To: "jtierney@amundsendavislaw.com" <jtierney@amundsendavislaw.com>, "ajaafari@grandparklaw.com"
<ajaafari@grandparklaw.com>
Cc: "drravipatelchiropractic@gmail.com" <drravipatelchiropractic@gmail.com>, Jonathan Olson <jon@jolsonlaw.com>,
"aj@grandparklaw.com" <aj@grandparklaw.com>

Hello Joe,

Good afternoon. It was very nice catching up with you earlier this afternoon. And many thanks for
accepting to speak with AD's head of litigation for assistance on this matter. As I mentioned during
our call, my client, Shivan2Holding is involved in a "very" complex high dollars landlord tenant
lawsuit(s) in Los Angeles. One aspect of the lawsuit also has a Wisconsin nexus and I understand
a lawsuit arising out of the same sets of facts has now been filed in Wisconsin as well. A local LA
firm (copied) is currently handling the matter in LA, but due to the complexity and voluminous
nature of the work, the firm needs additional hands-on-deck to help out. I mentioned Dr. Ravi Patel,
Shivan2Holdings and Attorney Jaafari (LA attorney) during our call this morning that I will reach out
to AD for assistance. I have copied Dr. Ravi Patel; Armand Jaafari; and Jonathan Olson (Dr. Ravi
Patel's other attorney on this matter). Once again, we appreciate you and AD's interest in helping
us on this matter.

AJ - I anticipate that AD's head of litigation will be added to this email shortly following Joe's
communication with him. We may need to set up a follow-up call shortly thereafter as I understand
that time is of the essence and there are a lot of moving parts.

Best,

Ngosong

**Ngosong Fonkem** - Attorney

 **HARRIS SLIWOSKI**

600 Stewart Street, Suite 1200
Seattle, Washington 98101
tel: 206.224.5657 - fax: 206.224.5659
cell: 224-830-0917

website �istiu bio �istiu vCard �istiu blog �istiu linkedin

**Confidentiality Note:** The information contained in this e-mail and any attachments to it
may be legally privileged and include confidential information. If you have received this e-
mail in error, please notify the sender immediately of that fact by return e-mail and
permanently delete the e-mail and any attachments. Thank you.

---

**From:** Armand J. Jaafari <ajaafari@grandparklaw.com>
**Sent:** Tuesday, June 25, 2024 1:13 PM

**To:** Ravi Patel <drravipatelchiropractic@gmail.com>
**Cc:** Jonathan Olson <jon@jolsonlaw.com>; Armand's Team <aj@grandparklaw.com>; Ngosong Fonkem <ngosong@harris-sliwoski.com>
**Subject:** Re: LA Case

Pleasure to meet you Ngosong,
In short, we have a general landlord tenant dispute, but it has been convoluted because the landlord has filed 2 separate actions on top of our primary case. Ideally, if there is an attorney who is well informed on real property contractual disputes we would greatly benefit from getting some extra hands onboard.

On Tue, Jun 25, 2024 at 11:10 AM Ravi Patel <drravipatelchiropractic@gmail.com> wrote:

Hey,

We have Armaand who is representing me for LA and Ngosong which ever firm is the most ideal for us to spear head this so we can move forward with that.

Jonathan is also available to help strategy with how we need to navigate as well.

Armaand can give us a brief paragraph on whats going on, but also lets get on a call to get everything established.

Best,
Ravi

--

Armand J. Jaafari, Esq.  |  Principal

ajaafari@grandparklaw.com

**Grand Park Law Group**

9595 Wilshire Blvd., 9th Floor

Beverly Hills, CA 90212

(888) 629-GPLG (4754)

(310) 900-0805

www.grandparklaw.com

**CONFIDENTIALITY NOTE:** This communication contains information belonging to the GRAND PARK LAW GROUP, A.P.C. which is confidential. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

---

Ravi Patel <drravipatelchiropractic@gmail.com>                     Tue, Jun 25, 2024 at 2:44 PM
To: Ngosong Fonkem <ngosong@harris-sliwoski.com>
Cc: jtierney@amundsendavislaw.com, ajaafari@grandparklaw.com, Jonathan Olson <jon@jolsonlaw.com>,
aj@grandparklaw.com

The entity name is Project Rumor LLC

- shivam 2 holdings is not involved its Project Rumor

Along with me and my partner personally guaranteeing the lease.

Sent from my iPhone

On Jun 25, 2024, at 4:16 PM, Ngosong Fonkem <ngosong@harris-sliwoski.com> wrote:

[Quoted text hidden]

---

**Armand J. Jaafari** <ajaafari@grandparklaw.com>                    Tue, Jun 25, 2024 at 3:05 PM
To: Ravi Patel <drravipatelchiropractic@gmail.com>
Cc: Ngosong Fonkem <ngosong@harris-sliwoski.com>, jtierney@amundsendavislaw.com, Jonathan Olson
<jon@jolsonlaw.com>, aj@grandparklaw.com

Hi Joe,
I'm available throughout the afternoon today and tomorrow afternoon.
[Quoted text hidden]

