# EXHIBIT A

**HYDEE FELDSTEIN SOTO,** City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY,** Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**REBECCA E. HUNTER,** Deputy City Attorney (SBN 271420)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978- 6900   |   Fax No.: (213) 978-8785
Email:Rebecca.Hunter@lacity.org

*Attorneys for Defendants*, LOS ANGELES POLICE DEPARTMENT, CITY OF LOS ANGELES and AMAR PAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRIA LAUREN D'ANGELO, individually, and as Administrator of the ESTATE OF RICHARD SOLITRO, JR., <br><br> Plaintiff(s), <br><br> v. <br><br> LOS ANGELES POLICE DEPARTMENT, a governmental entity, CITY OF LOS ANGELES, a governmental entity, OFFICER AMAR PAL, individually, and in his oficial capacity, and DOES 1-10, <br><br> Defendant(s). | CASE NO. 2:23-CV-02969-DSF-SK <br> *Hon. Judge Dale S. Fisher  – Ctrm. 7D 1st* <br> *Hon. Mag. Steven Kim - Ctrm. 540, Roybal* <br><br><br> **DEFENDANT CITY OF LOS ANGELES' REQUESTS FOR ADMISSION PROPOUNDED TO PLAINTIFF ALEXANDRIA LAUREN D'ANGELO, SET ONE** |

**PROPOUNDING PARTY:**     Defendant, CITY OF LOS ANGELES

**RESPONDING PARTY:**     Plaintiff, ALEXANDRIA LAUREN D'ANGELO

    individually, and as Administrator of the ESTATE

    OF RICHARD SOLITRO, JR.,

**Set Number**    ONE

PLEASE TAKE NOTICE that pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant CITY OF LOS ANGELES requests that Plaintiff

ALEXANDRIA LAUREN D'ANGELO individually, and as Administrator of the ESTATE OF RICHARD SOLITRO, JR., and her agent(s) and attorney(s) answer under oath the following Requests for Admission within thirty days after service hereof.

## I.
## DEFINITIONS AND INSTRUCTIONS

A.  Whenever the terms "**YOU**" and "**YOUR**" are used, they refer to plaintiff and her agents, employees, attorneys, accountants, investigators, and anyone else acting on her behalf.

B.  Whenever the term "**INCIDENT**" is used, it refers to all of the events which gave rise to the instant lawsuit.

C.  Whenever the term "**IDENTIFY**" is used in a request, it means to provide the last known name, address and telephone number of the person or entity to which it pertains.

D.  The term "**COMPLAINT**" refers to the Complaint for Damages filed by Plaintiff in this action.

E.  "**HEALTH CARE PROVIDER**" includes physicians, mental health care professionals, surgeons and any other person or entity that provided medical treatment to Plaintiff in this action.

## II.
## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU did not sustain any physical harm as a result of the INCIDENT.

**REQUEST FOR ADMISSION NO. 2:**

Admit that YOU did not sustain any emotional harm as a result of the INCIDENT.

**REQUEST FOR ADMISSION NO. 3:**

Admit that no constitutional rights were violated as a result of the INCIDENT.

/ / /

/ / /

**REQUEST FOR ADMISSION NO. 4:**

Admit that YOU have no evidence to support YOUR third claim for *Monell* Claim – Municipal Liability for Unconstitutional Custom or Policy as alleged in YOUR COMPLAINT against the CITY OF LOS ANGELES.

**REQUEST FOR ADMISSION NO. 5:**

Admit that YOU have no evidence to support YOUR fourth claim for *Monell* Claim - Municipal Liability Failure to Train and Supervise as alleged in YOUR COMPLAINT against the CITY OF LOS ANGELES.

**REQUEST FOR ADMISSION NO. 6:**

Admit that YOU have no evidence to support YOUR eighth claim for Negligence as alleged in YOUR COMPLAINT against the CITY OF LOS ANGELES.

