# EXHIBIT B



Rebecca Hunter <rebecca.hunter@lacity.org>

## D'angelo v. LAPD et al 23-cv-02969; Courtesy Copy

13 messages

**Learsey Mendez** <learsey.mendez@lacity.org>  Fri, May 10, 2024 at 1:11 PM
To: "ajaafari@grandparklaw.com" <ajaafari@grandparklaw.com>
Cc: Rebecca Hunter <rebecca.hunter@lacity.org>

Good afternoon Counsel,

Attached please find the following documents:

- Defendant **City of Los Angeles'** Requests for Admission Propounded to Plaintiff Alexandria Lauren D'Angelo, Set One
- Defendant **City of Los Angeles'** Requests for Production of Documents Propounded to Plaintiff Alexandria Lauren D'Angelo, Set One
- Defendant **City of Los Angeles'** Special Interrogatories Propounded to Plaintiff Alexandria Lauren D'Angelo, Set One

- Defendant **Los Angeles Police Department's** Requests for Admission Propounded to Plaintiff Alexandria Lauren D'Angelo, Set One
- Defendant **Los Angeles Police Department's** Requests for Production of Documents Propounded to Plaintiff Alexandria Lauren D'Angelo, Set One
- Defendant **Los Angeles Police Department's** Special Interrogatories Propounded to Plaintiff Alexandria Lauren D'Angelo, Set One

- Defendant **Amar Pal's** Requests for Admission Propounded to Plaintiff Alexandria Lauren D'Angelo, Set One
- Defendant **Amar Pal's** Requests for Production of Documents Propounded to Plaintiff Alexandria Lauren D'Angelo, Set One
- Defendant **Amar Pal's** Special Interrogatories Propounded to Plaintiff Alexandria Lauren D'Angelo, Set One

A hard copy will follow in the mail.

Thank you.

Learsey Mendez, Legal Secretary
Los Angeles City Attorney's Office
Police Litigation Unit
200 N. Main Street, 600 CHE
Los Angeles, CA 90012
Office: (213) 978-7056

*****************Confidentiality Notice *************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.
*********************************************************************

**9 attachments**

📄 **5.10.24 CITY RFA Set One.pdf**
209K

📄 **5.10.24 CITY SROGS Set One.pdf**
218K

📄 **5.10.24 LAPD RFA Set One.pdf**
209K

📄 **5.10.24 LAPD RFP Set One.pdf**
217K

📄 **5.10.24 CITY RFP Set One.pdf**
217K

📄 **5.10.24 PAL RFA Set One.pdf**
189K

📄 **5.10.24 PAL RFP Set One.pdf**
198K

📄 **5.10.24 PAL SROGS Set One.pdf**
201K

📄 **5.10.24 LAPD SROGS Set One.pdf**
219K

---

**Linda Khzam** <lkhzam@grandparklaw.com>  Wed, May 29, 2024 at 2:24 PM
To: Rebecca Hunter <rebecca.hunter@lacity.org>
Cc: Learsey Mendez <learsey.mendez@lacity.org>, "Armand J. Jaafari" <ajaafari@grandparklaw.com>

Good afternoon counsel,

Plaintiff respectfully requests a 30-day extension on the pending discovery. Our office is moving within the week and we would greatly appreciate the extension in time to accommodate for Defendants' discovery.

[Quoted text hidden]

---

**Rebecca Hunter** <rebecca.hunter@lacity.org>  Thu, May 30, 2024 at 8:17 AM
To: Linda Khzam <lkhzam@grandparklaw.com>
Cc: "Armand J. Jaafari" <ajaafari@grandparklaw.com>

Good morning,

Unfortunately, due to the discovery cut-off date and the need for depositions to be scheduled - I cannot give a thirty (30) day extension of time for discovery responses. I can give a week extension of time to June 19, 2024 for responses to be provided. I wish I could give more time but my hands are tied with the scheduling order.

[Quoted text hidden]

--
Rebecca E. Hunter, Deputy City Attorney
Los Angeles City Attorney's Office
200 North Main Street, 6th Floor
Los Angeles, CA 90012
(213) 978-6900 (main line)
(213) 978-7041 (direct)
(213) 978-8785 (facsimile)
rebecca.hunter@lacity.org

[Quoted text hidden]

---

**Armand J. Jaafari** <ajaafari@grandparklaw.com>  Thu, May 30, 2024 at 9:48 AM
To: Rebecca Hunter <rebecca.hunter@lacity.org>, "Armand J. Jafari" <aj@grandparklaw.com>

Are you available this afternoon to discuss the proposed protective order and the outstanding monies that's continued to be unlawfully held as "evidence"? I would like to resume our attempts with Arc in due time though I agree that responses from both sides will certainly serve the parties interest in more meaningful discussions.

