# EXHIBIT C



Rebecca Hunter <rebecca.hunter@lacity.org>

## ARC C2989: Alexandria L. D'Angelo v. Los Angeles Police Department et al.
12 messages

**Stephanie Salinas** <stephanie@arc4adr.com>  Thu, Apr 18, 2024 at 1:47 PM
To: ajaafari@grandparklaw.com, rebecca.hunter@lacity.org

Good Afternoon Counsel,

I am following to see if counsel has agreed on a date for our next status conference regarding the matter mentioned above. Please advise

Thank you,

 

**STEPHANIE SALINAS**
*Accounting/Communications*
Tel 424.541.2341 • Fax 310.284.8229
**stephanie@arc4adr.com**
Westwood • DTLA • Ventura • Orange County
Riverside • San Francisco • San Diego

---

**Stephanie Salinas** <stephanie@arc4adr.com>  Wed, May 1, 2024 at 1:13 PM
To: ajaafari@grandparklaw.com, rebecca.hunter@lacity.org

Good Afternoon,

Following up on my previous email… Please advise

Thank you,

 

**STEPHANIE SALINAS**
Accounting/Communications
Tel 424.541.2341 • Fax 310.284.8229
stephanie@arc4adr.com
Westwood • DTLA • Ventura • Orange County
Riverside • San Francisco • San Diego

On Apr 18, 2024, at 1:47 PM, Stephanie Salinas <stephanie@arc4adr.com> wrote:

Good Afternoon Counsel,

I am following to see if counsel has agreed on a date for our next status conference regarding the matter mentioned above. Please advise

Thank you,
<Signatures w photo_Stephanie.png>

---

**Rebecca Hunter** <rebecca.hunter@lacity.org>                                    Mon, May 20, 2024 at 2:16 PM
To: Stephanie Salinas <stephanie@arc4adr.com>

Hi Stephanie -

I had been having a bit of difficulty reaching Plaintiff's counsel. Is there any way I could set up a brief call with the mediator?
[Quoted text hidden]

--
Rebecca E. Hunter, Deputy City Attorney
Los Angeles City Attorney's Office
200 North Main Street, 6th Floor
Los Angeles, CA 90012
(213) 978-6900 (main line)
(213) 978-7041 (direct)
(213) 978-8785 (facsimile)
rebecca.hunter@lacity.org

******************Confidentiality Notice **************************
This electronic message transmission contains information from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and

12/2/24, 10:43 AM    City of Los Angeles Mail - ARC-CC9490 Alexander O' Angelo v. City of Los Angeles Police Department, et al.

Case 2:23-cv-02969-DSF-SK    Document 40    Filed 12/02/24    Page 4 of 9    Page ID #:562

any attachments without reading or saving in any manner.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Armand J. Jaafari** <ajaafari@grandparklaw.com>    Tue, Sep 10, 2024 at 8:05 AM
To: Stephanie Salinas <stephanie@arc4adr.com>
Cc: rebecca.hunter@lacity.org

Ms. Salinas,
Forgive the belated response by our office. We had recently changed locations from 9595 Wilshire Blvd to 10880 Wilshire Blvd. and unbeknownst to us, our notice to U.S.P.S. notifying of the forwarding address was not adhered to. Seemingly, our previous landlord 'owned' their mailbox and consequently, months of our mailings were never delivered and ultimately returned back to sender. It has been a trying few weeks to get back up to speed on several notices from the Court, communications from adjusters and opposing parties.

We are still hopeful and confident the efforts through Arc may be fruitful but we have not received much, if any, communications from Ms. Hunter's office. We may require a continuance to get this action on the right track again. I think the parties may benefit from a new status conference.

Thank you,
[Quoted text hidden]
--

Armand J. Jaafari, Esq.  |  Principal

*ajaafari@grandparklaw.com*

**Grand Park Law Group**

10880 Wilshire Blvd., Suite 1510

Los Angeles, CA 90024

(888) 629-GPLG (4754)

(310) 900-0805

www.grandparklaw.com

**CONFIDENTIALITY NOTE:** This communication contains information belonging to the GRAND PARK LAW GROUP, A.P.C. which is confidential. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

**Armand J. Jaafari** <ajaafari@grandparklaw.com>    Tue, Sep 10, 2024 at 8:35 AM
To: Stephanie Salinas <stephanie@arc4adr.com>
Cc: rebecca.hunter@lacity.org, Office <aj@grandparklaw.com>

Ms. Rosales,
I understand Ms. Salinas is no longer with Arc Mediation. The email below was sent earlier this morning requesting scheduling for a status conference. Please let us know if we may be of any assistance in scheduling. Thank you.

