# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 23-02969 DSF (SKx) | Date | December 9, 2024 |

| | |
|---|---|
| Title | Alexandria Lauren D'Angelo v. Los Angeles Police Department et al |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Patricia Kim | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Armand J. Jaafari | Rebecca E. Hunter |

**Proceedings:**   STATUS CONFERENCE (Held and Continued)

The matter is called and counsel state their appearances.  The Court and counsel confer. The Court GRANTS Defendants' Motions in Limine #1, 3, and 4 (ECF Nos. 34, 36, 37) for lack of opposition and DENIES Defendants' Motion in Limine #2 (ECF No. 35).

For the reasons stated on the record, the status conference is continued to January 13, 2025 at 1:30 p.m., with a joint status report to be filed no later than January 9, 2025.