UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-02969-DSF-SK | Date | January 27, 2025 |
| Title | Alexandria Lauren D' Angelo v. Los Angeles Police Department et al | | |

Present: The Honorable   DALE S. FISCHER, United States District Judge

| Estella Orozco | Miranda Algorri |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Armand J. Jaafari | Rebecca E. Hunter |

**Proceedings:**   STATUS CONFERENCE (Held and Completed)

　　The matter is called and counsel state their appearances. The Court and counsel discuss the status of the case as set forth on the record. Status Conference is set for February 24, 2025 at 11:00 a.m.

IT IS SO ORDERED