UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | LA CV 23-02969-DSF-(SKx) |
| Title | Alexandria Lauren D'Angelo v. Los Angeles Police Department et al |
| Date | March 24, 2025 |

Present: The Honorable  DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| NO APPEARANCE | Rebecca E. Hunter |

**Proceedings:** STATUS CONFERENCE (Held and Completed)

The matter is called and defense counsel states her appearance. No appearance was made by plaintiff's counsel. The Court continues Status Conference to Monday, April 21, 2025. Joint status report due no later than Monday, April 14, 2025.

IT IS SO ORDERED