UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV 23-02969 DSF | Date | June 23, 2025 |
| Title | Alexandria Lauren D'Angelo v. Los Angeles Police Department et al | | |

| Present: The Honorable | DALE S. FISCHER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Patricia Kim | Myra Ponce |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Armand J. Jaafari | Rebecca E. Hunter |

**Proceedings:** STATUS CONFERENCE (Held and Completed)

The matter is called and counsel state their appearances. The Court and counsel discuss the status of the case as set forth on the record. The parties shall propose dates for the pretrial conference and trial in accordance with the Court's Scheduling Order.