**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**REBECCA E. HUNTER,** Deputy City Attorney (SBN 271420)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978- 6900   |   Fax No.: (213) 978-8785
Email: rebecca.hunter@lacity.org

*Attorneys for Defendants*, CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT and AMAR PAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRIA LAUREN D'ANGELO, individually, and as Administrator of the ESTATE OF RICHARD SOLITRO, JR.,<br><br>Plaintiff(s),<br><br>v.<br><br>LOS ANGELES POLICE DEPARTMENT, a governmental entity, CITY OF LOS ANGELES, a governmental entity, OFFICER AMAR PAL, individually, and in his oficial capacity, and DOES 1-10,<br><br>Defendant(s). | CASE NO. 2:23-CV-02969-DSF-SK<br>*Hon. Judge Dale S. Fischer  – Ctrm. 7D 1st*<br>*Hon. Mag. Steven Kim - Ctrm. 540, Roybal*<br><br>**DEFENDANTS REPORT RE:TRIAL SCHEDULE** |

**TO THE HONORABLE COURT, ALL INTERESTED PARTIES, AND TO THEIR COUNSEL OF RECORD:**

Defendants which include the CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT and Officer AMAR PAL (collectively the "Defendants") hereby submit this Report regarding proposed dates for the pretrial conference and trial in the above-referenced matter.

1

Defendants respectfully and sincerely apologize for the delay in submitting this report. The Court's order setting the submittal deadline for this report (ECF No. 65) came in while counsel was out of the office and was mis-calendared while counsel was away. Defendants' counsel did not hear from Plaintiff's counsel after the Court's minute order was issued so Defendants' counsel was not aware of the calendaring issue. In response, a draft joint report was provided to Plaintiff's counsel on August 22, 2025. Plaintiff's counsel, through no fault of his own, was not able to review and approve the draft quickly enough. Defendants did not want to further delay a submittal to this Court so is filing this report solely.

Prior to the Court's minute order, Plaintiff did confer regarding trial availability by providing dates of unavailability. Attached as Exhibit A is a true and correct copy of said correspondence from Plaintiff's counsel. Based on the availability of counsel, if the Court's calendar permits – the Defendants propose a Final Pre-Trial Conference date of September 22, 2025 and a trial date of October 7, 2025.

Dated: August 22, 2025

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Atty
**KATHLEEN KENEALY**, Chief Assistant City Atty
**CORY M. BRENTE**, Senior Assistant City Attorney

By: ___/s/ *Rebecca E. Hunter*___
  **REBECCA E, HUNTER**, Deputy City Attorney
*Attorneys for Defendants*, **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, and AMAR PAL**