# EXHIBIT A



Learsey Mendez <learsey.mendez@lacity.org>

---

## Alexandria Lauren D'Angelo v. Los Angeles Police Department et al (209328-C) Pretial Conference + Trial Scheduling

---

**Cole Keefer** <ckeefer@grandparklaw.com>  Fri, Jul 11, 2025 at 3:55 PM
To: "rebecca.hunter@lacity.org" <rebecca.hunter@lacity.org>
Cc: "Armand J. Jaafari" <ajaafari@grandparklaw.com>, Armand's Team <aj@grandparklaw.com>, learsey.mendez@lacity.org

Good afternoon Counsel,

Please see attached.

Have a good weekend,

--
Cole Keefer | Law Clerk
ckeefer@grandparklaw.com
Grand Park Law Group
11835 W Olympic Blvd, Ste 870e
Los Angeles, CA 90064
(888) 629-GPLG (4754)
(310) 900-0805
www.grandparklaw.com
CONFIDENTIALITY NOTE: This communication contains information belonging to the GRAND PARK LAW GROUP, A.P.C. which is confidential. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.

📄 **D'Angelo v. LAPD -- Corres re PTC + Trial.pdf**
423K

# G | P

**GRAND PARK LAW GROUP**
A PROFESSIONAL CORPORATION

Cole R. Keefer
11835 Olympic Blvd., 870E
Los Angeles, California 90064
ckeefer@grandparklaw.com

O: +1 888.629.4754
D: +1 310.990.0797
F: +1 310.900.0805

**FRIDAY, JULY 11th, 2025**

<u>Sent *via* Email</u>
ATTN: REBECCA E. HUNTER (SB#:271420)
**OFFICE OF LOS ANGELES CITY ATTORNEY**
200 N. Main Street, 6th Floor
Los Angeles, CA, 90012
Tel: (213) 978-8100
Email: Rebecca.hunter@lacity.org

**Re:   Case Title           :** Alexandria Lauren D'Angelo v. Los Angeles Police Department, et al
      **Case Number:    :** LA CV 23-02969 DSF

Dear Ms. Hunter:

    My name is Cole R. Keefer. I am a law clerk for Mr. Armand Jaafari at Grand Park Law Group. Our office represents Ms. D'Angelo in her matter with the LAPD.

    Pursuant to Honorable Dale Fischer's June 23, 2025, Minute Order and Scheduling Conference. Mr. Jaafari days of unavailability to due to trial and court related proceedings are as follows: 07/15/25, 07/24/25, 07/25/25, 07/28/25, 07/29/25, 08/01/25, 08/14/25 08/26/25, 09/08/25, 09/15/25, 09/24/25, 10/02/25, 10/14/25, 10/20/25, 10/21/25, 10/24/25, 10/27/25 – 10/30/25, 11/04/25, 11/06/25, 11/26/25, 12/01/25 – 12/04/25, 12/31/25.

    Please take note of the above dates of unavailability. At your earliest connivence, please provide your dates of unavailability so that we can schedule a date for the Pre-Trial Conference and Trial.

    Attached herein you may find a copy of the June 23rd 2025 Court Order from the Honorable Dale S. Fischer. Should you have any questions and/or inquiries, please do not hesitate to contact the undersigned office. Thank you for your anticipated cooperation in this matter.

Very truly yours,

**GRAND PARK LAW GROUP, A.P.C.**

*Cole R Keefer*

Cole R. Keefer, Law Clerk

Encl. 06/23/2025 Crt. Min. Ord.

AJJ/lk

| BEVERLY HILLS • DOWNTOWN LOS ANGELES • SAN FRANCISCO • SAN DIEGO |
| MAIN: (888) 629-GPLG (4754) • FAX: (310) 900-0805 • WWW.GRANDPARKLAW.COM | Page 1

EXHIBIT A, Page 2 of 3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV 23-02969 DSF | Date | June 23, 2025 |
| Title | Alexandria Lauren D'Angelo v. Los Angeles Police Department et al | | |

Present: The Honorable  DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| Patricia Kim | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Armand J. Jaafari | Rebecca E. Hunter |

Proceedings:   STATUS CONFERENCE (Held and Completed)

   The matter is called and counsel state their appearances.   The Court and counsel discuss the status of the case as set forth on the record.   The parties shall propose dates for the pretrial conference and trial in accordance with the Court's Scheduling Order.

Page 1 of 1         CIVIL MINUTES - GENERAL         ____ : 12
                                                   Initials of Deputy Clerk: pk