---

**Tierney, Joseph E.** <JTierney@amundsendavislaw.com>                    Tue, Jun 25, 2024 at 3:33 PM
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>, Ravi Patel <drravipatelchiropractic@gmail.com>
Cc: Ngosong Fonkem <ngosong@harris-sliwoski.com>, Jonathan Olson <jon@jolsonlaw.com>, "aj@grandparklaw.com"
<aj@grandparklaw.com>

We are checking capacity and will get back to you tomorrow.
JET

Get Outlook for iOS

---

**From:** Armand J. Jaafari <ajaafari@grandparklaw.com>
**Sent:** Tuesday, June 25, 2024 5:05:57 PM
**To:** Ravi Patel <drravipatelchiropractic@gmail.com>
**Cc:** Ngosong Fonkem <ngosong@harris-sliwoski.com>; Tierney, Joseph E.
<JTierney@amundsendavislaw.com>; Jonathan Olson <jon@jolsonlaw.com>; aj@grandparklaw.com
<aj@grandparklaw.com>
**Subject:** Re: Urgent - Shivan2Holding introduction to Amundsen Davis - Complex Landlord Tennant Matter
in Los Angeles

[Quoted text hidden]

---

**Ravi Patel** <drravipatelchiropractic@gmail.com>                    Wed, Jun 26, 2024 at 12:04 PM
To: "Tierney, Joseph E." <JTierney@amundsendavislaw.com>
Cc: "Armand J. Jaafari" <ajaafari@grandparklaw.com>, Ngosong Fonkem <ngosong@harris-sliwoski.com>, Jonathan
Olson <jon@jolsonlaw.com>, "aj@grandparklaw.com" <aj@grandparklaw.com>

Any updates on the capacity?

We are in a time crunch, just making sure we can move forward with the timeline.
[Quoted text hidden]

---

**Tierney, Joseph E.** <JTierney@amundsendavislaw.com>                    Fri, Jun 28, 2024 at 1:26 PM
To: Ravi Patel <drravipatelchiropractic@gmail.com>
Cc: "Armand J. Jaafari" <ajaafari@grandparklaw.com>, Ngosong Fonkem <ngosong@harris-sliwoski.com>, Jonathan
Olson <jon@jolsonlaw.com>, "aj@grandparklaw.com" <aj@grandparklaw.com>

Ravi, Ngosong, Jon, and Armand:


After speaking with several of our people internally, our litigation team does not feel it has the
people to help in a motion heavy practice next week. We could assist with Wisconsin issues, but
the press of our current caseload is just too much to take on an intensive set of motions in a short
period of time.

11/21/24, 1:... Amundsen Davis Gmail - Mail - Direct Neva... Booking introduction in Amundsen Davis - Google Cloud Giovanni Grant Trial Los An…

Case 2:23-cv-02969-DSF-SK   Document 89-1   Filed 11/21/24   Page 121 of 148   Page
ID #:506

We do have some recommendations for you:

-       Richard Moreno at Murchison Cummings

-       Fred Heiser at Klinedinst

-       Wilfred Llaurado at Koenig Law Firm PC.

I am sorry we cannot be more helpful.

JET

[Quoted text hidden]

---

**Ngosong Fonkem** <ngosong@harris-sliwoski.com>                Fri, Jun 28, 2024 at 1:30 PM
To: "Tierney, Joseph E." <JTierney@amundsendavislaw.com>, Ravi Patel <drravipatelchiropractic@gmail.com>
Cc: "Armand J. Jaafari" <ajaafari@grandparklaw.com>, Jonathan Olson <jon@jolsonlaw.com>, "aj@grandparklaw.com" <aj@grandparklaw.com>

Dear Joe,

Thanks so much for getting back to us. We will reach out to the folks that you have recommended shortly.

We truly appreciate your looking into this matter on our behalf.

Best,
Ngosong

**Ngosong Fonkem** - Attorney

 HARRIS SLIWOSKI

600 Stewart Street, Suite 1200
Seattle, Washington 98101
tel: 206.224.5657 - fax: 206.224.5659
cell: 224-830-0917

website ׀ bio ׀ vCard ׀ blog ׀ linkedin

**Confidentiality Note:** The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments. Thank you.

---

**From:** Tierney, Joseph E. <JTierney@amundsendavislaw.com>
**Sent:** Friday, June 28, 2024 3:26 PM
**To:** Ravi Patel <drravipatelchiropractic@gmail.com>
**Cc:** Armand J. Jaafari <ajaafari@grandparklaw.com>; Ngosong Fonkem <ngosong@harris-sliwoski.com>; Jonathan Olson <jon@jolsonlaw.com>; aj@grandparklaw.com <aj@grandparklaw.com>

**Subject:** RE: Urgent - Shivan2Holding introduction to Amundsen Davis - Complex Landlord Tenant Matter in Los Angeles

[Quoted text hidden]

---

**Ngosong Fonkem** <ngosong@harris-sliwoski.com>                    Thu, Jul 4, 2024 at 11:24 AM
To: "Tierney, Joseph E." <JTierney@amundsendavislaw.com>, Ravi Patel <drravipatelchiropractic@gmail.com>
Cc: "Armand J. Jaafari." <ajaafari@grandparklaw.com>, Jonathan Olson <jon@jolsonlaw.com>, "aj@grandparklaw.com" <aj@grandparklaw.com>

Dear Joe,

Happy 4th of July Holiday.