**REQUEST FOR ADMISSION NO. 7:**

Admit that YOU have no evidence to support YOUR tenth claim for Negligence – Respondeat Superior as alleged in YOUR COMPLAINT against the CITY OF LOS ANGELES.

**REQUEST FOR ADMISSION NO. 8:**

Admit that YOU have not paid for any medical treatment for injuries YOU claim were sustained as a result of the INCIDENT.

**REQUEST FOR ADMISSION NO. 9:**

Admit that YOU sustained no injuries as a result of the INCIDENT.

**REQUEST FOR ADMISSION NO. 10:**

Admit that YOU have no evidence of damages YOU allegedly sustained from the INCIDENT.

**REQUEST FOR ADMISSION NO. 11:**

Admit that YOU have no evidence to support any allegation in YOUR COMPLAINT against the CITY OF LOS ANGELES.

///

///

**REQUEST FOR ADMISSION NO. 12:**

Admit that YOU were not married to Richard Solitro Jr. at the time of his death.

Dated: May 10, 2024        **HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY,** Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney


By: ___/s/ *Rebecca E. Hunter*_____
    **REBECCA E, HUNTER**, Deputy City Attorney
*Attorneys for Defendant*, **LOS ANGELES POLICE DEPARTMENT, CITY OF LOS ANGELES** and **AMAR PAL**

# PROOF OF SERVICE

Case Name: Alexandria Lauren D'Angelo v. Los Angeles Police Department et al
Case No.:2:23-cv-02969-DSF-SK

I, Learsey Mendez, declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 200 North Main Street, City Hall East, 6th Floor, Los Angeles, California 90012, which is located in the county where the mailing described below took place.

On May 10, 2024, I served the document(s) described as: **DEFENDANT CITY OF LOS ANGELES' REQUESTS FOR ADMISSION PROPOUNDED TO PLAINTIFF ALEXANDRIA LAUREN D'ANGELO, SET ONE** on all interested parties as listed below:

by placing ☐ the original ☒ true copies thereof enclosed in sealed envelopes addressed as follows:

**Attorney for Plaintiff**
Armand J Jaafari
Grand Park Law Group
9595 Wilshire Boulevard 9th Floor
Beverly Hills, CA 90212
888-629-4754
Fax: 310-900-0805
Email: ajaafari@grandparklaw.com

☒    **BY MAIL**
I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

☒    **BY E-MAIL OR ELECTRONIC TRANSMISSION**.
I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on May 10, 2024, at Los Angeles, California.

/s/ *Learsey Mendez*
Learsey Mendez

**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**REBECCA E. HUNTER,** Deputy City Attorney (SBN 271420)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978- 6900   |   Fax No.: (213) 978-8785
Email:Rebecca.Hunter@lacity.org

*Attorneys for Defendants*, LOS ANGELES POLICE DEPARTMENT, CITY OF LOS ANGELES and AMAR PAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRIA LAUREN D'ANGELO, individually, and as Administrator of the ESTATE OF RICHARD SOLITRO, JR.,<br><br>Plaintiff(s),<br><br>v.<br><br>LOS ANGELES POLICE DEPARTMENT, a governmental entity, CITY OF LOS ANGELES, a governmental entity, OFFICER AMAR PAL, individually, and in his oficial capacity, and DOES 1-10,<br><br>Defendant(s). | CASE NO. 2:23-CV-02969-DSF-SK<br>*Hon. Judge Dale S. Fisher – Ctrm. 7D 1st*<br>*Hon. Mag. Steven Kim - Ctrm. 540, Roybal*<br><br>**DEFENDANT AMAR PAL'S REQUESTS FOR ADMISSION PROPOUNDED TO PLAINTIFF ALEXANDRIA LAUREN D'ANGELO, SET ONE** |

**PROPOUNDING PARTY:**   Defendant, AMAR PAL

**RESPONDING PARTY:**   Plaintiff, ALEXANDRIA LAUREN D'ANGELO

individually, and as Administrator of the ESTATE

OF RICHARD SOLITRO, JR.,

**Set Number**   ONE

PLEASE TAKE NOTICE that pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant AMAR PAL requests that Plaintiff ALEXANDRIA LAUREN

D'ANGELO individually, and as Administrator of the ESTATE OF RICHARD SOLITRO, JR., and her agent(s) and attorney(s) answer under oath the following Requests for Admission within thirty days after service hereof.