[Quoted text hidden]

Armand J. Jaafari, Esq. | Principal

*ajaafari@grandparklaw.com*

Grand Park Law Group

9595 Wilshire Blvd., 9th Floor

Beverly Hills, CA 90212

(888) 629-GPLG (4754)

(310) 900-0805

www.grandparklaw.com

**CONFIDENTIALITY NOTE:** This communication contains information belonging to the GRAND PARK LAW GROUP, A.P.C. which is confidential. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

---

**Rebecca Hunter** <rebecca.hunter@lacity.org>     Fri, May 31, 2024 at 4:02 PM
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>
Cc: "Armand J. Jafari" <aj@grandparklaw.com>

Armand,

My apologies for the delayed response. I am currently trying to get a MSJ finalized for filing on Monday. If we can speak on Tuesday - that would be great.

Also, I previously sent a draft of the stipulated protective order for your review. Have you had the chance to review it yet?
[Quoted text hidden]

---

**Armand J. Jaafari** <ajaafari@grandparklaw.com>     Mon, Jun 17, 2024 at 2:46 PM
To: Rebecca Hunter <rebecca.hunter@lacity.org>
Cc: "Armand J. Jafari" <aj@grandparklaw.com>

Hi Rebecca, I'm just coming back from a bench trial. Are you available this week?
[Quoted text hidden]

---

**Rebecca Hunter** <rebecca.hunter@lacity.org>     Tue, Jun 18, 2024 at 2:45 PM
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>
Cc: "Armand J. Jafari" <aj@grandparklaw.com>

Armand,

I should have some time to chat on Thursday. Is there a time that works for you?

- Rebecca
[Quoted text hidden]

---

**Armand J. Jaafari** <ajaafari@grandparklaw.com>     Wed, Jun 19, 2024 at 8:40 AM
To: Rebecca Hunter <rebecca.hunter@lacity.org>
Cc: "Armand J. Jafari" <aj@grandparklaw.com>

I should be available anytime after 2:30 p.m. Does that work for you?
[Quoted text hidden]

---

**Armand J. Jaafari** <ajaafari@grandparklaw.com>     Wed, Jun 19, 2024 at 8:42 AM
To: Rebecca Hunter <rebecca.hunter@lacity.org>
Cc: "Armand J. Jafari" <aj@grandparklaw.com>

Also, I understand our discovery is due today but we must request an extension otherwise we have to serve all objections. We are in the process of an office move in addition to an FSC tomorrow, and I'm just coming out of a trial and possibly going back again on July 8th. We are agreeable to a stipulation to extend our trial and pre-trial deadlines, however our calendar is unforgiving at the moment.
[Quoted text hidden]

---

**Armand J. Jaafari** <ajaafari@grandparklaw.com>  Thu, Jun 20, 2024 at 3:46 PM
To: Rebecca Hunter <rebecca.hunter@lacity.org>
Cc: "Armand J. Jafari" <aj@grandparklaw.com>

Hi Rebecca, following up here. Are you free for a brief call?
[Quoted text hidden]

---

**Rebecca Hunter** <rebecca.hunter@lacity.org>  Thu, Jun 20, 2024 at 4:41 PM
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>
Cc: "Armand J. Jafari" <aj@grandparklaw.com>

Hi Armand,

My apologies, the day slipped away from me. I am available tomorrow all day. What time works best for you?
[Quoted text hidden]

---

**Armand J. Jaafari** <ajaafari@grandparklaw.com>  Fri, Jun 21, 2024 at 3:45 PM
To: Rebecca Hunter <rebecca.hunter@lacity.org>
Cc: "Armand J. Jafari" <aj@grandparklaw.com>

Hi Rebecca,
I'm available throughout the afternoon, please feel free to call directly at the office or my mobile (424) 345-0888.
[Quoted text hidden]

---

**Rebecca Hunter** <rebecca.hunter@lacity.org>  Fri, Jun 21, 2024 at 5:33 PM
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>
Cc: "Armand J. Jafari" <aj@grandparklaw.com>

Armand,

Thank you for taking my call this afternoon. I understand that you're presently having some issues with moving your office - and this is after having a server problem. I am willing to give your client an extension to June 28, 2024 to respond to the discovery requests previously propounded. However, this will be the last extension of time unless the pre-trial deadlines get pushed out by the court. In order for us to determine if we can push the trial date (and related deadlines) out - we need to see what we can potentially agree upon. To do this, I need a few options for proposed trial dates and discovery cut-off dates so that I may coordinate availability on my end. I need to coordinate against my trial calendar and the calendars for the individuals you will want to depose (depending upon who you are identifying for that). If you can provide me this information by Tuesday (6/25) at the latest, I can get working on availability so that we can consider if a stipulation for submission to court is even possible/feasible.

Thank you and have a wonderful weekend.

- Rebecca
[Quoted text hidden]