Armand J. Jaafari, Esq.  |  Principal

*ajaafari@grandparklaw.com*

**Grand Park Law Group**

10880 Wilshire Blvd., Suite 1510

Los Angeles, CA 90024

(888) 629-GPLG (4754)

(310) 900-0805

www.grandparklaw.com

**CONFIDENTIALITY NOTE:** This communication contains information belonging to the GRAND PARK LAW GROUP, A.P.C. which is confidential. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

[Quoted text hidden]

---

**Samantha** <samantha@arc4adr.com>  Thu, Oct 17, 2024 at 11:59 AM
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>
Cc: rebecca.hunter@lacity.org, Office <aj@grandparklaw.com>

Good Afternoon,

I am so sorry. This email went to my junk folder. Please let me know if the parties are ready to schedule another status conference.

Best,



www.arc4adr.com


**SAMANTHA ROSALES**
*Office Manager/Case Manager*
10990 Wilshire Blvd • Suite 900
Los Angeles, CA 90024
Tel 310.284.8224 Fax 310.284.8229
samantha@arc4adr.com

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]
  [Quoted text hidden]
  Thank you,
  <Signatures w photo_Stephanie.png>

> On Apr 18, 2024, at 1:47 PM, Stephanie Salinas <stephanie@arc4adr.com> wrote:
>
> Good Afternoon Counsel,
>
> I am following to see if counsel has agreed on a date for our next status conference regarding the matter mentioned above. Please advise

Thank you,
<Signatures w photo_Stephanie.png>

[Quoted text hidden]

---

**Samantha** <samantha@arc4adr.com>　　　　　　　　　　　　　　　　　Tue, Oct 29, 2024 at 8:46 AM
To: "Armand J. Jaafari" <ajaafari@grandparklaw.com>
Cc: rebecca.hunter@lacity.org, Office <aj@grandparklaw.com>

Good Morning,

I need to schedule this as soon as possible. Please let me know if the parties are available for a pre-mediation call on the following dates.

October 31

November 1 and 5
November 4 at 3pm
November 6 at 1 pm
November 7 at 9am



www.arc4adr.com


**SAMANTHA ROSALES**
*Office Manager/Case Manager*
10990 Wilshire Blvd • Suite 900
Los Angeles, CA 90024
Tel 310.284.8224　Fax 310.284.8229
samantha@arc4adr.com

On Oct 17, 2024, at 11:59 AM, Samantha <samantha@arc4adr.com> wrote:

Good Afternoon,

I am so sorry. This email went to my junk folder. Please let me know if the parties are ready to schedule another status conference.

Best,

[Quoted text hidden]

---

**Rebecca Hunter** <rebecca.hunter@lacity.org>　　　　　　　　　　　　　Tue, Oct 29, 2024 at 8:52 AM
To: Samantha <samantha@arc4adr.com>
Cc: "Armand J. Jaafari" <ajaafari@grandparklaw.com>, Office <aj@grandparklaw.com>

Mr. Armand,

I am a bit confused by your representation that I have not been in communication with you. E-mails and correspondence were sent to you over the course of the last few months. I do not see a change of address filed on ECF. Also, you never responded when I sent a request to schedule the mediation a while back. Nor did you provide me any of what I requested several months ago when we last spoke on the phone.

Samantha,

I have a trial coming up in November so my availability to participate in a status conference is limited. However, I can make some time very early in the morning if that works for Mr. Armand and our mediator.

Please let me know.

Thanks,

Rebecca
[Quoted text hidden]
[Quoted text hidden]

**Samantha** <samantha@arc4adr.com>  Tue, Oct 29, 2024 at 9:05 AM
To: Rebecca Hunter <rebecca.hunter@lacity.org>
Cc: "Armand J. Jaafari" <ajaafari@grandparklaw.com>, Office <aj@grandparklaw.com>

We can do it early this Thursday or Friday. What time would work for you?