I wanted to give you an update on this matter, and to thank you for the kind recommendation. Based on your recommendation, Dr. Ravi Patel and Armand have agreed to retain Fred Heiser at Klinedinst. As to the Wisconsin piece, I'm sure Jon will likely be reaching out to AD should he need additional help.

Once again, thank you so much for your help.

Best,

Ngosong

**Ngosong Fonkem** - Attorney

 **HARRIS SLIWOSKI**

600 Stewart Street, Suite 1200
Seattle, Washington 98101
tel: 206.224.5657 - fax: 206.224.5659
cell: 224-830-0917

website ι bio ι vCard ι blog ι linkedin

**Confidentiality Note:** The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments. Thank you.

---

**From:** Tierney, Joseph E. <JTierney@amundsendavislaw.com>
**Sent:** Friday, June 28, 2024 3:26 PM
**To:** Ravi Patel <drravipatelchiropractic@gmail.com>
**Cc:** Armand J. Jaafari <ajaafari@grandparklaw.com>; Ngosong Fonkem <ngosong@harris-sliwoski.com>; Jonathan Olson <jon@jolsonlaw.com>; aj@grandparklaw.com <aj@grandparklaw.com>
**Subject:** RE: Urgent - Shivan2Holding introduction to Amundsen Davis - Complex Landlord Tenant Matter in Los Angeles

[Quoted text hidden]

---

**Tierney, Joseph E.** <JTierney@amundsendavislaw.com>                    Thu, Jul 4, 2024 at 2:26 PM
To: Ngosong Fonkem <ngosong@harris-sliwoski.com>, Ravi Patel <drravipatelchiropractic@gmail.com>
Cc: "Armand J. Jaafari." <ajaafari@grandparklaw.com>, Jonathan Olson <jon@jolsonlaw.com>, "aj@grandparklaw.com" <aj@grandparklaw.com>

Thanks!

11/21/24, 1:39 PM                   Grand Park Law Group, A.P.C. Mail - Deposit Notice / Booking introduction to Amundsen Davis / Coordinate to off-ramp mediate Los An...

Case 2:23-cv-02969-DSF-SK   Document 89-1   Filed 11/21/24   Page 123 of 148   Page
ID #:508

JET

Get Outlook for iOS

---

**From:** Ngosong Fonkem <ngosong@harris-sliwoski.com>
**Sent:** Thursday, July 4, 2024 1:24:29 PM
**To:** Tierney, Joseph E. <JTierney@amundsendavislaw.com>; Ravi Patel <drravipatelchiropractic@gmail.com>
**Cc:** Armand J. Jaafari <ajaafari@grandparklaw.com>; Jonathan Olson <jon@jolsonlaw.com>; aj@grandparklaw.com <aj@grandparklaw.com>

[Quoted text hidden]


[Quoted text hidden]

# Exhibit EE

11/21/24, 1:28 PM                Grand Park Law - Mail - Re: Updated invitation: (Project Rumor v Farkhondehpour) Co-Counsel Meeting @ Wed Jul 3, 2024 1:30p…

Case 2:23-cv-02969-DSF-SK   Document 39-1   Filed 11/21/24   Page 125 of 148   Page
ID #:510


Armand J. Jaafari <ajaafari@grandparklaw.com>

---

# Re: Updated invitation: (Project Rumor v Farkhondehpour) Co-Counsel Meeting @ Wed Jul 3, 2024 1:30pm - 2:10pm (PDT) (irambarran@klinedinstlaw.com)

---

**Ian A. Rambarran** <IRambarran@klinedinstlaw.com>                                    Thu, Jul 4, 2024 at 12:25 PM
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>
Cc: "jon@jolsonlaw.com" <jon@jolsonlaw.com>, "drravipatelchiropractic@gmail.com" <drravipatelchiropractic@gmail.com>,
"ngosong@harris-sliwoski.com" <ngosong@harris-sliwoski.com>, "Frederick M. Heiser" <FHeiser@klinedinstlaw.com>

Good afternoon AJ,

Could you please send us the trial brief?

Ian
Sent from my iPhone

**Ian A. Rambarran**
Shareholder

Biography  |  Website  |  Locations



**Klinedinst Sacramento**
801 K Street, Suite 2100
Sacramento, CA 95814

(916) 282-0100 Phone
(916) 444-7544 Fax

NOTICE: This e-mail (including any files transmitted with it) is being sent by a law firm. It is intended only for the individual or entity to which the sender intended to transmit it, and the email may contain information that is proprietary, privileged, or confidential. If you are not the intended recipient and you received this email in error, please promptly delete the email and refrain from any dissemination, distribution, or copying of the email. Please confirm the same with the sender of the email.
> On Jul 3, 2024, at 1:17 PM, Armand J. Jaafari <ajaafari@grandparklaw.com> wrote:
>
> Warning - External Email
> (Project Rumor v Farkhondehpour) Co-Counsel Meeting
> Join with Google Meet – You have been invited by Armand J. Jaafari to attend an event named (Project Rumor v Farkhondehpour) Co-Counsel Meeting on Wednesday Jul 3, 2024 · 1:30pm – 2:10pm (Pacific Time - Los Angeles).
>
> This event has been updated
> Changed: time
>
> <https://meet.google.com/bss-eoiw-gap?hs=224>
> Join with Google Meet
> Meeting link
> meet.google.com/bss-eoiw-gap<https://meet.google.com/bss-eoiw-gap?hs=224>
> Join by phone
> (US) +1 301-969-4802<tel:+1-301-969-4802%3B847814833%23>

11/21/24, 1:33 PM Gmail - RE: Lopez v. Farmers Automobile Insurance Exchange, et al (Project Bharat) [imanage_iManage_Active.FID4389031] Meeting - Wed Jul 3, 2024 1:30p...