## I.
## DEFINITIONS AND INSTRUCTIONS

A. Whenever the terms "**YOU**" and "**YOUR**" are used, they refer to plaintiff and her agents, employees, attorneys, accountants, investigators, and anyone else acting on her behalf.

B. Whenever the term "**INCIDENT**" is used, it refers to all of the events which gave rise to the instant lawsuit.

C. Whenever the term "**IDENTIFY**" is used in a request, it means to provide the last known name, address and telephone number of the person or entity to which it pertains.

D. The term "**COMPLAINT**" refers to the Complaint for Damages filed by Plaintiff in this action.

E. "**HEALTH CARE PROVIDER**" includes physicians, mental health care professionals, surgeons and any other person or entity that provided medical treatment to Plaintiff in this action.

## II.
## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU did not sustain any physical harm as a result of the INCIDENT.

**REQUEST FOR ADMISSION NO. 2:**

Admit that YOU did not sustain any emotional harm as a result of the INCIDENT.

**REQUEST FOR ADMISSION NO. 3:**

Admit that no constitutional rights were violated as a result of the INCIDENT.

/ / /

/ / /

**REQUEST FOR ADMISSION NO. 4:**

Admit that YOU have no evidence to support YOUR first claim for 42 U.S.C. §1983 – Fourth Amendment Excessive Force as alleged in YOUR COMPLAINT against AMAR PAL.

**REQUEST FOR ADMISSION NO. 5:**

Admit that YOU have no evidence to support YOUR fifth claim for 42 U.S.C. §1983 – Fourteenth Amendment Deliberate Indifference to Serious Medical Need as alleged in YOUR COMPLAINT against AMAR PAL.

**REQUEST FOR ADMISSION NO. 6:**

Admit that YOU have no evidence to support YOUR sixth claim for Wrongful Death as alleged in YOUR COMPLAINT against AMAR PAL.

**REQUEST FOR ADMISSION NO. 7:**

Admit that YOU have no evidence to support YOUR seventh claim for Survival Action as alleged in YOUR COMPLAINT against AMAR PAL.

**REQUEST FOR ADMISSION NO. 8:**

Admit that YOU have no evidence to support YOUR eighth claim for Negligence as alleged in YOUR COMPLAINT against AMAR PAL.

**REQUEST FOR ADMISSION NO. 9:**

Admit that YOU have no evidence to support YOUR ninth claim for Battery as alleged in YOUR COMPLAINT against AMAR PAL.

**REQUEST FOR ADMISSION NO. 10:**

Admit that YOU have no evidence to support YOUR eleventh claim for Loss of Consortium as alleged in YOUR COMPLAINT against AMAR PAL.

**REQUEST FOR ADMISSION NO. 11:**

Admit that YOU have not paid for any medical treatment for injuries YOU claim were sustained as a result of the INCIDENT.

**REQUEST FOR ADMISSION NO. 12:**

Admit that YOU sustained no injuries as a result of the INCIDENT.

**REQUEST FOR ADMISSION NO. 13:**

Admit that YOU have no evidence of damages YOU allegedly sustained from the INCIDENT.

**REQUEST FOR ADMISSION NO. 14:**

Admit that YOU have no evidence to support any allegation in YOUR COMPLAINT against AMAR PAL.

**REQUEST FOR ADMISSION NO. 15:**

Admit that YOU were not married to Richard Solitro Jr. at the time of his death.