**SAMANTHA ROSALES**
*Office Manager/Case Manager*
10990 Wilshire Blvd • Suite 900
Los Angeles, CA 90024
Tel 310.284.8224 Fax 310.284.8229
samantha@arc4adr.com

www.arc4adr.com

On Oct 29, 2024, at 8:52 AM, Rebecca Hunter <rebecca.hunter@lacity.org> wrote:

Mr. Armand,

I am a bit confused by your representation that I have not been in communication with you. E-mails and correspondence were sent to you over the course of the last few months. I do not see a change of address filed on ECF. Also, you never responded when I sent a request to schedule the mediation a while back. Nor did you provide me any of what I requested several months ago when we last spoke on the phone.

Samantha,

I have a trial coming up in November so my availability to participate in a status conference is limited. However, I can make some time very early in the morning if that works for Mr. Armand and our mediator.

Please let me know.

Thanks,

Rebecca

> On Tue, Oct 29, 2024 at 8:47 AM Samantha <samantha@arc4adr.com> wrote:
> Good Morning,
>
> I need to schedule this as soon as possible. Please let me know if the parties are available for a pre-mediation call on the following dates.
>
> October 31
>
> November 1 and 5
> November 4 at 3pm
> November 6 at 1 pm
> November 7 at 9am
> [Quoted text hidden]
>
> [Quoted text hidden]

---

**Rebecca Hunter** <rebecca.hunter@lacity.org>  Tue, Oct 29, 2024 at 9:21 AM
To: Samantha <samantha@arc4adr.com>
Cc: "Armand J. Jaafari" <ajaafari@grandparklaw.com>, Office <aj@grandparklaw.com>

Thursday would be preferable. And, I need to be done with the meeting by 9:30am.
[Quoted text hidden]

---

**Samantha** <samantha@arc4adr.com>  Tue, Oct 29, 2024 at 9:52 AM
To: Rebecca Hunter <rebecca.hunter@lacity.org>
Cc: "Armand J. Jaafari" <ajaafari@grandparklaw.com>, Office <aj@grandparklaw.com>

Mr. Jaafari are you available for a 30 min or less call this Thursday at 8:30am?


www.arc4adr.com



**SAMANTHA ROSALES**
Office Manager/Case Manager
10990 Wilshire Blvd • Suite 900
Los Angeles, CA 90024
Tel 310.284.8224 Fax 310.284.8229
samantha@arc4adr.com

> On Oct 29, 2024, at 9:21 AM, Rebecca Hunter <rebecca.hunter@lacity.org> wrote:
>
> Thursday would be preferable. And, I need to be done with the meeting by 9:30am.
>
> On Tue, Oct 29, 2024 at 9:05 AM Samantha <samantha@arc4adr.com> wrote:
> We can do it early this Thursday or Friday. What time would work for you?
> [Quoted text hidden]
>
> [Quoted text hidden]

---

**Samantha** <samantha@arc4adr.com>  Wed, Nov 6, 2024 at 9:19 AM
To: Rebecca Hunter <rebecca.hunter@lacity.org>

12/2/24, 10:43 AM City of Los Angeles Mail - ARC-CC1949 Alexander D'Angelo v. Los Angeles Police Department et al.

Case 2:23-cv-02969-DSF-SK Document 49 Filed 12/02/24 Page 9 of 9 Page ID #:567

Cc: "Armand J. Jaafari" <ajaafari@grandparklaw.com>, Office <aj@grandparklaw.com>

I need responses from both sides. A call needs to be had as your deadline for mediation was back in September.

Please let me know if you are available tomorrow at 11 am for a call with Mr. Kanazawa.



www.arc4adr.com



**SAMANTHA ROSALES**
*Office Manager/Case Manager*
10990 Wilshire Blvd • Suite 900
Los Angeles, CA 90024
Tel 310.284.8224 Fax 310.284.8229
samantha@arc4adr.com

On Oct 29, 2024, at 9:52 AM, Samantha <samantha@arc4adr.com> wrote:

Mr. Jaafari are you available for a 30 min or less call this Thursday at 8:30am?
[Quoted text hidden]