Case 2:23-cv-02969-DSF-SK Document 39-1 Filed 11/21/24 Page 126 of 148 Page ID #:511

> PIN: 847814833
>
> More phone numbers<https://tel.meet/bss-eoiw-gap?pin=6237806391435&hs=0>
> When
> CHANGED
> Wednesday Jul 3, 2024 · 1:30pm – 2:10pm (Pacific Time - Los Angeles)
> Old: Wednesday Jul 3, 2024 · 1:30pm – 1:55pm (Pacific Time - Los Angeles)
> Guests
> Armand J. Jaafari<mailto:ajaafari@grandparklaw.com> - organizer
> jon@jolsonlaw.com <mailto:jon@jolsonlaw.com>
> drravipatelchiropractic@gmail.com<mailto:drravipatelchiropractic@gmail.com>
> ngosong@harris-sliwoski.com<mailto:ngosong@harris-sliwoski.com>
> fheiser@klinedinstlaw.com<mailto:fheiser@klinedinstlaw.com>
> irambarran@klinedinstlaw.com<mailto:irambarran@klinedinstlaw.com>
> View all guest info<https://calendar.google.com/calendar/event?action=VIEW&eid=
MXVrNTI4MjQ4OHAxNDZxZ2FxZ2hqMzRpNXEgaXJhbWJhcnJhbkBrbGluZWRpbnN0bGF1LmNvbQ&tok=
MjUjYWphYWZhcmlAZ3JhbmRwYXJrbGF1LmNvbTY3NjUxYzYzOWExZWY4MGZi
NGMzNGMwYTBjNDc5NGZlOTFhMTgwMjY&ctz=America%2FLos_Angeles&hl=en&es=0>
> Reply for irambarran@klinedinstlaw.com<mailto:irambarran@klinedinstlaw.com>
> <https://calendar.google.com/calendar/event?action=RESPOND&eid=MXVrNTI4MjQ4OHAxNDZxZ2FxZ2hqMz
RpNXEgaXJhbWJhcnJhbkBrbGluZWRpbnN0bGF1LmNvbQ&rst=1&tok=MjUjYWphYWZhcmlAZ3JhbmRwYXJrbG
F3LmNvbTY3NjUxYzYzOWExZWY4MGZiNGMzNGMwYTBjNDc5NGZlOTFhMTgwMjY&ctz=America%2Flos_Angeles&
hl=en&es=0>
> Yes
> <https://calendar.google.com/calendar/event?action=RESPOND&eid=MXVrNTI4MjQ4OHAxNDZxZ2FxZ2hqMz
RpNXEgaXJhbWJhcnJhbkBrbGluZWRpbnN0bGF1LmNvbQ&rst=2&tok=MjUjYWphYWZhcmlAZ3JhbmRwYXJrbG
F3LmNvbTY3NjUxYzYzOWExZWY4MGZiNGMzNGMwYTBjNDc5NGZlOTFhMTgwMjY&ctz=America%2FLos_Angeles&
hl=en&es=0>
> No
> <https://calendar.google.com/calendar/event?action=RESPOND&eid=MXVrNTI4MjQ4OHAxNDZxZ2FxZ2hqMz
RpNXEgaXJhbWJhcnJhbkBrbGluZWRpbnN0bGF1LmNvbQ&rst=3&tok=MjUjYWphYWZhcmlAZ3JhbmRwYXJrbG
F3LmNvbTY3NjUxYzYzOWExZWY4MGZiNGMzNGMwYTBjNDc5NGZlOTFhMTgwMjY&ctz=America%2FLos_Angeles&
hl=en&es=0>
> Maybe
> <https://calendar.google.com/calendar/event?action=VIEW&eid=MXVrNTI4MjQ4OHAxNDZxZ2FxZ2hqMz
RpNXEgaXJhbWJhcnJhbkBrbGluZWRpbnN0bGF1LmNvbQ&tok=MjUjYWphYWZhcmlAZ3JhbmRwYXJrbG
F3LmNvbTY3NjUxYzYzOWExZWY4MGZiNGMzNGMwYTBjNDc5NGZlOTFhMTgwMjY&ctz=America%2FLos_Angeles&
hl=en&es=0>
> More options
>
> Invitation from Google Calendar<https://calendar.google.com/calendar/>
>
> You are receiving this email because you are an attendee on the event. To stop receiving future updates for this event,
decline this event.
>
> Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite
others regardless of their own invitation status, or modify your RSVP. Learn more<https://support.google.
com/calendar/answer/37135#forwarding>
>
> <meeting.ics>