Dated: May 10, 2024  **HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY,** Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By: ___/s/ *Rebecca E. Hunter*_____
**REBECCA E, HUNTER**, Deputy City Attorney
*Attorneys for Defendant*, **LOS ANGELES POLICE DEPARTMENT, CITY OF LOS ANGELES** and **AMAR PAL**

# PROOF OF SERVICE

Case Name: Alexandria Lauren D'Angelo v. Los Angeles Police Department et al
Case No.:2:23-cv-02969-DSF-SK

I, Learsey Mendez, declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 200 North Main Street, City Hall East, 6th Floor, Los Angeles, California 90012, which is located in the county where the mailing described below took place.

On May 10, 2024, I served the document(s) described as: **DEFENDANT AMAR PAL'S REQUESTS FOR ADMISSION PROPOUNDED TO PLAINTIFF ALEXANDRIA LAUREN D'ANGELO, SET ONE** on all interested parties as listed below:

by placing ☐ the original ☒ true copies thereof enclosed in sealed envelopes addressed as follows:

**Attorney for Plaintiff**
Armand J Jaafari
Grand Park Law Group
9595 Wilshire Boulevard 9th Floor
Beverly Hills, CA 90212
888-629-4754
Fax: 310-900-0805
Email: ajaafari@grandparklaw.com

☒   **BY MAIL**
I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

☒   **BY E-MAIL OR ELECTRONIC TRANSMISSION**.
I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on May 10, 2024, at Los Angeles, California.

    /s/ *Learsey Mendez*
    Learsey Mendez

**HYDEE FELDSTEIN SOTO,** City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**REBECCA E. HUNTER,** Deputy City Attorney (SBN 271420)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978- 6900   |   Fax No.: (213) 978-8785
Email:Rebecca.Hunter@lacity.org

*Attorneys for Defendants*, LOS ANGELES POLICE DEPARTMENT, CITY OF LOS ANGELES and AMAR PAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRIA LAUREN D'ANGELO, individually, and as Administrator of the ESTATE OF RICHARD SOLITRO, JR., <br><br> Plaintiff(s), <br><br> v. <br><br> LOS ANGELES POLICE DEPARTMENT, a governmental entity, CITY OF LOS ANGELES, a governmental entity, OFFICER AMAR PAL, individually, and in his oficial capacity, and DOES 1-10, <br><br> Defendant(s). | CASE NO. 2:23-CV-02969-DSF-SK <br> *Hon. Judge Dale S. Fisher – Ctrm. 7D 1st* <br> *Hon. Mag. Steven Kim - Ctrm. 540, Roybal* <br><br> **DEFENDANT LOS ANGELES POLICE DEPARTMENT'S REQUESTS FOR ADMISSION PROPOUNDED TO PLAINTIFF ALEXANDRIA LAUREN D'ANGELO, SET ONE** |

**PROPOUNDING PARTY:**   Defendant, LOS ANGELES POLICE DEPARTMENT

**RESPONDING PARTY:**   Plaintiff, ALEXANDRIA LAUREN D'ANGELO individually, and as Administrator of the ESTATE OF RICHARD SOLITRO, JR.,

**Set Number**   ONE

1

PLEASE TAKE NOTICE that pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant LOS ANGELES POLICE DEPARTMENT requests that Plaintiff ALEXANDRIA LAUREN D'ANGELO individually, and as Administrator of the ESTATE OF RICHARD SOLITRO, JR., and her agent(s) and attorney(s) answer under oath the following Requests for Admission within thirty days after service hereof.

## I.
## DEFINITIONS AND INSTRUCTIONS

A. Whenever the terms "**YOU**" and "**YOUR**" are used, they refer to plaintiff and her agents, employees, attorneys, accountants, investigators, and anyone else acting on her behalf.

B. Whenever the term "**INCIDENT**" is used, it refers to all of the events which gave rise to the instant lawsuit.

C. Whenever the term "**IDENTIFY**" is used in a request, it means to provide the last known name, address and telephone number of the person or entity to which it pertains.