# Exhibit FF

**G | P**

Armand J. Jaafari <ajaafari@grandparklaw.com>

## Co-counsel introduction

9 messages

**Ngosong Fonkem** <ngosong@harris-sliwoski.com>                                             Thu, Jun 27, 2024 at 2:38 PM
To: Kristin Westphal <kristin@harris-sliwoski.com>, "aj@grandparklaw.com" <aj@grandparklaw.com>
Cc: Jonathan Olson <jon@jolsonlaw.com>, "drravipatelchiropractic@gmail.com" <drravipatelchiropractic@gmail.com>

Hello Kristin - As discussed, AJ the attorney for one of our clients, (Dr. Ravi Patel) needs another CA based attorney to support him as co-counsel in an ongoing complex landlord tenant lawsuit in LA. AJ is copies to this email as is Dr. Patel, and Attorney Jon Olson (Dr. Patel's other attorney working on the matter).

AJ - Kristin is my colleague at my current firm, Harris Sliwoski. She agreed to help out with the case as co-counsel depending on the specific as she currently has another trial at the end of the July and vacation scheduled during that period (or shortly thereafter). But she has time and is able to assist in the matter.

Perhaps you can schedule a call with her to discuss the specifics of what you need from her. I can facilitate that call as well.

Best,
Ngosong

**Ngosong Fonkem** - Attorney

 HARRIS SLIWOSKI

600 Stewart Street, Suite 1200
Seattle, Washington 98101
tel: 206.224.5657 - fax: 206.224.5659
cell: 224-830-0917

website ı bio ı vCard ı blog ı linkedin

**Confidentiality Note:** The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments. Thank you.

---

**Ravi Patel** <drravipatelchiropractic@gmail.com>                                             Thu, Jun 27, 2024 at 3:10 PM
To: Ngosong Fonkem <ngosong@harris-sliwoski.com>
Cc: Kristin Westphal <kristin@harris-sliwoski.com>, aj@grandparklaw.com, Jonathan Olson <jon@jolsonlaw.com>

Hello Kristen,

What is your availability to get on a call and discuss this with the team. Time is def of an essence and we may need to move on things quickly based on what is currently in movement.

Thank you

Sent from my iPhone

> On Jun 27, 2024, at 4:38 PM, Ngosong Fonkem <ngosong@harris-sliwoski.com> wrote:

[Quoted text hidden]

---

**Kristin Westphal** <kristin@harris-sliwoski.com>                                             Thu, Jun 27, 2024 at 3:25 PM
To: Ravi Patel <drravipatelchiropractic@gmail.com>, Ngosong Fonkem <ngosong@harris-sliwoski.com>
Cc: "aj@grandparklaw.com" <aj@grandparklaw.com>, Jonathan Olson <jon@jolsonlaw.com>

I should be available at 4:30 today. Tomorrow I am in and out but believe I can be available around noon. Please tell me the date and expected length of the trial as that will be a major factor in whether I can be involved.

**Kristin Westphal** - Senior Attorney



700 South Flower Street ı Suite 1000
Los Angeles, CA 90017
tel: 424.273.5500 - fax: 206.224.5659

website ı vCard ı blog

**We have moved!** Please note our new address.

[Quoted text hidden]
[Quoted text hidden]

---

**Ravi Patel** <drravipatelchiropractic@gmail.com>                    Thu, Jun 27, 2024 at 4:06 PM
To: Kristin Westphal <kristin@harris-sliwoski.com>
Cc: Ngosong Fonkem <ngosong@harris-sliwoski.com>, aj@grandparklaw.com, Jonathan Olson <jon@jolsonlaw.com>

We can do 4:30
Should we do a phone call?

Sent from my iPhone

> On Jun 27, 2024, at 5:25 PM, Kristin Westphal <kristin@harris-sliwoski.com> wrote:

> I should be available at 4:30 today. Tomorrow I am in and out but believe I can be available around noon. Please tell me the date and expected length of the trial as that will be a major factor in whether I can be involved.

> **Kristin Westphal** - Senior Attorney

> <image001.png>

> 700 South Flower Street ı Suite 1000
> Los Angeles, CA 90017
> tel: 424.273.5500 - fax: 206.224.5659

> website ı vCard ı blog

> **We have moved!** Please note our new address.

> [Quoted text hidden]
> [Quoted text hidden]

---

**Ngosong Fonkem** <ngosong@harris-sliwoski.com>                    Thu, Jun 27, 2024 at 4:15 PM
To: Ravi Patel <drravipatelchiropractic@gmail.com>
Cc: Kristin Westphal <kristin@harris-sliwoski.com>, "aj@grandparklaw.com" <aj@grandparklaw.com>, Jonathan Olson <jon@jolsonlaw.com>

Hi Kristin can you send out a teams invite? Otherwise I can send a zoom invite shortly

Get Outlook for iOS

---

**From:** Ravi Patel <drravipatelchiropractic@gmail.com>
**Sent:** Thursday, June 27, 2024 5:10:10 PM
**To:** Ngosong Fonkem <ngosong@harris-sliwoski.com>
**Cc:** Kristin Westphal <kristin@harris-sliwoski.com>; aj@grandparklaw.com <aj@grandparklaw.com>; Jonathan Olson <jon@jolsonlaw.com>
**Subject:** Re: Co-counsel introduction