D. The term "**COMPLAINT**" refers to the Complaint for Damages filed by Plaintiff in this action.

E. "**HEALTH CARE PROVIDER**" includes physicians, mental health care professionals, surgeons and any other person or entity that provided medical treatment to Plaintiff in this action.

## II.
## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU did not sustain any physical harm as a result of the INCIDENT.

**REQUEST FOR ADMISSION NO. 2:**

Admit that YOU did not sustain any emotional harm as a result of the INCIDENT.

**REQUEST FOR ADMISSION NO. 3:**

Admit that no constitutional rights were violated as a result of the INCIDENT.

**REQUEST FOR ADMISSION NO. 4:**

Admit that YOU have no evidence to support YOUR third claim for *Monell* Claim – Municipal Liability for Unconstitutional Custom or Policy as alleged in YOUR COMPLAINT against the LOS ANGELES POLICE DEPARTMENT.

**REQUEST FOR ADMISSION NO. 5:**

Admit that YOU have no evidence to support YOUR fourth claim for *Monell* Claim - Municipal Liability Failure to Train and Supervise as alleged in YOUR COMPLAINT against the LOS ANGELES POLICE DEPARTMENT.

**REQUEST FOR ADMISSION NO. 6:**

Admit that YOU have no evidence to support YOUR eighth claim for Negligence as alleged in YOUR COMPLAINT against the LOS ANGELES POLICE DEPARTMENT.

**REQUEST FOR ADMISSION NO. 7:**

Admit that YOU have no evidence to support YOUR tenth claim for Negligence – Respondeat Superior as alleged in YOUR COMPLAINT against the LOS ANGELES POLICE DEPARTMENT.

**REQUEST FOR ADMISSION NO. 8:**

Admit that YOU have not paid for any medical treatment for injuries YOU claim were sustained as a result of the INCIDENT.

**REQUEST FOR ADMISSION NO. 9:**

Admit that YOU sustained no injuries as a result of the INCIDENT.

**REQUEST FOR ADMISSION NO. 10:**

Admit that YOU have no evidence of damages YOU allegedly sustained from the INCIDENT.

**REQUEST FOR ADMISSION NO. 11:**

Admit that YOU have no evidence to support any allegation in YOUR COMPLAINT against the LOS ANGELES POLICE DEPARTMENT.

/ / /

**REQUEST FOR ADMISSION NO. 12:**

Admit that YOU were not married to Richard Solitro Jr. at the time of his death.

Dated: May 10, 2024

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY**, Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By: ___/s/ *Rebecca E. Hunter*_____

**REBECCA E, HUNTER**, Deputy City Attorney
*Attorneys for Defendant*, **LOS ANGELES POLICE DEPARTMENT, CITY OF LOS ANGELES** and **AMAR PAL**

# PROOF OF SERVICE

Case Name: Alexandria Lauren D'Angelo v. Los Angeles Police Department et al
Case No.:2:23-cv-02969-DSF-SK

I, Learsey Mendez, declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 200 North Main Street, City Hall East, 6th Floor, Los Angeles, California 90012, which is located in the county where the mailing described below took place.

On May 10, 2024, I served the document(s) described as: **DEFENDANT LOS ANGELES POLICE DEPARTMENT'S REQUESTS FOR ADMISSION PROPOUNDED TO PLAINTIFF ALEXANDRIA LAUREN D'ANGELO, SET ONE** on all interested parties as listed below:

by placing ☐ the original ☒ true copies thereof enclosed in sealed envelopes addressed as follows:

**Attorney for Plaintiff**
Armand J Jaafari
Grand Park Law Group
9595 Wilshire Boulevard 9th Floor
Beverly Hills, CA 90212
888-629-4754
Fax: 310-900-0805
Email: ajaafari@grandparklaw.com

☒ **BY MAIL**
I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION**.
I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on May 10, 2024, at Los Angeles, California.

/s/ *Learsey Mendez*
Learsey Mendez

5