[Quoted text hidden]

---

Ngosong Fonkem <ngosong@harris-sliwoski.com>                    Thu, Jun 27, 2024 at 4:17 PM
To: Ravi Patel <drravipatelchiropractic@gmail.com>
Cc: Kristin Westphal <kristin@harris-sliwoski.com>, "aj@grandparklaw.com" <aj@grandparklaw.com>, Jonathan Olson <jon@jolsonlaw.com>

Hi Team,

Here is the zoom link to our meeting in 15 minutes

https://us02web.zoom.us/j/84832044501

Get Outlook for iOS

**From:** Ngosong Fonkem <ngosong@harris-sliwoski.com>
**Sent:** Thursday, June 27, 2024 6:15:55 PM
**To:** Ravi Patel <drravipatelchiropractic@gmail.com>
[Quoted text hidden]

[Quoted text hidden]

---

Jonathan Olson <jon@jolsonlaw.com>                    Thu, Jun 27, 2024 at 4:29 PM
To: Ngosong Fonkem <ngosong@harris-sliwoski.com>
Cc: Ravi Patel <drravipatelchiropractic@gmail.com>, Kristin Westphal <kristin@harris-sliwoski.com>, aj@grandparklaw.com

Hi, everyone. I can't make it tonight, as I am out to dinner.

Jon Olson
[Quoted text hidden]

---

Kristin Westphal <kristin@harris-sliwoski.com>                    Fri, Jun 28, 2024 at 10:31 AM
To: Ravi Patel <drravipatelchiropractic@gmail.com>, Ngosong Fonkem <ngosong@harris-sliwoski.com>
Cc: "aj@grandparklaw.com" <aj@grandparklaw.com>, Jonathan Olson <jon@jolsonlaw.com>

It was nice to meet you all yesterday. Unfortunately I am not available to help with trial due to my pending cases set for trial. I reached out to my former litigation partner but the timing does not work for her either. Good luck with your upcoming trial.
Sent from my iPhone

> On Jun 27, 2024, at 3:25 PM, Kristin Westphal <kristin@harris-sliwoski.com> wrote:
>
>
> I should be available at 4:30 today. Tomorrow I am in and out but believe I can be available around noon. Please tell me the date and expected length of the trial as that will be a major factor in whether I can be involved.

**Kristin Westphal** - Senior Attorney



700 South Flower Street ǀ Suite 1000
Los Angeles, CA 90017
tel: 424.273.5500 - fax: 206.224.5659

website ǀ vCard ǀ blog

**We have moved!** Please note our new address.

[Quoted text hidden]
[Quoted text hidden]

---

 **image001.png**
14K

---

**Ravi Patel** <drravipatelchiropractic@gmail.com>                                   Mon, Jul 29, 2024 at 5:05 PM
To: Kristin Westphal <kristin@harris-sliwoski.com>
Cc: Ngosong Fonkem <ngosong@harris-sliwoski.com>, aj@grandparklaw.com, Jonathan Olson <jon@jolsonlaw.com>

Hey Kristin,

The trial got moved to September 23.
We have some pending matters that need some attention and have some breathing room to come up with a plan.

Do you or your former litigation partner have the bandwidth to support us on this matter?

Sent from my iPhone

> On Jun 28, 2024, at 12:31 PM, Kristin Westphal <kristin@harris-sliwoski.com> wrote:

> It was nice to meet you all yesterday. Unfortunately I am not available to help with trial due to my pending cases set for trial. I reached out to my former litigation partner but the timing does not work for her either. Good luck with your upcoming trial.
> Sent from my iPhone

>> On Jun 27, 2024, at 3:25 PM, Kristin Westphal <kristin@harris-sliwoski.com> wrote:

>> I should be available at 4:30 today. Tomorrow I am in and out but believe I can be available around noon. Please tell me the date and expected length of the trial as that will be a major factor in whether I can be involved.

>> **Kristin Westphal** - Senior Attorney

>> <image001.png>

>> 700 South Flower Street ǀ Suite 1000
>> Los Angeles, CA 90017
>> tel: 424.273.5500 - fax: 206.224.5659

>> website ǀ vCard ǀ blog

>> **We have moved!** Please note our new address.

>> [Quoted text hidden]
>> [Quoted text hidden]

Exhibit GG

G | P

Armand J. Jaafari <ajaafari@grandparklaw.com>

## 2024.09.13 - Patel, Ravi - Retainer Agreement - (21STCV43562)
1 message

**Quinton Sales** <quinton@saleslawgroup.com>                    Fri, Sep 13, 2024 at 11:48 AM
To: "drravipatelchiropractic@gmail.com" <drravipatelchiropractic@gmail.com>
Cc: "Fonkem, Ngosong" <nfonkem@amundsendavislaw.com>, "ajaafari@grandparklaw.com" <ajaafari@grandparklaw.com>

Good morning Mr. Patel,


Welcome to Sales Law Group, APC! It was a pleasure speaking with you and we are looking forward to working with you and the rest of the team. Attached, please find the SLG retainer agreement.


Please review, date, print your name, and sign the retainer agreement. Afterwards, please return all documents to our office as a reply to this email. For ease, the documents will also be sent via Adobe Sign shortly.


To our understanding, you will initiate the retainer deposit via QuickBooks. As such, a request has been made and sent to your above referenced email address.


As discussed yesterday during our call, any remaining funds due for Attorney fees at the end of representation can and will be charged to the Credit Card of your choice. As such, (1) please send over a front and back copy of the Credit Card of your choice to be charged and (2) a front and back copy of a valid Driver's License or other identification.


If you rather make the initial deposit via wire transfer, the SLG Trust account info is as follows:

Account#: 3055333698

Routing#: 121000248


Please let me know if you have any questions or concerns.


--

Best Regards,


**Quinton Sales** | Attorney | **Sales Law Group, APC**

324 Beverly Dr., Suite 1200 | Beverly Hills, CA 90212

P 240.441.0004   | Quinton@SalesLawGroup.com

**Due to the California statewide order, our staff and attorneys are working remotely and available to assist you.**

This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

---

**2024.09.13 - SLG - Attorney-Client Retainer Agreement - Civil Lit .pdf**
253K

# Exhibit HH

G | P

**Armand J. Jaafari <ajaafari@grandparklaw.com>**

___

## Share request for "(Project Rumor-UD) EX PARTE APP.docx"

**Quinton Sales (via Google Docs)** <drive-shares-dm-noreply@google.com>
Reply-To: Quinton Sales <quintonsaleslaw@gmail.com>
To: ajaafari@grandparklaw.com

Fri, Sep 20, 2024 at 9:51 AM

## Share a document?



Quinton Sales (quintonsaleslaw@gmail.com) is **requesting access** to the following document:

 (Project Rumor-UD) EX PARTE APP.docx

⚠ Quinton Sales is outside your organization.

Manage sharing

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because quintonsaleslaw@gmail.com requested access to a document in Google Docs.

Google Workspace

# Exhibit II

**G | P**

Armand J. Jaafari <ajaafari@grandparklaw.com>

---

## Re: 2024.09.20 - Ex Parte Order Shortening time to Serve or file Motion to Stay - (21STCV43562)

**mojosrisen1** <mfakhreddinelaw@gmail.com>                                    Fri, Sep 20, 2024 at 5:39 PM
To: Quinton Sales <quinton@saleslawgroup.com>, "Armand J. Jaafari" <aj@grandparklaw.com>, "Armand J. Jaafari" <AJaafari@grandparklaw.com>

Please see attached opposition to your ex parte application.

Sincerely,

Mohammad

On Fri, Sep 20, 2024 at 11:49 AM Quinton Sales <quinton@saleslawgroup.com> wrote:

Good morning,

Please accept service of the above referenced documents and confirm receipt.

--

Best Regards,

**Quinton Sales** | Attorney | **Sales Law Group, APC**

324 Beverly Dr., Suite 1200 | Beverly Hills, CA 90212

P 240.441.0004  | Quinton@SalesLawGroup.com

**Due to the California statewide order, our staff and attorneys are working remotely and available to assist you.**

This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

---

**From:** Quinton Sales <quinton@saleslawgroup.com>
**Date:** Friday, September 20, 2024 at 9:58 AM
**To:** mfakhreddinelaw@gmail.com <mfakhreddinelaw@gmail.com>
**Subject:** 2024.09.20 - Ex Parte Order shortening time to serve or file motion to continue - (21STCV43562)

PLEASE TAKE NOTICE that on September 23, 2024, at 8:30am in Department 15 of the above entitled Court located at 111 N. Hill St., Los Angeles, CA, 90012 or as soon thereafter as the matter may be heard, Plaintiff will be appearing

11/19/24, 1:26 PM — Sales Law Group, P.C. Mail - RE: 23-09284 - Ex Parte filed - Shortening Time to Serve and Motion to Stay

Case 2:23-cv-02969-DSF-SK  Document 39-1  Filed 11/21/24  Page 139 of 148  Page ID #:524

to move the Court Ex Parte for an Order to shorten time to serve and file notice of motion and motion to stay proceedings pending hearing on petition to coordinate or in the alternative to continue trial.



Best Regards,



--

Best Regards,



**Quinton Sales** | Attorney | **Sales Law Group, APC**

324 Beverly Dr., Suite 1200 | Beverly Hills, CA 90212

P 240.441.0004  | Quinton@SalesLawGroup.com

**Due to the California statewide order, our staff and attorneys are working remotely and available to assist you.**

This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.



--
Mohammad A. Fakhreddine
Law Offices of Mohammad A. Fakhreddine
1601 Pacific Coast Highway, Suite 290
Hermosa Beach, California 90254
(310) 698-0804

Legal Notices: Privileged And Confidential Communication. This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521); (b) may contain confidential and/or legally privileged information; and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, immediately notify the sender at (626) 744-1887, delete this message from all computer memory, all electronic storage devices, and destroy all printed and copied documents that contain this message. Any disclosure, copying, distribution, or use of the contents of the information received by anyone other than the intended recipient is strictly prohibited and is punishable under state and federal laws. Please note that nothing in this email should be construed as an agreement for legal representation, and that unless there is an express representation agreement in writing between you and this firm, this firm does not represent you in your matter. IRS Circular 230 Disclosure: Any tax advice contained in this communication including any attachments hereto are not intended or written to be used - and cannot be used - for the purpose of avoiding tax-related penalties under the Internal Revenue Code, or promoting, marketing or recommending to another party any matters addressed herein.

 **OPPOSITION TO EX PARTE APPLICATION 9-23-24.pdf**
214K

# Exhibit JJ

Case 2:23-cv-02969-DSF-SK  Document 39-1  Filed 11/21/24  Page 141 of 148  Page
ID #:526



Armand J. Jaafari <ajaafari@grandparklaw.com>

## Fwd: 2024.09.21 - Termination of Legal Services - Sales Law Group, APC - (21STCV43562)

**Ravi Patel** <drravipatelchiropractic@gmail.com>                                   Sat, Sep 21, 2024 at 7:44 PM
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Quinton Sales <quinton@saleslawgroup.com>
> **Date:** September 21, 2024 at 9:36:17 PM CDT
> **To:** shawn@sunsetsocial.la, DRRAVIPATELCHIROPRACTIC@gmail.com
> **Subject: 2024.09.21 - Termination of Legal Services - Sales Law Group, APC - (21STCV43562)**

Good evening,

Please see the attached correspondence and confirm receipt.

--

Best Regards,

**Quinton Sales** | Attorney | **Sales Law Group, APC**

324 Beverly Dr., Suite 1200 | Beverly Hills, CA 90212

P 240.441.0004  | Quinton@SalesLawGroup.com

**Due to the California statewide order, our staff and attorneys are working remotely and available to assist you.**

This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

**2 attachments**

11/19/24, 1:59 PM	Gmail - Rebellion Law Group, A.P.C. (Our File No. 023301-1 - Termination of Legal Services - Rebellion Law Group / File No. 023301) (Rumor.62)

Case 2:23-cv-02969-DSF-SK   Document 39-1   Filed 11/21/24   Page 142 of 148   Page
ID #:527

📄 **2024.09.21 - Termination Letter - Project Rumor.pdf**
119K

📄 **2024.09.21 - mc050.pdf - Project Rumor.pdf**
162K

# Exhibit KK





## Create a job post



How would you like to post your job? *

○ Use a previous job as a template   Save time

○ Create a brand new post



🔍 Search by job title

Status ⌄   Location ⌄   Clear all                    ⬇️ Date posted

💼 1 result

Legal Assistant/Paralegal
Los Angeles, CA 90024 • August 26th, 2024 • hr@grandparklaw.com

Continue →

Have feedback? **Tell us more.**

Cookies, privacy and terms – Privacy center – Your privacy choices 🔵 – Security – Billing – Contact



# Exhibit L

## PROOF OF SERVICE (2015.5 C.C.P.)

STATE OF CALIFORNIA      )
                         )  ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 10880 Wilshire Blvd., Ste 1510, Los Angeles, CA 90024. On November 21, 2024, I served on the parties of record in this action the foregoing document described as **DECLARATION OF ARMAND J. JAAFARI** addressed as follows:

## SEE ATTACHED SERVICE LIST.

**[ ]**   **BY MAIL (Rule 5(b)(2)(C), Federal Rules of Civil Procedure)**: I enclosed the document(s) in a sealed envelope or package addressed to the persons at the address(es) listed above. I deposited the envelope or package with the U.S. Postal Service, with postage fully prepaid. Service is complete upon mailing.

**[ X ]**   **ELECTRONIC SERVICE  (Rule 5(b)(2)(E), Federal Rules of Civil Procedure)**: The recipient agreed to accept service by electronic means in writing, or it is otherwise permitted by court order. I transmitted the document(s) to the email address(es) listed above. No electronic message or other indication of unsuccessful transmission was received within a reasonable time.

**[ ]**   **BY PERSONAL SERVICE Rule 5(b)(2)(A), Federal Rules of Civil Procedure)**: I personally delivered the document(s) to the person(s) at the address(es) listed above. Service is complete when the documents are handed to the recipient or left at the recipient's dwelling or usual place of abode with someone of suitable age and discretion who resides there.

Executed on **November 21, 2024**, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
**Armand J. Jaafari**

-8-

**DECLARATION OF ARMAND J. JAAFARI**

GRAND PARK LAW GROUP
A PROFESSIONAL CORPORATION
10880 WILSHIRE BLVD., STE 1510
BEVERLY HILLS, CA 90212

# GRANDP PARK LAW GROUP, A.P.C.

10880 Wilshire Blvd., Ste 1510
Los Angeles, CA 90024
Phone: (888) 629-4754
Facsimile: (310) 900-0805

_Alexandria Lauren D'Angelo v. Los Angeles Police Department, et al._

Case No.: 2:23-cv-02969-DSF-SK

## **SERVICE LIST**

| Rebecca E. Hunter, Deputy City Attorney<br>Los Angeles City Attorney's Office<br>200 North Main Street, 6th Floor<br>Los Angeles, CA 90012<br>(213) 978-6900 (main line)<br>(213) 978-7041 (direct)<br>(213) 978-8785 (facsimile)<br>rebecca.hunter@lacity.org | _Defendants_,<br>City of Los Angeles Police Department |
|---|---|

-9-

**DECLARATION OF ARMAND J. JAAFARI**